

**the ReDCo Group**

**BEHAVIORAL HEALTH SERVICES**

777 Blakeslee Blvd.  Suite 3   Lehighton, PA 18235
Voice: 610.377.8525    Fax: 610.377.8548
www.redcogrp.com

*Linking Resources to Community Needs*

April 16, 2015

ECFMG
3624 Market Street
Philadelphia, PA 19104-2685

RE: Richard Katz, ECFMG ID: 06314751

To Whom It May Concern:

Mr. Katz is a current patient receiving therapy and psychiatric medication management for his diagnosis of severe  Bipolar Disorder depressed type (296.51).  A structured clinical interview and assessment were completed for this diagnosis to be determined.

As a result of this diagnosis, there is impairment in the Executive functions, time structure, and concentration.  Mr. Katz would benefit from accommodations, specifically an extension of time in order to complete the exam.

Thank you for your time and attention to this matter.

Sincerely,

Arif Husain, M.D.

**Arif Husain, MD
LIC: MD046886L
DEA: BH2895184**

4/16/2015

Date



**BEHAVIORAL HEALTH SERVICES**

16 South Centre Street    Pottsville, PA 17901
Phone: 570.628.5234    Fax: 570.628.9051
www.redcogrp.com

*Linking Resources to Community Needs*

February 28, 2014

ECFMG
3624 Market Street
Philadelphia, PA  19104-2685

Re:  Richard Katz, ECFMG ID:  06314751

To all concerned:

Please be advised that the above captioned gentleman is my patient.  I have been seeing him since May of 2013.

Mr. Katz had been previously diagnosed as ADHD and treated with stimulant medication. In March of 2013, he was admitted to Pocono Medical Center where he was diagnosed as Bipolar, Depressed.  Since that time, he has been treated with Quetiapine, Lithium Carbonate, and Duloxetine.  Currently he is doing well.

I believe, as his psychiatrist, that the previous diagnosis of ADHD was incorrect. I am aware that he is requesting your approval to retest USMLE Step 1.

Due to the changes in his diagnosis and treatment over the last year, I feel he is due all reasonable consideration for his request.

I trust you find this information to be of use and benefit.

Sincerely,

3/3/14
_____
Date

_____
Samuel J. Garloff, D.O.,
DFACMO, FABQARP, FFSMB, FAAOE

SJG:dr

# SAINT JOSEPH'S COLLEGE
## of Maine

Counseling Services
278 Whites Bridge Road
Standish, Maine  04084-5263

207-893-6630

**Richard Katz**
ECFMG ID: #06314751
Letter From F. Elizabeth Wiesen, Psy.D.
Saint Joseph's College Counseling Center
08/14/2001

August 14, 2001

James, Pringle, M.D.
Saint Matthew's University School of Medicine
840 Roosevelt Trail
Windham, Maine 04062

Dear Dr. Pringle:

This letter is in follow-up to our August 13, 2001 telephone conversation in regard to Richard Katz.  Mr. Katz asked that I submit a letter on his behalf and has signed the necessary waiver authorizing me to do so. Also attached is a letter that I had written to Ms. Donna Walters in June 2001 that Mr. Katz requested I forward to you.  As I noted on the phone, this letter is not meant to imply a recommendation in regard to Mr. Katz's academic standing at Saint Matthew's University.  Rather, it is intended to provide additional information and validation of Mr. Katz's report to you, which may prove helpful in the decision making process.

As I mentioned in our phone conversation, Mr. Katz was self-referred to the Counseling Center in March 2001 due to relationship difficulties and concern about his academic performance.   Mr. Katz identified moderate levels of distress that diminished his attention and compromised his concentration.   Initial treatment was directed toward helping Mr. Katz to better modulate his cognitive processes so that he would not be so consumed by his personal situation, thereby helping him to focus more decisively on his school work.

In mid-May, Mr. Katz's relationship difficulties became more acute and a relationship of over seven years ended.  This evoked a crisis-type response in which Mr. Katz became emotionally distraught, preoccupied with the situation, and experienced sleep difficulties.  His attention and concentration were further diminished.  Keenly aware that his academics were suffering, this only contributed more to his already high anxiety level.

During the course of Mr. Katz's treatment at the Counseling Center his motivational level and effort were noteworthy.  He was responsive to recommendations and faithful in keeping regular appointments.  Most importantly, however, was that Mr. Katz assumed responsibility for his difficulties and actively sought to challenge himself and grow.  While he made progress during treatment, he continued to struggle with his ability to focus to the extent needed to succeed academically.  This was not due to a lack of effort on his part, but more a function of the degree to which he was affected by his personal situation.

I hope that this letter has been helpful in furthering your understanding of Mr. Katz, and that it assists you in your decision making process.  Please feel free to contact me if you have any questions (893-6630).

Respectfully,

F. Elizabeth Wiesen, Psy.D.
Licensed Psychologist, Director
Saint Joseph's College Counseling Center

**CONFIDENTIAL**

FILE COPY

Founded 1912 by the Sisters of Mercy

# SAINT JOSEPH'S COLLEGE
## of Maine

Counseling Services
278 Whites Bridge Road
Standish, Maine  04084-5263

207-893-6630

**Richard Katz**
ECFMG ID: #06314751
Letter From F. Elizabeth Wiesen, Psy.D.
Saint Joseph's College Counseling Center
06/15/2001

06/15/01

Donna Walters
Saint Joseph's College
Graduate and Professional Studies

Dear Ms. Walters:

I write this letter on behalf of Richard Katz, having secured a signed waiver for release of information.  Mr. Katz initiated contact with the Counseling Center in March 2001 with complaints of stress and anxiety that were impacting his personal relationships and academic life.  Mr. Katz has been seen, thus far, for seven appointments.  Despite scheduling difficulties, Mr. Katz has persisted with treatment and appears genuinely motivated.

Within the last month, Mr. Katz experienced a situational crisis that has exacerbated his psychological distress.  He reports secondary problems with attention and concentration, and has difficulty managing intrusive thoughts.  As a result, Mr. Katz has observed a related decline in his academic performance— which only further perpetuates his anxiety.

At this point in time it appears to be in Mr. Katz's best interest to reduce his academic load by withdrawing from a class.  The reduced credit load will dissipate some of the pressure he is currently experiencing, and, ideally, allow him to function at a higher level.  He also intends to continue with psychotherapy in the hopes of developing skills to better manage his emotional states.

Thank you for giving this letter your consideration.  If you have questions, please contact me. (x6630).

Respectfully,

F. Elizabeth Wiesen, Psy.D.   Psy.D.
Licensed Psychologist
Counseling Center Director
Saint Joseph's College