National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
Telephone: (215) 590-9700
Facsimile: (215) 590-9422

01/27/14

**ATT:** Disability Services

Dear Records Management:

My name is Richard Katz my ECFMG ID # is 06314751. I applied for test accommodations
through NBME in 2005 for USMLE Step I, my case coordinator was Maria Fuentes. I would
like to request a copy of all support documentation that is on file with NBME Disability
Services, as well as the determination that was made by NBME during this period. Please send
my file to the following address:

Richard Katz
3364 Parker Lane
East Stroudsburg, Pa
18301
(570) 517-9314

Sincerely,

Richard Katz

STATE OF Pennsylvania, COUNTY OF Monroe, ss.:

On this day, personally appeared before me

Richard Katz

to me known to be the person(s) described in and who executed the within and foregoing instrument, and
acknowledged that he she signed the same as his her voluntary act and deed, for the uses and purposes
therein mentioned.

Witness my hand and official seal hereto affixed

this 27th day of January, 2014.

Debora A Rath

Notary Public in and for the State of Pennsylvania

My commission expires 7-1-16

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEBORAH A. RATH, Notary Public
Mount Pocono Boro., Monroe County
My Commission Expires July 1, 2016

 NBME

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**-Confidential-**

February 4, 2014

Richard Katz
3364 Parker Lane
East Stroudsburg, PA 18301

RE: USMLE Step 2 CS                    USMLE ID#: 0-631-475-1

Dear Mr. Katz:

We have received your letter of January 27, 2014 requesting a copy of supporting documentation that you submitted with a request for test accommodations in 2005, as well as a copy of our decision letter.

The NBME does not copy or return the contents of an examinee's disability file or send copies to examinees or third parties.

Sincerely,

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs