

# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 1 SCORE REPORT

This score report is provided for the use of the examinee.
Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Katz, Richard Denis**

**USMLE ID:   0-631-475-1**                                   **Test Date:   November 2, 2012**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 1 is designed to assess whether an examinee understands and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. The inclusion of Step 1 in the USMLE sequence is intended to ensure mastery of not only the sciences underlying the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. These scores represent your results for the administration of Step 1 on the test date shown above.

| | |
|---|---|
| **FAIL** | This result is based on the minimum passing score recommended by USMLE for Step 1. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **185** | This score is determined by your overall performance on Step 1. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 224 and 22, respectively, with most scores falling between 140 and 260. A score of 188 is set by USMLE to pass Step 1. The standard error of measurement (SEM)‡ for this scale is six points. |

| | |
|---|---|
| **74** | This score is also determined by your overall performance on the examination. A score of 75 on this scale, which is equivalent to a score of 188 on the scale described above, is set by USMLE to pass Step 1. The SEM‡ for this scale is one point. |

‡Your score is influenced both by your general understanding of the basic biomedical sciences and the specific set of items selected for this Step 1 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.



# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 1 SCORE REPORT

This score report is provided for the use of the examinee.
Third party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Katz, Richard Denis**

USMLE ID:   0-631-475-1                                   Test Date:   November 12, 2013

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 1 is designed to assess whether an examinee understands and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. The inclusion of Step 1 in the USMLE sequence is intended to ensure mastery of not only the sciences underlying the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. This score[§] represents your result for the administration of Step 1 on the test date shown above.

| | |
|---|---|
| **FAIL** | This result is based on the minimum passing score recommended by USMLE for Step 1. Individual licensing authorities may accept the USMLE-recommended pass/fail result or may establish a different passing score for their own jurisdictions. |

| | |
|---|---|
| **182** | This score is determined by your overall performance on Step 1. For recent administrations, the mean and standard deviation for first-time examinees from U.S. and Canadian medical schools are approximately 227 and 22, respectively, with most scores falling between 140 and 260. A score of 188 is set by USMLE to pass Step 1. The standard error of measurement (SEM)[‡] for this scale is six points. |

[†] Effective April 1, 2013, test results are reported on a three-digit scale only. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

[‡] Your score is influenced both by your general understanding of the basic biomedical sciences and the specific set of items selected for this Step 1 examination. The Standard Error of Measurement (SEM) provides an index of the variation in scores that would be expected to occur if an examinee were tested repeatedly using different sets of items covering similar content.

# ECFMG — EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

Phone (215) 386-5900
M-F, 9:00 a.m.–5:00 p.m.
Eastern Time in the U.S.

**USMLE/ECFMG ID:** 0-631-475-1  **Name:** Richard Denis Katz  **Information current as of:** 27 Jul 2014

**Applicant Contact Information**

**Application For ECFMG Certification Information**

**USMLE® Application Information**

**Score Report Information**

**Medical Education Credentials and Standard ECFMG Certificate**

**Request a Permanent Validation Sticker for a Standard ECFMG Certificate**

**USMLE Transcripts**

**ERAS® Support Services**


Norton
Symantec

## Your Financial Account Summary

| Transaction Date | Description | Charges | Payments/Credits |
|---|---|---|---|
| 01 Feb 2006 | Credit Adjustment | | 685.00 |
| 01 Feb 2006 | Charge | 685.00 | |
| 29 Jun 2006 | Payment | | 50.00 |
| 29 Jun 2006 | Charge | 50.00 | |
| 26 Sep 2007 | Credit Adjustment | | 1,200.00 |
| 26 Sep 2007 | Charge | 1,200.00 | |
| 25 Aug 2010 | Payment | | 2,775.00 |
| 25 Aug 2010 | Charge | 2,775.00 | |
| 07 Jun 2011 | Payment | | 150.00 |
| 07 Jun 2011 | Charge | 150.00 | |
| 10 Nov 2011 | Payment | | 780.00 |
| 10 Nov 2011 | Charge | 780.00 | |
| 21 Mar 2012 | Payment | | 790.00 |
| 21 Mar 2012 | Charge | 790.00 | |
| 17 Apr 2012 | Payment | | 1,375.00 |
| 17 Apr 2012 | Charge | 1,375.00 | |
| 05 Dec 2012 | Payment | | 790.00 |
| 05 Dec 2012 | Charge | 790.00 | |
| 14 Jul 2013 | Payment | | 65.00 |
| 14 Jul 2013 | Charge | 65.00 | |
| 28 Jul 2014 | CLOSING TOTALS | 8,660.00 | 8,660.00 |

**CLOSING BALANCE - AMOUNT IN YOUR ECFMG ACCOUNT AS OF 28 Jul 2014**   $0.00

### Make a Payment On-line

You can add money to your ECFMG account by making a payment on-line. You can make on-line payments using a credit card (Visa, Mastercard, or Discover) or electronic check (U.S. checking account AND either a U.S. Social Security Number or valid U.S. driver's license are required).

You can use on-line payments to pay an amount that you owe to ECFMG for past services or to pay in advance for future service requests, such as exam applications and requests for USMLE transcripts. If you pay in advance, remember that you must still complete the appropriate application/request form.

