IN THE MIDDLE DISTRICT COURT
STATE OF PENNSYLVANIA

Richard Katz
(Name of Plaintiff/Petitioner)

vs.

National Board of Medical Examiners,
(NBME) / United States Medical Licensing
Exam Organization (USMLE Org.)
(Name of Defendant/Respondent)

Case No: _____

Judge: _____

### PETITONER'S *PRO SE* PETITION TO PROCEED *IN FORMA PAUPERIS*

**COMES NOW Petitioner,** *pro se,* and moves this Honorable Court to grant this Petition to Proceed *In Forma Pauperis*. In support thereof, Petitioner submits the attached Affidavit of Indigency. As shown by the affidavit, Petitioner does not have the funds to pay the filing fee to initiate a civil petition in superior court and requests that the filing fees be waived.

WHEREFORE, Petitioner moves the Court to grant this petition.

FILED
SCRANTON
JUN 17 2015
PER _____
DEPUTY CLERK

Respectfully submitted this the __15__ day of __June__, 20__15__.

_____
Petitioner, *Pro Se*

IN THE MIDDLE DISTRICT COURT
STATE OF PENNSYLVANIA

Richard Katz
(Name of Plaintiff/Petitioner)

vs.

National Board of Medical Examiners,
(NBME) / United States Medical Licensing
Exam Organization (USMLE Org.)
(Name of Defendant/Respondent)

Case No: _____

Judge: _____

## AFFIDAVIT OF INDIGENCY

**COMES NOW Petitioner** under oath and pursuant to O.C.G.A. § 9-15-2 (a)(1) and Rule 36.10 of the Uniform Rules of the Superior Courts. In support of this affidavit, Petitioner shows the following:

1.

I am 45 years old. My highest grade in school completed was 12 grade and I have completed 8 years of college.

2.

I am currently unemployed. I have been unemployed approximately 11 months.

3.

My family qualifies for and receives food stamps or other benefits of $253.00 per month.

5.

My monthly payments and expenses are as follows: $1200 per month

(include mortgage/rent, utilities, food, phone, credit card, etc.)

6.

I have 0 in savings. I own the following assets or property none

7.

My current debt totals approximately $400,000.

WHEREFORE I am unable to pay for the cost of filing and serving this action and other court costs associated with this action, and I request that this Honorable Court allow me to proceed *in forma pauperis*.

This the 15 day of June, 2015.

_____
Petitioner, Pro Se

SWORN AND SUBSCRIBED

before me this 15 day of June, 2015.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kristine Patricia Dolan, Notary Public
Stroudsburg Boro, Monroe County
My Commission Expires July 16, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# Law Office of Charles Weiner

Attorney at Law

Cambria Corporate Center 501 Cambria Avenue

Bensalem, PA 19020

Phone: 267-685-6311   |   Fax: 215-604-1507

Account Statement

Prepared for Richard Katz

Re: Richard Katz / NBME

| | |
|---|---:|
| Previous Balance | $(875.00) |
| Current Charges | $1,375.00 |
| New Balance | $500.00 |
| | |
| Adjustments | $(375.00) |
| | |
| Payments | $(500.00) |
| Now Due | $500.00 |
| Trust Account | $0.00 |

*Paid in Full*

**\*\* Plaintiff has exhausted all financial Resources \***

# Law Office of Charles Weiner

Attorney at Law

Cambria Corporate Center 501 Cambria Avenue

Bensalem, PA 19020

Phone: 267-685-6311  |  Fax: 215-604-1507

## INVOICE

Richard Katz

Stroudsburg, PA

Invoice Date: April 21, 2015
Invoice Number: 10195
Invoice Amount: $1,375.00

## Matter: Richard Katz / NBME

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/5/2014 | Telephone conference with Richard Katz re: NBME denial. | C.W. | .50 | No Charge |
| 1/14/2015 | Review and analyze merit of accommodation request and extension of 6 year rule. | C.W. | 1.60 | $400.00 |
| 1/14/2015 | Telephone conference with Richard Katz re: request for accommodations and documentation and advice. | C.W. | 1.20 | $300.00 |
| 1/28/2015 | Telephone conference with Richard Katz re: recommendations for pursuing licensing. | C.W. | .30 | $75.00 |
| 1/28/2015 | Telephone conference with Atty. Indest re: Florida State Medical Board's process for obtain waiver of NBME ruling. | C.W. | .40 | $100.00 |
| 4/7/2015 | Telephone conference with Richard Katz re: letter to State Bd. of Medicine. | C.W. | .20 | No Charge |
| 4/17/2015 | Telephone conference with Richard Katz re: meeting with State Bd of Medicine. | C.W. | .20 | No Charge |
| 4/17/2015 | Review document provided by client to State Bd. of Medicine in preparation to draft letter. | C.W. | .60 | $150.00 |
| 4/17/2015 | Research and draft, revise, finalize and transmit letter to St te Bd. of Medical Examiners. | C.W. | 1.40 | $350.00 |
| SUBTOTAL: | | | 6.40 | $1,375.00 |

**Costs**

SUBTOTAL: $0.00

**Matter Ledgers**

| | | |
|---|---|---:|
| 1/5/2015 | Balance before last invoice | $0.00 |
| 1/5/2015 | Payment of engagement fee. | $(500.00) |
| 1/30/2015 | (Adjustment) Attorney time write off. | $(375.00) |
| 4/21/2015 | Invoice 10195 | $1,375.00 |
| SUBTOTAL: | | $500.00 |

**Trust Account**

| | | |
|---|---|---:|
| 4/21/2015 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $1,375.00

PREVIOUS BALANCE (CREDIT) $875.00

CURRENT BALANCE DUE AND OWING $500.00