## IN THE MIDDLE DISTRICT COURT

Richard Katz  ,
(Name of Plaintiff/Petitioner)

vs.

Case No: _____

Judge: _____

National Board of Medical Examiners,
(NBME) / United States Medical Licensing,
Exam Organization (USMLE Org.)  .
(Name of Defendant/Respondent)

### ORDER

Having read and considered Petitioner's *Pro Se* Motion To Proceed *In Forma Pauperis* and Affidavit of Indigency, the Court finds Petitioner is indigent and

IT IS HEREBY ORDERED Petitioner be allowed to proceed *in forma pauperis* in the above-referenced case.

SO ORDERED, this the _____ day of _____, 20 ___.

_____
JUDGE, MIDDLE DISTRICT COURT OF PENNSYLVANIA

Presented by:

Richard Katz

Petitioner, *Pro Se*