National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

United States Medical Licensing Exam
c/o 3750 Market Street
Philadelphia, PA 19104-3102