```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| RICHARD KATZ | : |
|  | : CIVIL ACTION |
| v. | : |
|  | : |
| NATIONAL BOARD OF MEDICAL | : NO. 3:15-cv-1187 |
| EXAMINERS/United States Medical | : |
| Licensing Exam (USMLE) Organization: |  |
|  | : |
|  | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Please enter my appearance as counsel on behalf of Defendant, National Board of Medical Examiners in the above-captioned matter.


Dated:  July 17, 2015             /s/ Neil J. Hamburg
                                  NEIL J. HAMBURG

                                  ID. NO. 32175
                                  HAMBURG & GOLDEN, P.C.
                                  1601 Market Street, Suite 3310
                                  Philadelphia, PA  19103-1443
                                  (215) 255-8590

                                  Attorney for Defendant
                                  National Board of Medical
                                  Examiners

**CERTIFICATE OF SERVICE**

    I certify that the foregoing Entry of Appearance has been filed electronically pursuant to Local Rule 5.7 upon the below registered users and is now available for viewing and downloading from the Court's Electronic Case Filing System.  I am also serving a copy of the foregoing by regular mail upon:

        Richard Katz
        3364 Parker Lane
        East Stroudsburg, PA  18301

        *Pro se*

July 17, 2015

                              /s/ Michael E. Sacks
                              MICHAEL E. SACKS