# Federation of State Medical Boards

**David Watt MD, PhD, MPA**
**Senior Vice President**
**Professional Services**



## FSMB - The Organization & its Mission

**Organization**
- 70 member state medical boards
- Non-Profit Association, founded 1912
- Located in Dallas/Fort Worth

**Mission**
Continual improvement in the quality, safety and integrity of health care through the development and promotion of high standards for physician licensure and practice.

## Organizational Chart

**70 Member Boards**

**Board of Directors**

- Lisa Robin, Sr. Vice President, Member Services
- James N. Thompson, MD, Executive Office, President/CEO
- David Watt, MD, PhD, MPA, Sr. Vice President, Professional Services
- Rita Hou-Mohsin, Vice President, Information Services
- Carol Clothier, Vice President, Physician Competency
- Joe Don Casey, Vice President, Human Resources

1



### United States Medical Licensing Examination (USMLE)

- Goal: Provide a common evaluation system for initial medical licensure in the United States
- Three-step examination sponsored by FSMB and the National Board of Medical Examiners
- Content developed by physician experts from academic and regulatory communities

### USMLE - FSMB's Responsibilities

- Participate in governance (Composite Committee, Step Committees)
- Register and verify eligibility of physicians applying to take Step 3
- Maintain score history for physicians completing the USMLE
    - transcript annotations (indeterminate, irregular behavior, special testing accommodations)

2

### Federation Credentials Verification Service (FCVS)

- Goal: create and maintain a high quality, permanent file of a physician's core credentials for use in meeting licensure and privileging requirements
- Benefits:
    - Expedites endorsement licensure
    - Decreases costs to physician and SMB
    - Reduces duplication of effort by physician and SMB

### FCVS (continued)

- Key features of FCVS
    - Primary source verification (identity, medical education, PGT, exam history, ECFMG certification, board action history, ABMS board certification)
    - Discrepancies identified and summarized
    - Profiles may be tailored to needs of SMB
    - Board reserves right to reject/deny
    - License portability (TA/CLAF/FCVS)

### Web Based Verifications



3

### Physician Data Center

- Goal: Provide comprehensive, accurate timely and centralized disciplinary information
- Board Action Data Bank (BADB)
  - Collects and reports data on disciplinary actions taken against physicians and physician assistants by medical boards and other authorities
  - Querying –www.drdata.org
  - Annual Data Compilation Release
- All Licensed Physicians Information
  - Consolidated physician information
  - Disciplinary action alert
  - Public access – www.docinfo.org

### Policy Development
(available at www.fsmb.org)

- Since 1995, FSMB has developed and published 22 policy documents to assist and support state medical boards. (Complete list provided with handout)
- Available on the FSMB website (www.fsmb.org). Printed copies can be obtained by contacting FSMB Communications Department. (e-mail pubs@fsmb.org or phone (817) 868-4076

### Government Relations & Policy

- FSMB monitors federal and state legislation relating to medical regulation
- FSMB identifies legislative trends, develops medical regulation policies, facilitates communication between states on legislative issues, drafts statutory language and legislative testimony, and assists with legislative strategies
- FSMB government relations staff is available to assist member boards in proposing or influencing legislative initiatives

4