UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES BARRE
AUG 12 2015
Per ___MS___

| | |
|---|---|
| RICHARD KATZ, | |
| Plaintiff, | CIVIL ACTION NO. 3:15-cv-01187 |
| v. | (MARIANI, J.) |
| | (SAPORITO, M.J.) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | |
| Defendants. | |

## ORDER

This matter comes before the Court on *pro se* plaintiff Richard Katz's motion for leave to amend the complaint in this matter. (Doc. 17). Fed. R. Civ. P. 15(a) allows a party to amend a pleading *once* as a matter of course (*i.e.*, without leave of court) within 21 days after serving it, or within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f). *See* Fed. R. Civ. P. 15(a)(1). The plaintiff has not previously filed an amended complaint. The defendants have not filed an answer to the complaint, nor a motion under Rule 12(b), (e), or (f). Accordingly, the motion to amend (Doc. 17) is **DENIED as MOOT**.

Dated: August __12__, 2015

*Joseph F. Saporito Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge