```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| RICHARD KATZ | : |
|  | : CIVIL ACTION |
| v. | : |
|  | : |
| NATIONAL BOARD OF MEDICAL | : NO. 3:15-cv-1187 |
| EXAMINERS/United States Medical | : |
| Licensing Exam (USMLE) Organization | : |
|  | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

   Please enter my appearance as co-counsel on behalf of Defendant, National Board of Medical Examiners in the above-captioned matter.

Dated: August 12, 2015          /s/ Michael E. Sacks
                                MICHAEL E. SACKS

                                ID. NO. 39774
                                HAMBURG & GOLDEN, P.C.
                                1601 Market Street, Suite 3310
                                Philadelphia, PA  19103-1443
                                (215) 255-8590

                                Attorney for Defendant
                                National Board of Medical
                                Examiners

**CERTIFICATE OF SERVICE**

I certify that the foregoing Entry of Appearance has been filed electronically pursuant to Local Rule 5.7 upon the below registered users and is now available for viewing and downloading from the Court's Electronic Case Filing System.  I am also serving a copy of the foregoing by regular mail upon:

        Richard Katz
        3364 Parker Lane
        East Stroudsburg, PA  18301

        *Pro se*

August 12, 2015

        /s/ Michael E. Sacks
        MICHAEL E. SACKS