```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| RICHARD KATZ | : |
|  | :  CIVIL ACTION |
| v. | : |
|  | : |
| NATIONAL BOARD OF MEDICAL | :  NO. 3:15-cv-1187 |
| EXAMINERS/United States Medical | : |
| Licensing Exam (USMLE) Organization | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Please enter my appearance as co-counsel on behalf of the United States Medical Licensing Exam ("USMLE") in the above-captioned matter **for the limited purpose of moving to dismiss the complaint against USMLE pursuant to Fed. R. Civ. P. 12(b)(2),(4),(5) and 17(b).**

Dated: August 12, 2015

/s/ Michael E. Sacks
MICHAEL E. SACKS

ID. NO. 39774
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590

Attorney for Defendant
National Board of Medical Examiners

**CERTIFICATE OF SERVICE**

    I certify that the foregoing Entry of Appearance has been filed electronically pursuant to Local Rule 5.7 upon the below registered users and is now available for viewing and downloading from the Court's Electronic Case Filing System. I am also serving a copy of the foregoing by regular mail upon:

        Richard Katz
        3364 Parker Lane
        East Stroudsburg, PA  18301

        *Pro se*

August 12, 2015

                                  /s/ Michael E. Sacks
                                  MICHAEL E. SACKS