Federation of State Medical Boards
400 Fuller Wiser Road
Euless, TX 76039