IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

**Richard Katz**
Plaintiff

                Civil Action No. 3:15-cv-01187

v.

**NATIONAL BOARD OF MEDICAL EXAMINERS**
3750 Market Street
Philadelphia, Pennsylvania 19104,

and

**FEDERATION OF STATE MEDICAL BOARDS**
400 Fuller Wiser Road, Suite 300 Euless,
Texas 76039-3855

Defendants

---

### BRIEF AND SUPPORT OF MOTION TO SEAL

Plaintiff hereby moves on the grounds and authorities stated below, to seal or otherwise limit inspection of the following records in this case because they are not properly subject to public inspection:

- All documents (1 through 25) currently on court docket and any future documents hereafter.

Plaintiff, Richard Katz is the subject of the records at issue or who is specifically identified in them. The specific records or parts of records that should not be subject to public inspection are all mental health records, all documents containing medical/psychiatric reports and other personal identifiers.

Plaintiff believes that immediate substantial and irreparable harm will result to him if these records, or parts of these records, are not immediately sealed, or immediately made unavailable for public inspection, before a full adversary hearing can be held. The specific reasons are as follows:

Confidentiality is one of the basic principles of mental health treatment. In the course of therapy, plaintiff has revealed personal, highly sensitive personal information about himself that have not

been revealed to anyone else.   This information in the course of treatment is subject to the patient-doctor privilege.

Several federal laws and regulations have been established in order to help protect the privacy of health care information. The best-known are the privacy regulations established by the Secretary of Health and Human Services in 2000 in response to a requirement in the Health Insurance Portability Act (HIPAA) legislation (PL 104-191).  HIPAA Privacy Rule provides important privacy rights and protections with respect to health information, including important controls over how health information is used and disclosed.  Ensuring strong privacy protections is critical to maintaining trust in health care providers and willingness to obtain needed health care services, and these protections are especially important where very sensitive information is concerned, such as mental health information.

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

08/14/2015

X_____
**Richard Katz**
3364 Parker Lane
East Stroudsburg, PA 18301


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document has been served upon:

**Michael Sacks**
Hamburg & Golden, P.C.
1601 Market Street Suite 3310
Philadelphia, PA 19103-1443

**FEDERATION OF STATE MEDICAL BOARDS**
400 Fuller Wiser Road, Suite 300 Euless, Texas
76039-3855

by placing the same, postage prepaid in the United States Mail on this the 14 day of Aug, 2015.

X_____
**Richard Katz**
3364 Parker Lane
East Stroudsburg, PA 18301







Richard Katz
3364 Parker Lane
East Stroudsburg, PA 18301

LEHIGH VALLEY PA 193
14 AUG 2015 PM 4 L

RECEIVED
SCRANTON
AUG 17 2015
PER_____

MIDDLE DISTRICT COURT
Clerk of Courts
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148