IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : NO. 3:15-cv-1187 |
| | : |
| and | : |
| | : |
| FEDERATION OF STATE MEDICAL BOARDS | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Please enter the appearance of Neil J. Hamburg and Michael E. Sacks as counsel for Defendant, Federation of State Medical Boards in the above-captioned matter.

Dated:  August 27, 2015

/s/ Neil J. Hamburg
NEIL J. HAMBURG

/s/ Michael E. Sacks
MICHAEL E. SACKS

ID. Nos. 32175 and 39774
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590

Attorneys for Defendant
Federation of State Medical Boards

**CERTIFICATE OF SERVICE**

    I certify that the foregoing Entry of Appearance has been filed electronically pursuant to Local Rule 5.7 upon the below registered users and is now available for viewing and downloading from the Court's Electronic Case Filing System. I am also serving a copy of the foregoing by regular mail upon:

        Richard Katz
        3364 Parker Lane
        East Stroudsburg, PA  18301

        *Pro se*

August 27, 2015

                                        /s/ Michael E. Sacks
                                        MICHAEL E. SACKS