# EXHIBIT 1

Case 3:15-cv-01187-RDM   Document 33-1   Filed 08/28/15   Page 2 of 3

**USMLE**
United States Medical Licensing Examination®

# Bulletin of Information

A Joint Program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners®







**2015**

NBME/Katz 0001

## CHANGE IN ELIGIBILITY STATUS

If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a finding of irregular behavior. If you take a Step or Step Component for which you are not eligible, results for that examination may not be reported or, if previously reported, may be canceled.

## GRADUATES FROM UNACCREDITED MEDICAL SCHOOLS IN THE US OR CANADA

If you graduated from an unaccredited medical school in the US or Canada and are eligible for initial licensure by a US medical licensing authority but are not in one of the eligibility categories, you may take the USMLE only upon specific request by that medical licensing authority. The medical licensing authority should submit the request to sponsor you to the USMLE Secretariat in advance of your application for each Step. You must pass Steps 1, 2 CK, and 2 CS before you can take Step 3.

## SEQUENCE OF STEPS

If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence. You may only take Step 3 after passing Step 1, Step 2 CK, and Step 2 CS.

## NUMBER OF ATTEMPTS AND TIME LIMITS

The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. An examinee is ineligible to take a Step or Step Component if the examinee has made six or more prior attempts to pass that Step or Step Component, including incomplete attempts. All attempts at a Step or Step Component are counted toward the limit, regardless of when the examinations were taken.

Information regarding state-specific requirements for licensure can be obtained on the FSMB website. Note: MD/PhD students should reference the USMLE website for more specific information regarding exceptions to time limits.

## RETAKING FAILED EXAMINATIONS

You may not take the same examination more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination.

## RETAKING PREVIOUSLY PASSED STEPS

If you pass a Step or Step Component, you are not allowed to retake it, except to comply with the time limit of a medical licensing authority or another authority recognized by the USMLE program. Visit the USMLE website for more information. If you have not yet passed Step 3 and need to retake a previously passed Step 1 or Step 2 examination in order to meet a time limit imposed by a US medical licensing authority or another authority