# EXHIBIT 2

Home   Bulletin   **FAQs**   Applications & Fees   Security   Step Examinations   Practice Materials   Test Accommodations   Scores & Transcripts   Data & Research

# FAQs

General | Biometric Enabled Check-In System | Practice Materials | Scores | Step 2 CS | Comprehensive Review

## Questions about USMLE

Show All Answers »

### Applying, Registering, Scheduling, and Rescheduling

1. **How do I apply for USMLE?**

2. **What is the cost of the USMLE exams?**

3. **Is there a fee for changing my appointment?**

4. **How do I register for and schedule an exam?**

### Preparing

1. **How do I prepare for the test? Is there a review book for USMLE?**

2. **Where can I obtain a copy of the USMLE Bulletin of Information?**

### Updating information

1. **How do I update my contact information (email address, mailing address, and phone number) in my USMLE record?**

2. **How do I update my name on my USMLE record?**

### Accommodations

1. **What should I do if I have a disability that requires test accommodations?**

2. **Are there exceptions to the rules regarding items normally prohibited into the secure areas of the testing center?**

### Eligibility



1. **Is there a limit on the number of times Steps can be taken?**

NBME/Katz 0003

8/25/15, 5:00 PM

Case 3:15-cv-01187-RDM   Document 33-2   Filed 08/28/15   Page 3 of 4

An examinee is ineligible to take a Step or Step Component if the examinee has made six or more prior attempts to pass that Step or Step Component, including incomplete attempts.

The effective date for the six-attempt limit depends upon whether an examinee has taken any Step or Step Component (including incomplete attempts) before January 1, 2012.

- **Examinees who have NOT taken any Step or Step Component before January 1, 2012**
  If you have **not** taken any Step or Step Component before January 1, 2012, the six-attempt limit is in effect for all exam applications that you submit on or after January 1, 2012.

  **Example 1:** On January 15, 2012, Examinee A submits his application for his first attempt at any Step or Step Component. The six-attempt limit will be effective at that time for all Steps and Step Components and Examinee A will be allowed to take each Step or Step Component no more than six times, including incomplete attempts.

- **Examinees who have taken any Step or Step Component before January 1, 2012**
  If you have taken any Step or Step Component (including incomplete attempts) before January 1, 2012, the six-attempt limit is in effect for all exam applications that you submit on or after January 1, 2013. After that date, all attempts at a Step or Step Component will be counted toward the limit, regardless of when the exams were taken.

  **Example 2:** Examinee B's application for a seventh attempt at a particular Step or Step Component is received on December 15, 2012. For this examinee, the six-attempt limit will not prevent the seventh attempt, since the application was submitted before January 1, 2013. However, if Examinee B fails the exam, he will not be eligible to submit an application after January 1, 2013 to retake that Step or Step Component.

  **Example 3:** Examinee C attempts to submit an application for a seventh attempt at a particular Step or Step Component on or after January 1, 2013. The application will not be processed, since all exam applications submitted on or after January 1, 2013 will be subject to the six-attempt limit.

2. **Do the Steps have to be taken at particular points during my medical education and career?**

3. **If a physician currently holds a license in one state and has not taken USMLE, is it necessary to pass USMLE to seek licensure in another state?**

4. **I am a graduate of a medical school outside the United States and Canada. How can I get information on what is required to enter graduate medical education and/or practice medicine in the United States?**

5. **I am a MD/PhD candidate and the state board where I am applying for licensure requires applicants to complete all three steps within seven years. Is there an exception to this policy?**

## Retakes

1. **What are the rules regarding retakes?**

2. **Can I retake a Step that I previously passed?**

NBME/Katz 0004

8/25/15, 5:00 PM

**Other**

1. **What is ERAS?**

2. **How do I report a problem related to my testing administration?**

3. **What are the rules regarding what I can and cannot bring into the secure areas of the testing center?**

**NBME/Katz 0005**    8/25/15, 5:00 PM