UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ, | CIVIL ACTION NO. **3:CV-15-1187** |
| Plaintiff | (Judge Mariani) |
| v. | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | |
| Defendants | |

**FILED WILKES BARRE SEP 01 2015 Per____**

## ORDER

**AND NOW, this 1ˢᵗ day of September, 2015, IT IS HEREBY ORDERED THAT** plaintiff's Doc. 19 motion to seal or otherwise limit inspection of case is **DEEMED WITHDRAWN** pursuant to Rule 7.5, M.D. Pa., based on Plaintiff's failure to file a support brief. *See Salkeld v. Tennis*, 2007 WL 2682994, * 1 (3d Cir. 2007)(Non-Precedential) (Third Circuit Court found no error with District Court's decision of deeming Plaintiff inmate's motion as withdrawn for failure to comply with M.D. Pa. Local Rule 7.5 requiring the timely filing of a supporting brief); *see also Pabaon Osvaldo v. U.S.P. Lewisburg Warden*, 2006 WL 485574, # 2, n. 4 (M.D. Pa. 2006) ("This motion [to compel discovery of Plaintiff inmate] will be deemed withdrawn pursuant to M.D. Pa.

Local Rule 7.5 due to Plaintiff's failure to file a supporting brief.").[1]

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

**Dated: September 1, 2015**

---

[1] Plaintiff has been provided a copy of the relevant Local Rules of this Court. *See* Doc. 6.