UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD KATZ,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,

    Defendants.

CIVIL ACTION NO. 3:15-cv-01187

(MARIANI, J.)
(SAPORITO, M.J.)

FILED
WILKES BARRE
SEP 0 3 2015
Per_____ MS_____

## ORDER

On August 28, 2015, the defendants filed an answer to the amended complaint. (Doc. 33). On September 2, 2015, they filed two exhibits under seal. (Doc. 36 & attachments). They did not, however, file a corresponding motion to seal. Nevertheless, it is evident from the face of these documents that they contain confidential protected health information. *See generally* Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub. L. 104-191, 110 Stat. 1936.

Accordingly, **IT IS HEREBY ORDERED THAT** these exhibits (Doc. 36 & attachments) shall be **FILED UNDER SEAL**.

Dated: September __3__, 2015

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge