UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ, | CIVIL ACTION NO. 3:CV-15-1187 |
| Plaintiff | (Judge Mariani) |
| v. | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | FILED WILKES BARRE SEP 0 9 2015 |
| Defendants | Per _____ |

**ORDER**

**AND NOW, this 9th day of September, 2015,** based upon the unopposed request of defendants' counsel, **IT IS HEREBY ORDERED THAT:**

1. The telephonic joint case management conference scheduled for September 14, 2015 is **RESCHEDULED.**

2. The conference shall be conducted on **September 16, 2015 at 10:00 a.m.** and shall be initiated by the Court.

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

Dated: September 9, 2015