IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ, | CIVIL ACTION NO. **3:15-CV-1187** |
| Plaintiff | (Judge Mariani) |
| v. | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | |
| Defendants | |



## SCHEDULING ORDER

A joint case management conference has been conducted in the above-captioned action. Although the parties have stated that they do not consent to the jurisdiction of the magistrate judge, this court will continue to oversee the pre-trial management of the matter.

**AND NOW**, this 16th of **September, 2015, IT IS HEREBY ORDERED THAT** the following case management deadlines are established in the above-captioned action:

1. **Discovery.** All discovery shall be completed by **February 15, 2016.**

2. **Expert Reports.** Reports of Plaintiffs' retained experts shall be produced by **January 15, 2016.** Reports of Defendants' retained experts shall be produced by **February 15, 2016.** Supplementations shall be due **March 1, 2016.**

3. **Joinder of Parties.** Any joinder of parties shall be accomplished by **October 15, 2015.**

4.     **Amendments.** Amendments to the pleadings shall be filed by **October 15, 2015.** Said amendment shall be accompanied by either motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

5.     **Dispositive Motions.** All case dispositive motions shall be filed by **April 1, 2016.**

6.     **Case Management Track.** This case is assigned to the **STANDARD** case management track.

7.     **Modification of Pre-trial Schedule.** The parties shall adhere to the schedule established herein. Requests for extensions of any of the deadlines will be granted only when extraordinary circumstances arise and application is timely made.

8.     **Pre-Trial Conference and Trial.** The parties agree that the case may be appropriate for trial in **June 2016** and have suggested a date in **May 2016** for a pre-trial conference. As Judge Mariani will preside over the trial, no dates are set for a final pre-trial conference or for the trial of this matter. However, by copy of this Order, Judge Mariani is being notified of the suggested dates.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

**Dated: September 16, 2015**