

Middle District Court
for the
Middle District Of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RE: Case Number: 3:15-cv-01187

Dear Clerk of Court:

Please find proof of service to Defendants dated September 10, 2015 for Plaintiff's *TRAVERSE* Court Docket Document #39 Filed 09/08/15 Page 1 to 20 to:

**Michael E. Sacks**
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

From Plaintiff:

**Richard Katz**
3364 Parker Lane
East Stroudsburg, PA
18301



Respectfully Submitted,

Richard Katz

September 14, 2015