Middle District Court
for the
Middle District Of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RE: Case Number: 3:15-cv-01187

Dear Clerk of Court:

Please find the following Medical Records to be attached **UNDER SEAL** to document 39 entitled *Traverse* filed September 18, 2015. These medical documents substantiate claims made on pages 13-14 of *Traverse* under caption: **"FOURTH AFFIRMATIVE DEFENSE."**

Respectfully Submitted,

Richard Katz

September 14, 2015

FILED
SCRANTON
SEP 17 2015
PER _____
DEPUTY CLERK

FILED
WILKES BARRE
SEP 18 2015
Per _____ MS