Middle District Court
for the
Middle District Of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RE: Case Number: 3:15-cv-01187



Dear Clerk of Court:

Please find proof of service to Defendants dated September 15, 2015 for **PLAINTIFF'S REPLY BRIEF IN SUPPORT OF RECONSIDERATION OF MOTION TO SEAL.** Also in this mailing were **plaintiff's medical records** filed with the Clerk submitted **under seal** substantiating Plaintiff's *Traverse* pages 13-14 under caption: **"Fourth Affirmative Defense."**

**Michael E. Sacks**
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443


From Plaintiff:

**Richard Katz**
3364 Parker Lane
East Stroudsburg, PA
18301


Respectfully Submitted,

Richard Katz

September 15, 2015

Richard Katz
3364 Parker Lane
East Stroudsburg, PA
18301

Middle District Court
for the
Middle District of Pennsylvania
ATT: Clerk of Courts
235 North Washington Ave
P.O. Box 1148
Scranton, PA