

### Abram Doane

Coordinator, Office for Academic Success at Salus University

Greater Philadelphia Area | Higher Education

| | |
|---|---|
| Previous | J.A. Doane Consulting / Student Support Services, National Board of Medical Examiners, Temple University |
| Education | Washington University in St. Louis School of Law |

**Send Abram InMail** 

**263** connections

https://www.linkedin.com/in/jadoane

Contact Info

## Background

 **Summary**

Check back....I'm updating...

Specialties: Coaching adults with ADD, their partners, and families. Trained in adult ADD, LD and related challenges. Experienced with the effects of ADD in post-secondary education, medical and law schools and certification/licensure, as well as law and medical practice. Experienced teacher and speaker. Trained mediator.

Psychoeducational assessment, disability services consultation, and advocate for individuals with disabilities.

 **Experience**

### Coordinator, Office for Academic Success
Salus University
August 2015 – Present (3 months) | Elkins Park, PA



ADA and Rehab Act compliance, accessibility services, advocacy, universal design promotion

### Coach, Disability Services Consultant, Advocate, Mediator
J.A. Doane Consulting / Student Support Services
August 2007 – August 2015 (8 years 1 month) | United States

Enlightened professional support for young adults and adults with ADD/ADHD, their partners and families. Providing individual and group coaching, conversation facilitation, Psychoeducational assessment, advocacy for individuals with disabilities and conflict mediation. Services offered in-person, via phone, and online.

### Consultant, Office of the General Counsel
National Board of Medical Examiners
July 2006 – July 2008 (2 years 1 month) | Greater Philadelphia Area



Consultant for general counsel regarding ADA compliance and disability-related matters

### Adjunct Faculty, Institute on Disabilities
Temple University
September 2006 – June 2008 (1 year 10 months) | Greater Philadelphia Area



### Manager, Disability Services/ADA Compliance Officer
National Board of Medical Examiners
July 2003 – July 2006 (3 years 1 month) | Greater Philadelphia Area



• Reviewed documentation and reports in support of student requests for services. Decision-maker for accommodations for NBME testing programs and state medical licensing boards. Developed and implemented non-standard computer-based and clinical skills examinations
• Reorganized unit to improve professionalism and efficiency. Designed and implemented information processing confidential system in collaboration with technical staff. Trained staff in use
• Supervised professionals, support staff, and external consultants. Formulated policies and procedures, annual budget and best practices. Managed escalated, highly sensitive, and high profile cases in conjunction with general counsel and contracted law firms. Advised senior management regarding ADA compliance
• Represented NBME at professional conferences. Presented seminars at national, state, and local events