Middle District Court
for the
Middle District Of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RE: Case Number: 3:15-cv-01187

**FILED**
**SCRANTON**

OCT - 9 2015

PER _____
DEPUTY CLERK

Dear Clerk of Court:

Please find the following **Proof of Service for Document #52 Second Amended Complaint** in Court docket sent to:

**Michael E. Sacks**
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

on October 6, 2015.

Respectfully Submitted,

Richard Katz

October 6, 2015



Richard Katz
3364 Parker Lane
East Stroudsburg, PA
18301

RECEIVED
SCRANTON
OCT 09 2015
PER _____
DEPUTY CLERK

Att: Clerk of Court.
United States District Court
for the
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

1850114848