IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

Richard Katz,

Plaintiff,

           Case No.: **3:15-cv-01187**

           **SECOND ADDENDUM TO THE MOTION TO FILE SECOND AMENDED COMPLAINT**

v.           **EIGHTH CAUSE OF ACTION**

           **[DISCRIMINATION PURSUANT TO § 504 OF THE REHABILITATION ACT OF 1973]**

National Board of Medical Examiners (NBME),

and

Federation of State Medical Boards (FSMB)

Defendants.

---

### EIGHTH CAUSE OF ACTION

### [DISCRIMINATION PURSUANT TO § 504 OF THE REHABILITATION ACT OF 1973, AS AMENDED, 29 U.S.C. § 794]

Section 504 of the Rehabilitation Act specifically prohibits discrimination against individuals with disabilities in programs receiving federal funds.  Both NBME and FSMB are recipients of Federal Funds.  Section 504 covers individuals who have physical or mental impairments that are substantially limited by one or more major life activities, have a record of such impairments, or

are regarded as having such impairments. Richard Katz satisfies all three criteria due to his disability (bipolar disorder).

NBME/FSMB violated Katz's rights under § 504 by refusing to accommodate his disability, and by barring him from registering for USMLE Step I because of their 'Six Attempt Limit Rule.'

§ 504 of the Rehabilitation Act provides:

**"No otherwise qualified individual with a disability in the United States, as defined in section 705(20) of this title, shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance . . . ."**

Section 504, 29 U.S.C.§794

Katz exhausted all administrative remedies prior to filing this suit, he clearly asked defendants to accommodate his disabilities in his April 1st 2014 Appeal (see Documents 1-2 Pages 1-29). He needed extra time during his medical licensing exams because his disability prevented him from processing all of the exam questions in the time permitted under regular exam conditions. This request was denied on April 17, 2014 by the office of the USMLE Secretariat (Document 1-4 Page 1). Katz responded with a second Appeal of the April 17, 2014 denial on April 20, 2014 to NBME Disability Services regarding the injustice of 'The Six Attempt Limit Rule' for people with disabilities. Compliance Officer for NBME Disability Services Catherine Farmer never responded to Katz's second Appeal (see Documents 1-4 Pages 2-4).

The Rehabilitation Act requires defendants to grant Katz's requests to waive 'The Six Attempt Limit Rule' and to provide double time and a separate testing area for him to take his examinations. It also requires defendants to provide Katz additional time (double time) for writing his Patient Note on the USMLE Step 2 CS exam.

Remedies for violations of § 504 of the Rehabilitation Act include declaratory judgments, injunctions (including preliminary injunctions and temporary restraining orders, where appropriate), costs, and attorney fees at market rates. Money damages may also be available[1] .

---

See, e.g., Ferguson v. City of Phoenix, 157 F.3d 668, 674 (9th Cir. 1998.

**Proof of Federal Funding NBME:**

**www.usaspending.gov/Pages/AdvancedSearch.aspx?k=national%20board%20of%20medical%20examiners**



**usaspending.gov/transparency/Pages/RecipientProfile.aspx?DUNSNumber=061840328&FiscalYear=2015**





PRIME AWARD DATA













**Proof of Federal Funding FSMB:**

www.usaspending.gov/Pages/AdvancedSearch.aspx?k=Federation%20of%20State%20Medical%20Boards



www.usaspending.gov/transparency/Pages/RecipientProfile.aspx?DUNSNumber=051010890&FiscalYear=2015





## PRIME AWARD DATA

### PRIME AWARDS BY SPENDING TYPE



Contracts    Grants



Text View of Prime Awards By Spending Type

### PRIME'S SUB-AWARDEES

No Data Found

### TOP PRODUCTS OR SERVICES



1. Other Professional Services                         $79,700

Text View and More Details on Top Products/Services

### AWARDING AGENCIES



| | |
|---|---|
| 1. Department of Health and Human Services | $198,252 |
| 2. Department of Veterans Affairs | $79,700 |

Text View and More Details on Awarding Agencies

### TOP PROGRAMS



1. Telehealth Programs                                  $198,252

Text View of Top Programs

### AWARDS BY STATES



0k  50k  100k  150k  200k

| | |
|---|---|
| 1. Texas | $198,252 |
| 2. District of Columbia | $79,700 |

Text View and More Details on Awards by States