Middle District Court
for the
Middle District Of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

October 14, 2015

RE: Case Number: 3:15-cv-01187

Dear Clerk of Court:

Please find the following **Proof of Service for Documents #54, #55 and #56 submitted to the Court electronically entitled: "SUPPLEMENT" (Documents # 54 and #55) and "EXHIBIT" (Document #56) to Plaintiffs' Second Amended Complaint.** Also in this mailing was Plaintiffs' Initial Disclosures to Defendants. Sent to:

**Michael E. Sacks**
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

on October 14, 2015.

Respectfully Submitted,

Richard Katz

pro se



Richard Katz
3384 Parker Lane
East Stroudsburg, PA
18301+

RECEIVED
SCRANTON
OCT 16 2015

LEHIGH VALLEY PA 180

14 OCT 2015 PM 2 L

Office of the Clerk
for the Middle District of
Pennsylvania
235 North Washington Avenue
PO Box 1148
Scranton, PA 18501-1148

18501114848