IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD KATZ, :
:
    Plaintiff, : CIVIL ACTION NO. 3:15-cv-01187
:
v. : (Mariani, J.)
: (Saporito, M.J.)
NATIONAL BOARD OF :
MEDICAL EXAMINERS, et al. :
:
    Defendants. :

FILED
WILKES BARRE
OCT 30 2015
Per _____

## ORDER

The following matters are pending before the court: (1) plaintiff's motion for reconsideration (Doc. 47); (2) plaintiff's motion to file document under seal (Doc. 50); and (3) plaintiff's second motion to amend/correct complaint. (Doc. 52). Upon review thereof, it is hereby ORDERED as follows:

1.    The defendants are directed to file either a certificate of concurrence or a brief in opposition to plaintiff's motion for reconsideration (Doc. 47) and plaintiff's motion to file document under seal (Doc. 50) within fourteen (14) days from the date of this order.

2.    The plaintiff failed to attach a complete copy of the proposed second amended complaint as required by Local Rule 15.1(a). Therefore,

the plaintiff is directed to file his proposed second amended complaint retyped or reprinted so that it will be complete in itself including exhibits and shall be filed on paper as a separate document or, in the Electronic Filing System, as an attachment to the motion. In addition, the plaintiff shall file a supporting brief separately. The plaintiff is required to comply herewith within twenty one (21) days from the date of this order.

*[signature]*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: October 30, 2014