IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ | : |
| | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : NO. 3:15-cv-1187 |
| | : |
| and | : |
| | : |
| FEDERATION OF STATE MEDICAL BOARDS | : |
| | : |

**CERTIFICATE OF CONCURRENCE**

The defendants, the National Board of Medical Examiners and the Federation of State Medical Boards, concur in Plaintiff Richard Katz's Motion for Reconsideration of Motion to Seal (Document No. 47) and Plaintiff's Motion to File Document Under Seal (Document No. 50).

Dated: November 4, 2015

/s/ Michael E. Sacks
MICHAEL E. SACKS

ID. NO. 39774
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590

Attorneys for Defendants
National Board of Medical Examiners and Federation of State Medical Boards

**CERTIFICATE OF SERVICE**

I certify that the foregoing Certificate of Concurrence has been filed electronically pursuant to Local Rule 5.7 upon the below registered users and is now available for viewing and downloading from the Court's Electronic Case Filing System. I am also serving a copy of the foregoing by regular mail upon:

>Richard Katz
>3364 Parker Lane
>East Stroudsburg, PA   18301
>
>*Pro se*

November 4, 2015

/s/ Michael E. Sacks
MICHAEL E. SACKS