The Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
U.S. District Court
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

FILED
SCRANTON

NOV 17 2015

PER _____ DEPUTY CLERK

11/13/2015

CIVIL ACTION NO: 3:15-cv-01187

Dear Clerk of Court:

The Honorable Joseph F. Saporito Jr. stated in the Court Order dated October, 30th, 2015 (Dkt #58) that I failed to attach a complete copy of the proposed second amended complaint as required by Local Rule 15.1 (a). Per Judge Saporito's instructions I have drafted a separate supporting brief, Second Amended Complaint, and Exhibits 6-10 so all documents are complete in itself. I am submitting documents as a hard copy so I may bring to your attention that Exhibit 9 are Medical Records that need to be filed under seal.

Thanking you for your time and attention to this matter.

Sincerely,

Richard Katz
pro se

PRESS FIRMLY TO SEAL





1005    18501

U.S. PAID
EAST STROUDSBURG, PA
18301
NOV 13, 15
AMOUNT
**$5.75**
R2304N118528-02

Richard Katz
3364 Parker Lane
East Stroudsburg, PA
18301

RECEIVED
SCRANTON
NOV 17 2015
DEPUTY CLERK



TO:

The Middle District of Pennsylvania
William J. Nealon Federal Bldg. & US
Courthouse

**ATT: CLERK OF COURT**
US DISTRICT COURT
PO Box 1148

235 N. Washington Avenue
Scranton, PA 18501-1148



