AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ | SUBPOENA IN A CIVIL CASE |
|---|---|
| v. | Case Number: 3:15-CV-1187 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | |

TO:   The Aaron Center
      851 Commerce Blvd., Suite 107
      Dickson City, PA 18519

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, ▮▮▮▮▮▮▮▮ s.s. no. ▮▮▮▮▮▮▮▮, including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE   Hamburg & Golden, P.C. | DATE AND TIME |
|---|---|
|          1601 Market Street, Suite 3310 | February 10, 2016 |
|          Phila, PA 19103 | 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|



Sticky Note

Katz has placed RED Bars over his DOB and Social Security Number for security purposes.

Each of Mr. Sacks' 14 Subpoena violates LR 5.2 of Middle District Court of Pennsylvania Per Chief Judge Thomas I Vanaskie's October 4th 2004 Order for Middle District of Pennsylvania