IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 3:15-cv-1187 |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | : | (MARIANI, J.) |
| | : | (SAPORITO, M.J.) |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion of the Defendants to Overrule Plaintiff's Objections to Defendants' Proposed Subpoenas, to Require Plaintiff to Sign Authorizations, and for a Protective Order Regarding Plaintiff's Request For Personnel Files Of Defendant NBME's Employees, it is hereby ORDERED that defendants' motion is Granted, as follows:

(1)    Defendants may serve the 14 subpoenas to which plaintiff objected;

(2)    Plaintiff shall sign the authorizations that defendants provided to plaintiff, without redactions, and shall return both the original signed authorizations and an electronic copy of each authorization to defendants within three (3) days of this Order, or suffer sanctions upon further application to the Court;

(3)    Defendants' motion for protective order is granted, and defendants need not provide the personnel files of the NBME's current or future employees, or the seven components of such files enumerated by plaintiff, but shall provide any curricula vitae of the five employee(s) in the defendants' possession, and shall provide job descriptions for the positions held by such employees.

BY THE COURT:

_____
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge