## CERTIFICATE OF NONCONCURRENCE

I, Michael E. Sacks, Esquire, attorney for the defendants in the foregoing action, the National Board of Medical Examiners and the Federation of State Medical Boards, hereby certify in accordance with Local Rule 7.1 that pro se plaintiff Richard Katz does not concur in the relief requested in this motion.

/s/ Michael E. Sacks
Neil J. Hamburg
Michael E. Sacks
HAMBURG & GOLDEN, P.C.
Pa. I.D. Nos. 32175, 39774
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590
hamburgnj@hamburg-golden.com
sacksme@hamburg-golden.com

Attorneys for Defendant
The National Board of Medical Examiners and the Federation of State Medical Boards of the United States

January 28, 2016