## CERTIFICATE PURSUANT TO LOCAL RULE 26.3

I, Michael E. Sacks, Esquire, attorney for the defendants in the foregoing action, the National Board of Medical Examiners and the Federation of State Medical Boards, hereby certify, in accordance with Local Rule 26.3, that I conferred with pro se plaintiff Richard Katz in a good faith effort to resolve by agreement, and without intervention by the Court, the issues raised in this Motion to Overrule Objections and Motion for Protective Order.  Such efforts included providing a written explanation of defendants' position, followed by a detailed telephone discussion with plaintiff.  Despite such efforts, the parties could not agree.

/s/ Michael E. Sacks
NEIL J. HAMBURG
MICHAEL E. SACKS
HAMBURG & GOLDEN, P.C.
Pa. I.D. Nos. 32175, 39774
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590
hamburgnj@hamburg-golden.com
sacksme@hamburg-golden.com

Attorneys for Defendant
The National Board of Medical Examiners and the Federation of State Medical Boards of the United States

January 28, 2016