# EXHIBIT 2

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: Holtz Psychological Services
400 South Oyster Bay Road, Suite 1204
Hicksville, NY 11801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b            , s.s. no.                   including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE Gonzalez Saggio & Harlan, LLP<br>155 Willowbrook Boulevard<br>Suite 300<br>Wayne, New Jersey 07470 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO:   William Lupardo
      Director, Sunrise Career Institute, Inc.
      1445 New York Avenue
      Huntington Station, NY 11746

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file pertaining to Richard Katz, d/o/b         , s.s. no.           whether from SUNY Old Westbury or elsewhere, including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, recommendations for and/or records of academic or other accommodations, prescriptions, correspondence, and all other records.**

| PLACE   Gonzalez Saggio & Harlan, LLP<br>         155 Willowbrook Boulevard<br>         Suite 300<br>         Wayne, New Jersey 07470 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                                Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: David Kreditor, MD, PhD.
380 2nd Ave
New York, NY 10010

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b         s.s. no.           including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE  Hamburg & Golden, P.C.<br>1601 Market Street, Suite 3310<br>Phila, PA 19103 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO:   William Lupardo
      Director, Sunrise Career Institute, Inc.
      1445 New York Avenue
      Huntington Station, NY 11746

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file pertaining to Richard Katz, d/o/b          , s.s. no.          , whether from SUNY Old Westbury or elsewhere, including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, recommendations for and/or records of academic or other accommodations, prescriptions, correspondence, and all other records.**

| PLACE   Gonzalez Saggio & Harlan, LLP<br>155 Willowbrook Boulevard<br>Suite 300<br>Wayne, New Jersey 07470 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                              Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: Pocono Medical Center
      206 East Brown Street
      East Stroudsburg, PA 18301

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b         , s.s. no.            , including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE  Hamburg & Golden, P.C.<br>1601 Market Street, Suite 3310<br>Phila, PA 19103 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                                    Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

; AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: The ReDCo Group (Samuel J. Garloff, D.O.; Juanita M. Taylor, M.A.)
16 South Centre Street
Pottsville, PA 17901

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b , s.s. no. including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE Hamburg & Golden, P.C.<br>1601 Market Street, Suite 3310<br>Phila, PA 19103 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: The Aaron Center
851 Commerce Blvd., Suite 107
Dickson City, PA 18519

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b          , s.s. no.            , including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE Hamburg & Golden, P.C.<br>1601 Market Street, Suite 3310<br>Phila, PA 19103 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>                                        Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO:  St. John's University
     Center for Psychological Services
     15211 Union Turnpike
     Queens, NY 11439

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b          , s.s. no.          , including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE  Gonzalez Saggio & Harlan, LLP<br>155 Willowbrook Boulevard<br>Suite 300<br>Wayne, New Jersey 07470 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: St. Joseph's College -- Attention Registrar
278 Whites Bridge Road
Standish, ME 04084

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of academic records pertaining to Richard Katz, d/o/b           , s.s. no.           including but not limited to transcripts, academic advising files, records of the Office of Services for Students with Disabilities, application for admission, honors or awards, and disciplinary files.**

| PLACE   (not determined yet) | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |

TO:   Saint Joseph's College – Attention Counseling Center
      Saint Joseph's Hall – First Floor
      c/o Saint Joseph's College
      278 Whites Bridge Road
      Standish, ME 04084

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b          , s.s. no.          , including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE<br>(not determined yet) | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO:    The Center for Emotional Care
       400 East Burwell Street
       Salem, VA 24153

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of medical, psychiatric and/or psychological records pertaining to Richard Katz, d/o/b          s.s. no.          including intake forms, assessments, psychological testing, diagnoses, consultations, evaluations, treatment notes, referrals, prescriptions, correspondence, and all other inpatient or outpatient records.**

| PLACE   (not determined yet) | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>                                         Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO:   St. John's University – Attention Registrar
      8000 Utopia Parkway
      Queens, NY 11439

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of academic records pertaining to Richard Katz, d/o/b          s.s. no.
including but not limited to transcripts, academic advising files, records of the Office of Services for Students with Disabilities, application for admission, honors or awards, and disciplinary files.**

| PLACE  Gonzalez Saggio & Harlan, LLP<br>155 Willowbrook Boulevard<br>Suite 300<br>Wayne, New Jersey 07470 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD KATZ
v.
NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL

**SUBPOENA IN A CIVIL CASE**
Case Number: 3:15-CV-1187

TO: The New School – Attention Registrar
79 5th Avenue, 5th Floor
New York, NY 10003

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of academic records pertaining to Richard Katz, who attended Parsons School of Design in approximately 1988-1992, d/o/b           , s.s. no.              , including but not limited to transcripts, academic advising files, records of the Office of Services for Students with Disabilities, application for admission, honors or awards, and disciplinary files.**

| PLACE  Hamburg & Golden, P.C.<br>1601 Market Street, Suite 3310<br>Philadelphia, PA 19103 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD KATZ<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL | **SUBPOENA IN A CIVIL CASE**<br>Case Number: 3:15-CV-1187 |
|---|---|

TO: The College at Old Westbury – Attention Registrar
State University of New York
Campus Center, Room I-102
Old Westbury, NY 11568

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Your complete file of academic records pertaining to Richard Katz, d/o/b       s.s. no. including but not limited to transcripts, academic advising files, records of the Office of Services for Students with Disabilities, application for admission, honors or awards, and disciplinary files.**

| PLACE Gonzalez Saggio & Harlan, LLP<br>155 Willowbrook Boulevard<br>Suite 300<br>Wayne, New Jersey 07470 | DATE AND TIME<br>February 10, 2016<br>10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case