# EXHIBIT 3

≈AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Richard Katz

V.

National Board of Medical Examiners et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:15-CV-01187

TO: National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

To produce all records regarding employment for J. Abram Doane, including confidential personnel files for sixteen years preceding the date of this authorization. This will further authorize you to provide employment records for J. Abram Doane to pro se plaintiff Richard Katz until two (2) years from the date below.

| PLACE  Richard Katz  3364 Parker Lane, East Stroudsburg, PA 18301 | DATE AND TIME  2/10/2016 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  Richard Katz   *Digitally signed by Richard Katz*  *DN: cn=Richard Katz, o, ou, email=cat2400@msn.com, c=US*  *Date: 2016.01.19 15:45:46 -05'00'* | DATE  1/19/2016 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard Katz
3364 Parker Lane, East Stroudsburg, PA 18301

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Richard Katz

V.

National Board of Medical Examiners et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:15-CV-01187

TO: National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

To produce all records regarding employment for Catherine Farmer, Psy.D. including confidential personnel files for sixteen years preceding the date of this authorization. This will further authorize you to provide employment records for Catherine Farmer to pro se plaintiff Richard Katz until two (2) years from the date below.

| PLACE Richard Katz<br>3364 Parker Lane, East Stroudsburg, PA 18301 | DATE AND TIME<br>2/10/2016 9:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Richard Katz  *Digitally signed by Richard Katz*<br>DN: cn=Richard Katz, o, ou, email=cat2400@msn.com, c=US<br>Date: 2016.01.19 15:45:46 -05'00' | DATE<br>1/19/2016 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard Katz
3364 Parker Lane, East Stroudsburg, PA 18301

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

FOR THE MIDDLE  DISTRICT OF  PENNSYLVANIA

Richard Katz

V.

National Board of Medical Examiners et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:15-CV-01187

TO: National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
To produce all records regarding employment for Gerard F. Dillon, Ph.D. including confidential personnel files for six years preceding the date of this authorization. This will further authorize you to provide employment records for Gerard F. Dillon, Ph.D. to pro se plaintiff Richard Katz until two (2) years from the date below.

| PLACE | DATE AND TIME |
| --- | --- |
| Richard Katz<br>3364 Parker Lane, East Stroudsburg, PA 18301 | 2/10/2016 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| Richard Katz  *Digitally signed by Richard Katz*<br>DN: cn=Richard Katz, o, ou, email=cat2400@msn.com, c=US<br>Date: 2016.01.19 15:45:46 -05'00' | 1/19/2016 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard Katz
3364 Parker Lane, East Stroudsburg, PA 18301

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Richard Katz

V.

National Board of Medical Examiners et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 3:15-CV-01187

TO: National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

To produce all records regarding employment for **Maria L. Fuentes** including confidential personnel files for **Sixteen** years preceding the date of this authorization. This will further authorize you to provide employment records for **Maria L. Fuentes** to pro se plaintiff Richard Katz until two (2) years from the date below.

| PLACE | DATE AND TIME |
|---|---|
| Richard Katz<br>3364 Parker Lane, East Stroudsburg, PA 18301 | 2/10/2016 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Richard Katz *(Digitally signed by Richard Katz, DN: cn=Richard Katz, o, ou, email=cat2400@msn.com, c=US, Date: 2016.01.19 15:45:46 -05'00')* | 01/20/2016 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard Katz
3364 Parker Lane, East Stroudsburg, PA 18301

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

FOR THE MIDDLE                 DISTRICT OF                  PENNSYLVANIA

Richard Katz

V.

National Board of Medical Examiners et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  3:15-CV-01187

TO: National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

To produce all records regarding employment for **Gregory Baker** including confidential personnel files for **Sixteen** years preceding the date of this authorization. This will further authorize you to provide employment records for **Gregory Baker** to pro se plaintiff Richard Katz until two (2) years from the date below.

| PLACE | DATE AND TIME |
|---|---|
| Richard Katz<br>3364 Parker Lane, East Stroudsburg, PA 18301 | 2/10/2016 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Richard Katz  *Digitally signed by Richard Katz*<br>DN: cn=Richard Katz, o, ou, email=cat2400@msn.com, c=US<br>Date: 2016.01.19 15:45:46 -05'00' | 01/20/2016 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Richard Katz
3364 Parker Lane, East Stroudsburg, PA 18301

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.