UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ, | : | CIVIL ACTION NO. **3:CV-15-1187** |
| | : | |
| Plaintiff | : | (Judge Mariani) |
| | : | |
| v. | : | (Magistrate Judge Saporito) |
| | : | |
| NATIONAL BOARD OF | : | |
| MEDICAL EXAMINERS, et al., | : | |
| | : | |
| Defendants | : | |

**FILED**
**WILKES BARRE**

JAN 2 9 2016

Per_____ m b

**ORDER**

**AND NOW, this 29th day of January, 2016, IT IS HEREBY ORDERED**

**THAT:**

1. Plaintiff's **Doc. 60** motion to file document under seal is **GRANTED.**

2. The Clerk of Court is directed to file plaintiff's Doc. 61 submission

under seal.

**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

**Dated: January 29, 2016**