UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ, | : | CIVIL ACTION NO. **3:CV-15-1187** |
| Plaintiff | : | (Judge Mariani) |
| v. | : | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | : | FILED WILKES BARRE JAN 29 2016 |
| Defendants | : | Per _____ MS |

### ORDER

**AND NOW**, this 29th day of January, 2016, **IT IS HEREBY ORDERED THAT** plaintiff's **Doc. 47** motion for reconsideration of the Court's Doc. 37 Order on his Doc. 28 motion to seal is **DENIED.**

_____
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

**Dated: January 29, 2016**