IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ, | CIVIL ACTION NO. **3:15-CV-1187** |
| Plaintiff | (Judge Mariani) |
| v. | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | **FILED WILKES BARRE** JAN 2 9 2016 |
| Defendants | Per _____ |

**ORDER**

**AND NOW,** this 29th of **January, 2016, IT IS HEREBY ORDERED** plaintiff's unopposed motion for extension of the case management deadlines **(Doc. 72)** is **GRANTED**.

The case management deadlines established by our Order of September 16, 2016 (Doc. 45) are extended as follows:

a. **Discovery.** All discovery shall be completed by **March 15, 2016.**

b. **Expert Reports.** Reports of Plaintiffs' retained experts shall be produced by **February 15, 2016.** Reports of Defendants' retained experts shall be produced by **March 15, 2016.** Supplementations shall be due **April 1, 2016.**

      c.    **Dispositive Motions.**  All case dispositive motions shall be filed by **May 1, 2016.**

<i>/s/ Joseph F. Saporito, Jr.</i><br>
JOSEPH F. SAPORITO, JR.<br>
<b>United States Magistrate Judge</b>

**Dated: January 29, 2016**