IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ, | CIVIL ACTION NO. 3:15-CV-1187 |
| Plaintiff | (Judge Mariani) |
| v. | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | FILED WILKES BARRE MAR 2 3 2016 |
| Defendants | |

**ORDER**    Per ___M S___

**AND NOW**, this 23rd day of **March, 2016, IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for extension of the expert report supplementations deadline **(Doc. 94)** is **GRANTED**.

2. The deadline for supplementation of expert reports shall be thirty (30) days after the Court disposes of plaintiff's Doc. 71 motion for bill of costs.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 23, 2016