IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ, | : | CIVIL ACTION NO. **3:15-CV-1187** |
| Plaintiff | : | (Judge Mariani) |
| v. | : | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 28rd day of **April, 2016, IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for leave to file a brief in excess of 15 pages and 5,000 words **(Doc. 101)** is **GRANTED.**

2. Defendants may file a brief in support of their motion for summary judgment which exceed 15 pages and 5,000 words, but said brief shall not exceed thirty (30) pages.

*/s/ Joseph F. Saporito Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**

**Dated: April 28, 2016**

FILED
WILKES BARRE
APR 2 8 2016
Per_____MS_____