UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD KATZ,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,

    Defendants.

CIVIL ACTION NO. 3:15-cv-01187

(MARIANI, J.)
(SAPORITO, M.J.)

FILED
WILKES BARRE

APR 29 2016

Per _____ MS

## ORDER

This matter is before the Court on the *pro se* plaintiff's motion for leave to file a second amended complaint, filed on October 1, 2015. (Doc. 52). That motion did not include a copy of the complete proposed amended complaint, as required by Local Rule 15.1(a). On October 30, 2015, the plaintiff was ordered to file a complete copy of the proposed amended complaint that complied with Local Rule 15.1(a). On November 17, 2015, in an effort to comply with the Court's order, the plaintiff filed a second motion for leave to file a second amended complaint, this time accompanied by a complete copy of his proposed amended complaint. (Doc. 62). That second motion and attached proposed second amended complaint include the same matter proffered in the first, defective motion, rendering

- 2 -

that first motion moot.

Accordingly, **IT IS HEREBY ORDERED THAT** the plaintiff's first motion for leave to file a second amended complaint (Doc. 52) is **DENIED as MOOT**.

Dated: April __29__, 2016

        */s/ Joseph F. Saporito, Jr.*
        JOSEPH F. SAPORITO, JR.
        United States Magistrate Judge