# EXHIBIT 4



National Board of Medical Examiners®
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500



Step 2 CK-Acknowledgement

-**Confidential**-

July 7, 2005

Richard Denis Katz
9050 Union Turnpike  Apt 18-H
Glendale, NY 11385

RE: USMLE Step 2 CK                    USMLE ID#: 0-631-475-1

Dear Mr. Katz:

The National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program. We have received your request for test accommodations for Step 2 Clinical Knowledge (CK). This letter serves as your acknowledgement that the processing of your request has begun.

We will review the documentation received with your request and will contact you if any additional information is necessary. You can find information about test accommodations on USMLE and guidelines for submitting requests at www.usmle.org. When our review of your request is complete, you will be advised in writing of the decision.

Please note that if your eligibility period begins before a decision regarding your accommodations is made, we will extend your eligibility period for a full three months. You may decline this extension in your eligibility period, by contacting your case coordinator.

**To protect your confidentiality, we do not provide information concerning the decision by telephone**. However, if you have any other questions, you may call me at (215) 590-9509.

Sincerely,

*MFuentes*

Maria L. Fuentes
Case Coordinator, Disability Services

Disability Services
215-590-9509
215-590-9422 (Fax)



DEFENDANT'S EXHIBIT 4

NBME/Katz 0165