# EXHIBIT 7

[ Incoming Phone Contact - Maria L. Fuentes - July 25, 2005 ]
He called with questions re: IDOCs. He said he submitted high school documents. He said he called his grade school and he said for K - 6th grade they have none in file anymore. They referred him to his junior h.s. He said he will have to physically go to the junior high because it is summer time and there is hardly anybody picking up the phones. He will try his best , hopefully they will be able to provide him his grades. He said he will ask his fiance and a friend to write letters of support.

He also said that he cannot afford to go through and submit another evaluation for anxiety and depression. He said evaluation for these disabilities and ADHD were included in the evaluation report that was submitted.


DEFENDANT'S
EXHIBIT

7

[ Incoming Phone Contact - Maria L. Fuentes - August  01, 2005 ]
He called to tell me that he will be able to fax his letters from his fiance and a friend. But his Junior HS
reports will not be coming until after the 6th of September because the school is closed for the summer.
He was concerned about his EP, and so I explained to go ahead and send me the letters and if/when his
EP is close to ending, we can change his EP to the next month.

[ Incoming Phone Contact - Maria L. Fuentes - September 29, 2005 ]
He left a message in my vm saying that he is still waiting for documents from NY Hospital. and his school.
He is also requesting to have his USMLE # be changed ASAP because he is afraid that it was stolen.

[ Incoming Phone Contact - Maria L. Fuentes - September 29, 2005 ]

NBME/Katz 0102

[ Outgoing Phone Contact - Maria L. Fuentes - September 29, 2005 ]
I left two messages at his two phone numbers asking him to call me asap because it is quite urgent. I said that I got his message about him still waiting for documents from NY Hospital and his school, and changing his USMLE ID#. I said that because his EP for Step 2 CK will expire tomorrow, he will have to send us at least one of the documents required in the letter dated 7/15 by tomorrow. if we do not receive anything from him by tomorrow, we will release his hold and he will get his standard permit. Because his EP's expiration is already tomorrow, at this point if he wants to extend his EP, he will have to contact ECFMG and request for an extension.

As far as changing his USMLE ID#, I said he will have to contact Applicant Services and explain his situation with them because they may require some kind of documentation from him.

NBME/Katz 0103

[ Outgoing Phone Contact - Maria L. Fuentes - September  29, 2005 ]
I called and left him another message again because I realized that he needs to call ECFMG regarding his request to change his USMLE ID#.

[ Outgoing Email Notation - Maria L. Fuentes - September 29, 2005 ]
From: Maria Fuentes
Sent: Thursday, September 29, 2005 10:35 AM
To: Maria Fuentes; 'Dahn, Susan'; 'MMcAvinue@ecfmg.org'
Cc: Amulya Yalamanchili
Subject: RE: Richard Katz, 0-631-475-1

By the way, here is his number in case you want to speak with him. It is (718)974-3718.

Maria


From: Maria Fuentes
Sent: Thursday, September 29, 2005 10:30 AM
To: 'Dahn, Susan'; 'MMcAvinue@ecfmg.org'
Cc: Amulya Yalamanchili
Subject: Richard Katz, 0-631-475-1

Mr. Katz left me a message about waiting for documents. He also requested to have his USMLE ID # be
changed because he suspects that it is stolen. I called and left a message asking him to call ECFMG.

Thanks.
Maria

NBME/Katz 0105

[ Incoming Phone Contact - Maria L. Fuentes - September 29, 2005 ]
He returned my call and said he will fax some documents over today. He said he did not realize his EP
expires tomorrow. And he asked for ECFMG's phone number again to request for a new USMLE #.

NBME/Katz 0106

[ Outgoing Phone Contact - Maria L. Fuentes - November  01, 2005 ]
I left a message wondering if he was able to obtain records from K-6th grade. I also asked him to clarify that he is removing Depression and Anxity as disorder in his application for TA. I also need to know if he is sending a letter from NY Hospital. He mentioned this on 9/29 (See TARA Note in Step 2 CK).

[ Incoming Phone Contact - Maria L. Fuentes - November  01, 2005
he returned my call. He said he exhausted all means to obtain his school records. He said he can not
obtain them. But he said he will see his Psychologist this Saturday and will talk to him about his
depression and anxiety. He is also not sure if there will be a letter from NY Hospital coming. He said he
will let me know if he will claim anxiety and depression.

