# EXHIBIT 10

## Decision(s) Regarding Accommodations Requested

**Katz, Richard Denis**       USMLE ID#: 0-631-475-1       USMLE Step 2 CS

### Declared Disability
Learning Disability: Attention deficit disorder
Mental Disorders: generalized anxiety disorder
Mental Disorders: depression

Time or Breaks Requested:

| Code | Accommodation | Requested | Approved |
|---|---|---|---|
| 075 | Additional 20 minutes for patient note | Y | N |

**Special Instructions:**

**Decision Maker:** [signature]

**Date of Decision:** 3/7/06

DEFENDANT'S EXHIBIT 10

NBME/Katz 0131

## Decision(s) Regarding Accommodations Requested

Katz, Richard Denis          USMLE ID#: 0-631-475-1          USMLE Step 2 CK

**Declared Disability**
Learning Disability: Attention deficit disorder
Mental Disorders: generalized anxiety disorder
Mental Disorders: depression

| Time or Breaks Requested: | double time |
|---|---|

| Code | Accommodation | Requested | Approved |
|---|---|---|---|
| 001 | extra time | Y | N |
| 006 | additional break time | Y | N |

**Special Instructions:**

Decision Maker: [signature]

Date of Decision: 3/7/06

NBME/Katz 0132