# EXHIBIT 12

[Susan Conroy - December 18, 2013]
Examinee: Katz, Richard Denis
USMLE ID: 0-631-475-1
Exam: Step 2 CS

 Richard called and said that he would like to speak to Maria Fuentes. I told him that she is no longer with the department and I asked how I could help him. He explained that he was denied accommodations in 2005 based on ADHD and he said that ADHD was an incorrect diagnosis and that he now has been diagnosed with bipolar disorder. He asked what we can do retrospectively, going back in time about that incorrect diagnosis. He said that he has exceeded the attempt limit and wants to take Step 1. I explained that DS can process a request for test accommodations based on a current diagnosis but that he needs to be registered for the exam. I explained that DS has nothing to do with the attempt limits. I explained that regarding his registration, he needs to speak with ECFMG. He asked who he should speak to and I said that perhaps he can start with the registration department or go to the ECFMG website and look for contact information. He asked what we can do for him retrospectively going back in time about his previous Step 1 request. I said that we processed his request based on the information that he provided us at the time. I again said that we would be happy to process a new request but that he needs to be registered. He said that he has not exceeded that attempt limit for Step 2 and he asked about that. I said that if he registers for Step 2 then we would be able to process his request. He again asked what we can do about his previous file with Maria Fuentes - retrospectively and going back in time. I again explained that we processed that request based on the information that he provided at that time and that we will process any new requests based on a current disability but that he must be registered for an exam in order for us to process a request.



DEFENDANT'S
EXHIBIT
12

# TAR Manual Email

| | | | |
|---|---|---|---|
| **From:** | disabilityservices@nbme.org | **Sent:** | 04/08/2014 09:49:42 AM |
| **To:** | cat2400@msn.com | **Created:** | 04/08/2014 09:48:13 AM |
| **Cc:** | | **Employee:** | Kelly Delaney |
| **Subject:** | Test Accommodations | | |

Dear Mr. Katz,

We have received material on your behalf pertaining to test accommodations for the USMLE; however, we have not yet received your formal request. Since we have not received a written request for test accommodations directly from you, we cannot take any action based on the information you have submitted. Your paperwork will remain in a pending status until a request is received.

The United States Medical Licensing Examination (USMLE) Program provides reasonable and appropriate accommodations in accordance with the Americans with Disabilities Act for individuals with documented disabilities who demonstrate a need for accommodation. If you would like to request test accommodations for your Step exam please submit a request for testing accommodations.

Guidelines to request test accommodations and all appropriate forms may be accessed on the USMLE website at www.usmle.org. If you have any questions, please contact the office of Disability Services at 215-590-9700.

Sincerely,

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

Phone: 215-590-9700
Fax: 215-590-9422
Email: disabilityservices@nbme.org <mailto:malbrecht@nbme.org>

NBME/Katz 0128

> From: disabilityservices@nbme.org <mailto:disabilityservices@nbme.org>
> Subject: Test Accommodations
> To: cat2400@msn.com <mailto:cat2400@msn.com>
> Date: Tue, 8 Apr 2014 09:49:42 -0400
>
> Dear Mr. Katz,
>
> We have received material on your behalf pertaining to test accommodations for the USMLE; however, we have not yet received your formal request. Since we have not received a written request for test accommodations directly from you, we cannot take any action based on the information you have submitted. Your paperwork will remain in a pending status until a request is received.
>
> The United States Medical Licensing Examination (USMLE) Program provides reasonable and appropriate accommodations in accordance with the Americans with Disabilities Act for individuals with documented disabilities who demonstrate a need for accommodation. If you would like to request test accommodations for your Step exam please submit a request for testing accommodations.
>
> Guidelines to request test accommodations and all appropriate forms may be accessed on the USMLE website at www.usmle.org <http://www.usmle.org>. If you have any questions, please contact the office of Disability Services at 215-590-9700.
>
> Sincerely,
>
> Disability Services
> National Board of Medical Examiners
> 3750 Market Street
> Philadelphia, PA 19104
>
> Phone: 215-590-9700
> Fax: 215-590-9422
> Email: disabilityservices@nbme.org <mailto:disabilityservices@nbme.org> <<mailto:malbrecht@nbme.org>>
>
>
> This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

NBME/Katz 0130