# EXHIBIT 16

 

**COMMONWEALTH OF PENNSYLVANIA**
**GOVERNOR'S OFFICE OF GENERAL COUNSEL**

Teresa Lazo,
Assistant Counsel

tlazo@pa.gov

April 3, 2015

*VIA FIRST CLASS MAIL*
Richard Katz
3364 Parker Lane
East Stroudsburg, PA 18301-8737

RE:   Request for waiver of six attempt limit on USMLE step I

Dear Mr. Katz:

Your letter dated March 3, 2015, directed to the Chief of the Health Licensing Division at the Pennsylvania Bureau of Professional and Occupational Affairs was forwarded to my office for response. Your letter and included materials will be placed on the Agenda for the State Board of Medicine. The next meeting date is April 20, 2015. You should hear from the Board again about a week after that date.

Sincerely,

Teresa Lazo, Esquire
Counsel, State Board of Medicine

c:   Patrick J. Toomey, U.S. Senator
    Representative David Parker
    Wayne C. Crawford, Esquire
    Disability Services, NBME
    Amy Buono, Office of the USMLE Secretariat

RECEIVED
APR 08 2015
Disability Services

DEPARTMENT OF STATE/OFFICE OF CHIEF COUNSEL
2601 North 3rd Street/P.O. Box 69523//HARRISBURG, PA 17106-9523
phone: 717-783-7200/Fax: 717-787-0251/ WWW.DOS.STATE.PA.US





DEFENDANT'S EXHIBIT 16

NBME/Katz 0133