# EXHIBIT 17

July 6, 2015 3:8 PM                    USMLE Candidate Score Inquiry List                    1 of 1

**Name:**     Katz, Richard Denis
**USMLE ID:**  0-631-475-1
**DOB:**
**SSN:**

| Agency Code | Exam | | Regist Status | Registration Status Date | Exam Completion Status | Score Status | Pass Fail | Three Digit Score | Two Digit Score |
|---|---|---|---|---|---|---|---|---|---|
| ECFMG | Step 1 | 06/01/2013 - 11/30/2013 | C | 12/07/2012 | C | A | F | 182 | |
| ECFMG | Step 1 | 09/01/2012 - 11/30/2012 | C | 03/26/2012 | C | A | F | 185 | |
| ECFMG | Step 2 CS | 04/19/2012 - 04/19/20 | C | 04/19/2012 | C | A | F | | |
| ECFMG | Step 1 | 12/01/2011 - 02/29/2012 | C | 11/18/2011 | C | A | F | 179 | |
| ECFMG | Step 2 CS | 09/14/2010 - 09/14/20 | C | 09/14/2010 | C | A | F | | |
| ECFMG | Step 1 | 09/01/2010 - 11/30/2010 | C | 09/14/2010 | C | A | F | 145 | |
| ECFMG | Step 2 CK | 09/01/2010 - 11/30/20 | C | 09/14/2010 | C | A | F | 140 | |
| ECFMG | Step 2 CK | 04/01/2006 - 09/30/20 | C | 06/02/2005 | C | A | F | 141 | |
| ECFMG | Step 2 CS | 03/14/2006 - 03/14/20 | C | 06/02/2005 | C | A | F | | |
| ECFMG | Step 1 | 04/01/2005 - 06/30/2005 | C | 02/25/2005 | C | A | F | 174 | |
| ECFMG | Step 2 CK | 10/01/2004 - 03/31/20 | C | 08/12/2004 | C | A | F | 160 | |
| ECFMG | Step 1 | 09/01/2004 - 02/28/2005 | C | 08/11/2004 | C | A | F | 176 | |
| ECFMG | Step 1 | 04/01/2003 - 09/30/2003 | C | 02/20/2003 | C | A | F | 152 | |
| ECFMG | Step 1 | 09/01/2002 - 11/30/2002 | C | 08/07/2002 | C | A | F | 135 | |
| ECFMG | Step 1 | 10/01/2001 - 03/31/2002 | C | 09/14/2001 | C | A | F | 133 | |



DEFENDANT'S EXHIBIT
17

NBME/Katz 0213

NBME/Katz 0214

USMLE Score Inquiry

File

Copy Data | Print

Execute Query | CIBIS Search | Return To Prior Searc

USMLE ID: 0-631-475-1  Katz, Richard Denis

DOB:            SSN:            Exam Request ID:            Find USMLE ID

Score Info | Med School History | Biographics (Exam Request Specific)

Exam: STEP1
Last Name: Katz
Rest of Name: Richard Denis
SSN:                                    DOB:
NID:
Medical School: 166020 - St. Matthew's University School of Medicine (Be
School Start Date:            School End Date:
Deceased?            Deceased Date:

Suffix:

Multiple Ethnics

1. American Indian/Alaska Native
2. Asian
3. Native Hawaiian/Other Pacific Islander
4. Hispanic or Latino
5. Black or African American
6. White
7. Other
8. Do not wish to respond

Address1: 90-50 Union Turnpike 18-H
Address2:
Address3:
Address4: Glendale , NY 11385
Country: 099 - United States including PR, VI, Guam
English First Language:

Day Phone:
Email:
Gender: Male
Citizenship: 099 - United States including PR, VI, Guam
Ethnic: 05 - White (not of Hispanic origin)

Registration records count:15      Medical School History records cu

NBME/Katz 0215

USMLE Score Inquiry

File

Copy Data | Print

USMLE ID: 0-631-476-1  Katz, Richard Denis

DOB:                    SSN

Execute Query | CIBIS Search | Return To Prior Searc

Exam Request ID:                    Find USMLE ID

Score Info | Med School History | Biographics (Exam Request Specific)

| Agency | Document Type | Medical School | School Start Date | School Dat |
|--------|---------------|----------------|-------------------|------------|
| ECFMG | Examinee, formatted | St. Christopher Iba Mar Diop College Of Medicine | | |
| ECFMG | Examinee, formatted | St. Matthew's University School of Medicine (Belize) | | 01/2004 |

Registration records count15     Medical School History records c

NBME/Katz 0216

USMLE Score Inquiry

File

Copy Data | Print

USMLE ID: 0-631-475-1  Katz, Richard Denis
DOB:  SSN:

Execute Query | CIBIS Search | Return To Prior Search

Exam Request ID:  Find USMLE ID

Score Info | Med School History | Biographics (Exam Request Specific)

| Agency | Exam | Reg. Stat | Score Available Date | Load Scores Flag | Score Status | Exam Comp. Status | Irreg. Stat | Indet. Flag | P/F | 3 Digit Score | 2 Digit Score | Sc Ar F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECFMG | Step 1   09/01/2010 - 11/30/2010 | C | 11/10/2010 | Y | A | C | N | N | F | 145 | | |
| ECFMG | Step 2 CK   09/01/2010 - 11/30/2010 | C | 12/8/2010 | Y | A | C | N | N | F | 140 | | |
| ECFMG | Step 2 CK   04/01/2006 - 09/30/2006 | C | 10/25/2006 | Y | A | C | N | N | F | 141 | | |
| ECFMG | Step 2 CS   03/14/2006 - 09/14/2007 | C | 4/25/2007 | Y | A | C | N | N | F | | | |
| ECFMG | Step 1   04/01/2005 - 06/30/2005 | C | 5/26/2005 | Y | A | C | N | N | F | 174 | | |
| ECFMG | Step 2 CK   10/01/2004 - 03/31/2005 | C | 4/27/2005 | Y | A | C | N | N | F | 160 | | |
| ECFMG | Step 1   09/01/2004 - 02/28/2005 | C | 1/19/2005 | Y | A | C | N | N | F | 176 | | |
| ECFMG | Step 1   04/01/2003 - 09/30/2003 | C | 10/22/2003 | Y | A | C | N | N | F | 152 | | |
| ECFMG | Step 1   09/01/2002 - 11/30/2002 | C | 11/20/2002 | Y | A | C | N | N | F | 135 | | |
| ECFMG | Step 1   10/01/2001 - 03/31/2002 | C | 4/17/2002 | Y | A | C | N | N | F | 183 | | |

Score Description: Failed Exam
Registration Status Date: 09/14/2001
Region: United States and Canada
Testing Location: 01-4215 Westbury, NY

Exam Date: 3/27/2002
Outcome Receive Date: 03/28/2002
Exam Request ID:   356495
Score Report Date:

Registration records count:15



NBME/Katz 0217