# EXHIBIT 20

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS

F I N A L   M I N U T E S

MEETING OF:

**STATE BOARD OF MEDICINE**

TIME 9:00 A.M.

BOARD ROOM C

One Penn Center

2601 North Third Street

Harrisburg, Pennsylvania

May 19, 2015

State Board of Medicine
May 19, 2015

BOARD MEMBERS:

Andrew J. Behnke, M.D., Chair - Absent
Marilyn J. Heine, M.D., Vice-Chair
Ian Harlow, Acting Commissioner, Bureau of Professional and
    Occupational Affairs
Bruce A. Brod, M.D.
Charles A. Castle, M.D.
Department of Health Representative - Absent
Keith E. Loiselle, Public Member
Sukh Dev Sharma, M.D.
Deval R. Paranjpe, M.D.
Allied Health - Vacant
Public Member - Absent

BUREAU PERSONNEL:

Teresa Lazo, Esquire, Board Counsel
Wesley Rish, Esquire, Board Counsel
Peter Speaks, Deputy Secretary for Regulatory Programs
David Green, Esquire, Board Prosecutor
Keith E. Bashore, Esquire, Board Prosecutor
Amanda Wojciechowski, Board Prosecutor
Jason Anderson, Esquire, Board Prosecutor
Anita P. Shekletski, Esquire, Board Prosecution Liaison
Suzanne Zerbe, Board Administrator

ALSO PRESENT:

Andrew W. Worek, Esquire
Angela Boateng, Regulatory Counsel, Pennsylvania Medical
    Society
Angie Armbrust, The Winter Group
Tanya Miller, Pennsylvania Athletic Trainers' Society
Randy Stevens, Pennsylvania Orthotic and Prosthetic Society
Susan DeSantis, Pennsylvania Society for Physician
    Assistants
Mary Marshall, The Hospital and Healthsystem Association of
    Pennsylvania (HAP)
Kendra Snuffer, Ridge Policy Group

1

NBME/Katz 0275

```
 1                         ***
 2                 State Board of Medicine
 3                      May 19, 2015
 4                         ***
 5      The regularly scheduled meeting of the State Board of
 6  Medicine was held on May 19, 2015.  Marilyn J. Heine, M.D.,
 7  Acting Chair, called the meeting to order at 9:00 a.m.
 8  followed by a roll call.
 9                         ***
10  [Members of the staff along with members of the audience
11  were introduced and welcomed by the Board.]
12                         ***
13  Approval of Minutes
14  DR. HEINE:
15          We will now have a motion to approve the minutes
16          from the last meeting of April 20th, 2015.
17  DR. CASTLE:
18          So moved.
19  DR. SHARMA:
20          Second.
21  DR. HEINE:
22          All those in favor of approving the minutes
23          please say aye.  Any opposed?
24  [The motion carried; Acting Commissioner Ian J. Harlow
25  abstained from voting on the motion.]
```

```
 1   DR. CASTLE:
 2          So moved.
 3   DR. SHARMA:
 4          Second.
 5   DR. HEINE:
 6          All those in favor say aye.  All those opposed
 7          same sign.
 8   [The motion carried unanimously.]
 9                              ***
10   MR. RISH:
11          Based upon discussions in Executive Session, I
12          would recommend a motion denying the request for
13          waiver of the six attempts at the USMLE Step 1 of
14          Richard Katz, M.D. at this time as premature.
15   DR. CASTLE:
16          So moved.
17   DR. SHARMA:
18          Second.
19   DR. HEINE:
20          All those in favor say aye.  All those opposed
21          same sign.
22   [The motion carried unanimously.]
23                              ***
24   [Dr. Heine expressed her appreciation to the Board for its
25   hard work and also to the public for its interest and
```

```
 1   attention to the matters which the Board deliberates upon.
 2   Dr. Heine noted that the next Board meeting will be held
 3   June 23, 2015.]
 4                              ***
 5   Adjournment
 6   DR. CASTLE:
 7           I move to adjourn.
 8   DR. PARANJPE:
 9           Second.
10   [The meeting adjourned at 12:32 p.m.]
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3                        CERTIFICATE
 4       I hereby certify that the foregoing summary minutes of
 5  the State Board of Medicine meeting, was reduced to writing
 6  by me or under my supervision, and that the minutes
 7  accurately summarize the substance of the State Board of
 8  Medicine meeting.
 9
10
11                                      Bradley E. Weirich
12                                      Minute Clerk
```

```
                    STATE BOARD OF MEDICINE
                        REFERENCE INDEX
                         MAY 19, 2015

    TIME        AGENDA:

    9:00        Call to Order, followed by roll call

    9:01        Introduction of Staff/Members of Audience

    9:02        Report of Prosecutorial Division

    9:23        Report of Acting Commissioner

    9:32        Report of Committees

    9:56        Report of Board Counsel

    10:06       For the Board's Information

    10:06       Executive Session
    12:21       Return to Open Session

    12:21       Motions

    12:32       Adjournment
```