If you are unable to make a payment on-line, send a completed Form 900, *Payment for Service(s) Requested* to ECFMG. (This document is saved in PDF format. To view and/or print this document, you must have the Adobe® Acrobat Reader software. If you do not have the Acrobat Reader, you can get a free copy by clicking here and following the instructions.) Form 900 is included with exam applications and other ECFMG forms for requesting services.

U.S. Department of Justice

Civil Rights Division


COPY

Washington, D.C. 20530

JUL 15 2014

The Honorable Patrick Toomey
United States Senate
228 Walnut Street
Suite 1104
Harrisburg, PA 17101

Dear Senator Toomey:

    This responds to your letter to the Department of Justice (the Department) dated June 2, 2014, regarding your constituent, Mr. Richard Katz. Mr. Katz is a person with a disability and he alleges that a private testing entity, the National Board of Medical Examiners (NBME), violated the Americans with Disabilities Act of 1990 (ADA) when it refused to grant him his requested testing accommodations for the United States Medical Licensing Examination (USMLE) Step 1. You request that the Department review the matter.

    The Disability Rights Section of the Civil Rights Division enforces the ADA. Title III of the ADA protects individuals with disabilities from discrimination by private testing entities, such as NBME. Specifically, the ADA implementing regulations require that private testing entities administer examinations to people with disabilities "so as to best ensure that…the examination results accurately reflect the individual's aptitude or achievement level…rather than reflecting the individual's [disability]". 28 C.F.R. § 36.309. More information on the ADA is available on the Department's ADA Home Page at http://www.ada.gov.

    As requested, the Disability Rights Section will review Mr. Katz's complaint. Section staff will contact Mr. Katz to collect more information. After collecting the necessary information, Section staff will determine whether an investigation is warranted.

(202) 514-2151    Jocelyn.Samuels@HHS.gov

The Honorable Patrick Toomey
Page Two

    We hope this information is helpful. Please do not hesitate to contact the Department if we can be of assistance with this or with any other matters.

                        Sincerely,

                        *Jocelyn Samuels* (signature)

                        Jocelyn Samuels
                        Acting Assistant Attorney General

PATRICK J. TOOMEY
PENNSYLVANIA

COMMITTEES:
FINANCE
BANKING, HOUSING, AND URBAN AFFAIRS
BUDGET
JOINT ECONOMIC COMMITTEE

# United States Senate
WASHINGTON, DC 20510

July 23, 2014

Mr. Richard Katz
3364 Parker Ln
East Stroudsburg, PA 18301-8737

Dear Mr. Katz:

Thank you for contacting my office to share your concerns that you were discriminated against due to your bipolar disorder. I submitted an inquiry on your behalf to the US Department of Justice (DOJ), and I have received a response from their office.

As the enclosed response states, the DOJ Disability Rights Section is in the process of reviewing your complaint, and will contact you to gather more information. After the review is complete, they will decide whether or not to pursue an investigation into the matter.

I trust you find this information to be helpful. I appreciate the opportunity to be of assistance to you.

Sincerely,

Pat Toomey
US Senator

Enclosure

Send    Insert    Save draft    Options    Cancel          RICHARD KATZ 

 RICHARD KATZ
cat2400@msn.com

RE: ADA complaint re: NBME          Draft saved at 5:48 AM

Sinha, Nabina (CRT)

From: Nabina.Sinha@usdoj.gov
To: cat2400@msn.com
CC: Danielle.Keefer@usdoj.gov; Nabina.Sinha@usdoj.gov
Subject: RE: ADA complaint re: NBME
Date: Fri, 28 Nov 2014 23:37:27 +0000

**Hello Mr. Katz,**

I hope you had a good Thanksgiving. Danielle Keefer, copied here, is the paralegal working on this investigation. Danielle's phone number is 202-353-9038. You may contact her for future status updates.

Best,

Nabina Sinha
Trial Attorney
Disability Rights Section
U.S. Department of Justice
202-616-2730


From: Nabina.Sinha@usdoj.gov
To: cat2400@msn.com
CC: Nabina.Sinha@usdoj.gov
Subject: ADA complaint re: NBME
Date: Tue, 23 Sep 2014 16:50:16 +0000

**Dear Mr. Katz,**

Thank you for speaking with me today about your complaint regarding the National Board of Medical Examiners' denial of your request for testing accommodations for the United States Medical Licensing Exam - Step 1. So that we may evaluate whether to investigate your complaint, please send me the following information that we discussed on the phone:

(1)  Your request(s) to NBME for testing accommodations on the USMLE Step 1 exam;

(2)  The documentation that you submitted to NBME in support of your request(s) for testing accommodations; and

(3)  Any correspondence you have to or from NBME, including any letters or other correspondence explaining NBME's reasoning for denying your request for testing accommodations.

You can email me the information at this email address or if you'd prefer to send it by Federal Express, please address it to me at the following street address:

Nabina Sinha
Disability Rights Section
1425 New York Avenue, NW – 4th Floor
Washington, DC 20005

Note that I would be happy to mail you a self-addressed and prepaid Federal Express envelope if you would like. Just let me know.

I look forward to hearing back from you.

Best,

Nabina Sinha
Trial Attorney
Disability Rights Section

© 2014 Microsoft    Terms    Privacy & cookies    Developers    English (United States)

12/9/2014 2:48 AM