NBME/Katz 0110

[ Incoming Phone Contact - Maria L. Fuentes - November 17, 2005 ]
Richard left a message in my voice mail. He said his evaluator said that psychological testing was done already from St. John and that not much he can do in validating his diagnosis of ADHD. He also said that if he wants to take more neuropsych testing, the insurance will not cover it. So he will not be able to undergo anymore testings. As far as depression and anxiety, he said that will be faxed to us by early next week including a letter from NY Hospital. He said he has no other documents regarding his childhood, everything is lost. He wants me to call him at (718) 974-3718 if I have any questions. He said his file should be complete by next week before Thanksgiving, and should be ready to submit for review.

NBME/Katz 0111

[ Incoming Phone Contact - Maria L. Fuentes - November 28, 2005 ]
Dr. Katz called folowing up on his file. I said that I received his vm last 11/17 and acocrding to his vm I am
to receive a fax from NY Hospital. I said the last documents that we have was received on 9/29, a letter
from him, Grisel Rodriguez, Devon Foster, and CAP Achievement  Series. He said there will be two more
letters coming: Dr. Kreditor, treating physician for depression affiliated with NY Hospital; and Dr. Holtz,
Psychologist. He said there will be no other documents after those two because he has no other childhood
documents. I said, I will call him as soon as I received the alst of the two letters and will ask him to send
me a short note saying that there are no documents coming and to submit his file for review.

NBME/Katz 0112

[ Outgoing Phone Contact - Maria L. Fuentes - November 30, 2005 ]
Left a message informing him that the letters from Dr. Kreditor and Dr. Holtz are in. From the last
conversation with him, I said I will ask him to send me a short note indicating that there are no other
documents coming in and to submit his file for review. I also asked him to clarify if he is including
depression and anxiety because he mentioned in his letter dated 8/30 that he is attempting to validate a
diagnosis of ADHD as the primary disability. He mentioned in the letter that he does not have the financial
resources to take further testing for depression and anxiety.

NBME/Katz 0113

[ Outgoing Phone Contact - Maria L. Fuentes - December 05, 2005 ]
I spoke with him. He siad he was just about to call me. He said he searched high and low for his childhood records but they are gone. He said the "Record Lady" named Lucia from his junior high school will send me a letter to that effect. He said at least a letter from her explaining his situation might help. Then I asked him to send me a letter saying that there are nomore documents coming in. I also asked him to clarify that he is including depression and anxiety as claimed disorders although he could not go through further testings due to financial resources. He also said that the letter from his psychologist indicated that no futher testing his necessary.

NBME/Katz 0114

[ Outgoing Phone Contact - Maria L. Fuentes - December  12, 2005 ]
I left a message just informing him that we have not received any letter from "Lucia". I reminded him that his EP will expire at the end of the month. If he wants me to submit his file without Lucia's letter, I asked that he send me a letter and also to clarify that he is including depressiona and anxiety even without comprehensive eval because of financial reasons.

NBME/Katz 0115

[ Incoming Phone Contact - Maria L. Fuentes - December 15, 2005 ]
He called asking for my email address. I gave him our shared DS email address. Then he asked if the letter from Lucia came in yesterday. I said no and nothing today neither. He said he is sending a letter via email to me and asked me to wait up to the end of today for Lucia's letter. He will call her again. If we do not receive her letter by the end of today, he asked that I submit his file for review tomorrow.

[ Incoming Email Notation - Maria L. Fuentes - December  15, 2005 ]
From: RICHARD KATZ [mailto:cat2400@msn.com]
Sent: Thursday, December 15, 2005 10:08 AM
To: disabilityservices
Cc: cat2400@msn.com
Subject: ATT: Maria Fuentes Disability Coordinator

Dear Maria:


Here is the final document requesting submission of my file to the NBME
committe for accomodation.

Thanks for all your help!


Richard Katz

NBME/Katz 0117

[ Outgoing Email Notation - Maria L. Fuentes - December  15, 2005 ]
From: disabilityservices
Sent: Thursday, December 15, 2005 11:03 AM
To: 'RICHARD KATZ'
Subject: RE: Maria Fuentes Disability Coordinator

Dear Mr. Katz,

Thank you for your letter. As we have agreed, I will wait for Ms. Lucia's letter up to the end of business day today. Whether she sends her letter or not, you have instructed me to submit your file for review tomorrow.

Please feel free to call if you have any questions.

Sincerely,
Maria Fuentes

[ Outgoing Phone Contact - Gregory Baker - December 21, 2005 ]
0910, ~10 min conversation. Called Dr. Kreditor regarding additional information. He stated that he will not provide additional information, as he had seen the patient 3-4 times, and his letter addressed the diagnoses he made on the history presented to him. I asked if the examinee had shared our 15 Jul 05 letter with him, Dr. Kreditor stated he was not sure, but believed he may have.

I asked him if he had reviewed the guidance on our web site, he stated he had not. I informed him that these documents provide guidance on the types of documentation that are helpful in determinations of nonstandard administrations. I informed him that more information about the criteria used to make the diagnoses, as well as facts about day-to-day functional impairment would be helpful in determining appropriateness of accommodations.

Dr. Kreditor again stated that he does not have further information to share. He added that his diagnoses are based on his patient's report of history, and DSM criteria were met. I informed him that details about how the examinee's behavior or symptoms met each criteria is often helpful, e.g., like how criterion A for ADHD was met.

Dr. Kreditor reiterated that he would not be providing further information based on this phone contact. He stated that he had made the diagnoses using the DSM. He added that he did not conduct testing, and that his diagnosis is a clinical one, thus he did not have facts to share, and reccommended we consult with a psychologist if that was the data that we required. He concluded by suggesting that if we wanted more information we could fax him a list of questions (e.g., "how long can he sit still for?," and he would be happy to address such specific questions. I thanked him for his time.

I informed the DS manager of the reccommendation that we fax a list of questions. This was deemed atypical and not a standard processing procedure.

NBME/Katz 0119

[ Outgoing Phone Contact - Gregory Baker - December  21, 2005 ]
~ 0920, Attempted to contact Dr. Holtz. Left voicemail for him to return call.

NBME/Katz 0120

[ Outgoing Phone Contact - Gregory Baker - December 27, 2005 ]
0920, Left another message for Dr. Holtz to return call. If no contact in a week, will resubmit to DS
manager.

NBME/Katz 0121

[ Incoming Phone Contact - Gregory Baker - January 03, 2006 }
Received voicemail, left on 2 Jan 06 @ 337 pm from Dr. Holtz, returning call. 631-427-6669.

Left message for Dr. Holtz @ 0830.

[ Incoming Phone Contact - Gregory Baker - January 03, 2006 }

~1230, Dr Holtz left another message. I tried again ~ 130, left message. He called and I answered at 210pm. 10-15 min conversation.

Requested Dr. Holtz provide additional information to supplement his letter, re: depression / anxiety diagnoses, dsm criteria for these diagnoses, and current functional impairment of same. Dr. Holtz stated he would be glad to, however, he stated he had only seen examinee 4 times at the time he wrote this letter. He stated it was difficult to be both objective and an advocate for his client. He added he would feel more comfortable if he could conduct testing himself on examinee. I stated that was between him and his client, and repeated what would be helpful for our determination re: accom request would be information leading to diagnosis and current fucntional impairment, particularly with respect to depression and anxiety. I asked if examinee had shared IDOCS letter / or website. Dr. Holtz stated he was not sure, maybe he had seen the letter, but had not seen website. I referred him to the website for guidance, and informed him we recommend all examinees share website / IDOCS letters with evaluators. Dr. Holtz asked whether examinee had requested accoms already, and I informed him that this was an ongoing request. He stated he would send more info in about a week, I provided the FAX and thanked him for his time.

NBME/Katz 0122

[ Outgoing Phone Contact - Gregory Baker - January  12, 2006 ]
Have not recieved additional clarification from Dr. Holtz as of this date. Left voicemail for Dr. Holtz,
reminding him that he had stated he would provide additional info via fax, as of yet we have yet to receive,
and processing of examinee's request was pending this additional information. Left voice number and fax
for DS at NBME.

NBME/Katz 0123

| From: | irivera@nbme.org | Sent: | 01/23/2006 11:40:48 AM |
|---|---|---|---|
| To: | catherine_farmer@URMC.rochester.edu | Created: | 01/23/2006 11:39:53 AM |
| Cc: | disabilityservices@nbme.org,ayalamanchili@nbme.org | Employee: | Ivelisse Rivera |
| Subject: | For your review | | |

Hi,

I have forwarded a file (R.K.) for your review.
The following is your User ID and the URL of the Consultant online review system:

User ID: cfarmer

URL: https://external1.nbme.org/consultantweb/prod/jsp/LoginMain.jsp

Please click on the URL above or enter it into your browser to access to the Consultant Web Login screen and use the User ID to log in to the online review system or to request a password if you do not have one.

Please complete your review no later than 01/30/2006.

If you have questions regarding the online registration system, please call Ivelisse Rivera at the National Board of Medical Examiners at 215-590-9214.

Page 1 of 1

NBME/Katz 0124

[ Incoming Phone Contact - Maria L. Fuentes - March  08, 2006 ]
He left a message asking about the status of his request. He said he sent in his documents months ago.

NBME/Katz 0125

[ Outgoing Phone Contact - Maria L. Fuentes - March  09, 2006 ]
I returned his call but left a message. I said that we are at the final stages and to feel free to call me if he
has any other questions.

NBME/Katz 0126