# EXHIBIT 22

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | NO. 3:15-cv-1187 |
| EXAMINERS and FEDERATION OF | : | |
| STATE MEDICAL BOARDS | : | |

**AFFIDAVIT OF GERARD F. DILLON, PH.D.**

Gerard F. Dillon, having been duly sworn, hereby deposes and states:

1.     My name is Gerard F. Dillon, and I am the Vice President for Licensure Programs at the National Board of Medical Examiners (NBME).  I have worked at the NBME in various capacities since 1974.  My curriculum vitae is attached.  My background within psychology is psychometrics, which relates to the theory and technique of psychological measurement that focuses  on the measurement of knowledge and skills.

2.     I am providing this affidavit to share my knowledge about the United States Medical Licensing Examination ("USMLE") and the adoption, in 2011, by its Composite Committee, of a six-attempt limit on taking any Step or Step Component of the USMLE.  The USMLE Composite Committee establishes policy for the USMLE Program and is composed of representatives of the Federation of State Medical Boards (FSMB), the National Board of Medical Examiners (NBME), the Educational Commission for Foreign Medical Graduates (ECFMG), and the American public.  This affidavit is based on my personal knowledge gained from my role of providing information and support and participating as a staff person in the Composite Committee's meetings.

3.     The USMLE is a three-step examination, assessing a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills, that are important in health and the treatment of diseases, and that constitute the basis of safe and effective patient care.  The USMLE is used by medical boards to evaluate applicants' minimum competence for purposes of medical licensure in the United States and its territories. Step 1 of the USMLE assesses whether the examinee understands and can apply important concepts of the core sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy.  Step 1 ensures mastery of not only the sciences that provide a foundation for the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning.

4.      Step 2 of the USMLE assesses whether the examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, emphasizing health promotion and disease prevention.  Step 2 is comprised of two parts: Step 2 CK (Clinical Knowledge) is constructed according to an integrated content outline that organizes clinical science material along two dimensions: physician task and disease category.  Step 2 CS (Clinical Skills) is a clinical skills exam that uses standardized patients (actors in the role of patients) to test whether the examinee has the ability to gather information from patients, perform physical examinations, and communicate his or her findings to patients and colleagues.

5.      Step 3 of the USMLE assesses whether the examinee can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings.  It is the final examination in the USMLE sequence leading to a license to practice medicine without supervision.

6.      The examination material for all three steps of the USMLE is prepared by examination committees broadly representing the medical profession.  The committees are comprised of recognized experts in their fields, including both academic and non-academic practitioners, as well as members of state medical licensing boards, which rely upon successful completion of the three USMLE steps as an important element in the process for licensing physicians.

7.      Most medical schools in the United States and many located elsewhere require medical students to take USMLE Step 1 after completing the first two years of medical school, which is comprised of the core sciences that form the basis of medical practice.

8.      I am aware that Richard Katz has alleged that before the adoption of the six-attempt limit in 2011, it had been the policy of the USMLE to allow examinees take a Step "as many times as they needed in order to pass."  That is a technically correct but misleading statement.  The point was never to allow, and certainly not to encourage, an examinee with multiple failures on a Step or Step Component of the USMLE to continue taking the examination until he or she passed.  The point was to place the responsibility for imposing attempt limits on state medical boards, rather than on the USMLE itself.

9.      Before the adoption of the six-attempt limit by the USMLE through its Composite Committee, each individual state medical board decided for that state whether to impose an attempt limit on taking the USMLE, and if so, what the maximum number would be.  The USMLE made recommendations to state medical boards about imposing attempt limits, including the recommendation – in place for nearly 20 years leading up to the adoption of the six-attempt limit – that state medical boards impose a limit of six attempts to pass any Step or Step Component unless the examinee demonstrated that he or she had obtained additional educational experience acceptable to the licensing authority.

2

10.     In 2010-2011, when the Composite Committee considered adoption of a limit on the number of attempts to pass any Step or Step component of the USMLE, 41 out of 50 states (78%) imposed such limits.  The vast majority imposed a limit of three or four attempts per Step.  Pennsylvania was in the minority of states that imposed no attempt limit at all.

11.     The primary impetus for the USMLE's consideration of a six-attempt limit was a security issue involving the computerized Steps of the USMLE, in which the concern was that examinees who took a Step multiple times might be contributing to the "leak" of examination questions.

12.     A second significant motivation was the concern within the Composite Committee that among the very small percentage of examinees who repeatedly failed a Step of the USMLE, some might eventually pass not because of skill or knowledge, but by chance.  The concern among the Committee was that an unqualified examinee might eventually pass by chance alone if given enough opportunities.

13.     Throughout all the discussions of the Composite Committee that led to the adoption of the six-attempt limit, none of the participants expressed the concern that imposing a limit on the number of attempts might disproportionately impact individuals with disabilities, or that the limit itself might be discriminatory against individuals with disabilities.

14.     In my opinion, based upon my participation in the discussions, the Composite Committee believed that the process at the NBME for evaluating and accommodating disabilities of USMLE examinees was sufficient and placed all examinees on the same footing, and that no additional measures were required specifically for disabled individuals in regard to the six-attempt limit.

15.     In other words, those examinees who requested and received accommodations for their USMLE testing could utilize those accommodations during each attempt to pass a Step of the USMLE, whether the individual needed one attempt or six.  Conversely, if an examinee who had been granted and utilized his or her accommodations was not held to the six-attempt limit like his or her non-disabled peers, it would create an unfair advantage for the disabled individual that is contrary to the intent of the disabilities laws.

16.     The exception that the Composite Committee discussed, and adopted, was one that allows a state medical board to request an exception to the six-attempt limit for any specific examinee without regard to disability.  In that way, just as before the adoption of the six-attempt limit, each state medical board could determine whether or not to impose attempt limits, and if so, the number of attempts permitted, so too, after the adoption of the six attempt limit, if a state medical board believed that an examinee should be given an additional attempt, the control would be with the state board who issues the license to practice medicine.

17.     Since the adoption by the USMLE of the six-attempt limit, I am not aware of any evidence that leads me to believe that individuals with disabilities have been disproportionately impacted by the six-attempt limit, and I believe that if the six attempt limit were to be waived

3

or eliminated only for people with disabilities, it would create an unfair advantage for those individuals and would undermine the integrity of the examination.

18.     Finally, I can attest without any equivocation that neither the USMLE Composite Committee nor the NBME had any intention to impact – positively or negatively – any category or group of examinees, including disabled individuals, when it considered and adopted the six-attempt limit.  Rather, the USMLE Composite Committee adopted the six-attempt limit strictly for the reasons explained above.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON THIS 2 DAY OF Mn , 2016.

GERARD F. DILLON, PH.D.

4

# EXHIBIT A

CURRICULUM VITAE                    February 2016

# Gerard F. Dillon, Ph.D.

**Business Address**

National Board of Medical Examiners      Telephone:     (215) 590-9743
3750 Market Street                       FAX:           (215) 590-9470
Philadelphia, PA  19104                  E-mail:gdillon@mail.nbme.org

**Education**

Ph.D., Educational Psychology, Temple University, 1992
M.Ed., Educational Psychology, Temple University, 1980
B.A., Psychology, LaSalle College, 1973

**Employment History**

Vice President, Licensure Programs, 2013 to present
National Board of Medical Examiners (NBME)

> Responsible for coordination of activities related to licensure examinations, including those in support of USMLE.  Responsibilities include implementation and coordination of policies, development of an appropriate program design, composition and activities of test committees, development of a research agenda, and liaison with external groups.

Vice President United States Medical Licensing Examination (USMLE) 2008 to 2013
Associate Vice President, USMLE, 2001 to 2007
Director, USMLE Step 3, NBME, 1997 to 2001
Senior Psychometrician, NBME, 1980 to 2001
Psychometric Associate, NBME, 1976 to 1980
Psychometric Technician, NBME, 1974 to 1976
Adjunct Faculty, Psychological Studies in Education, Temple University, 1995 to 1997

**Professional Organizations**

Membership in:      American Educational Research Association, (AERA)
                    National Council on Measurement in Education (NCME)
                    Administrators in Medicine (AIM)
                    International Association of Medical Regulatory Authorities (IAMRA)

Selected Presentations and Publications

Dillon, G.F., Henzel, T.R. and LaDuca, A. (1989). *The Use of Relative-Absolute Compromise Techniques in the Standard Setting Process*. Paper presented at the Annual Meeting of the National Council on Measurement in Education, April, San Francisco.

Dillon, G.F., Postell, L.E. and Henzel, T.R. (1990). *Using Scrambled Test Forms to Discourage Cheating Behavior - Practical Implications for Test Equating*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Boston.

Dillon, G.F. (1990). *The Relationship of Item Position and Angoff-Based Standard Setting Judgments*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Boston.

Dillon, G.F., Nungester, R.J. and LaDuca, A. (1990). *The Relationship of Test Item Content and Format to Angoff Based Standard Setting Judgments - Alerting Judges to Potential Problems*. Paper presented at the Annual Meeting of the National Council on Measurement in Education, April, Boston.

Swanson, D.B., Dillon, G.F. and Postell, L.E. (1990). Setting Content-Based Standards for National Board Exams: Initial Research for the Comprehensive Part I Examination. *Academic Medicine September Supplement 1990: Proceedings of the Twenty-Ninth Annual Research in Medical Education Conference*, 65(9), S17-S18.

Dillon, G.F. and Ross, L.P.(1991). *The Effect of Targeting Test Questions at the Minimum Pass Point: Practical Considerations and Implications*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

Dillon, G.F., Swanson, D.B., Kelley, P.R., Nungester, R.J. and Powell, R.D.(1991). *Retention of Basic Science Information by Fourth-Year Medical Students*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Chicago.

Clyman S.G., Julian E.R., Orr N.A., Dillon G.F., Cotton K.E.(1991). Continued research on computer-based testing. In Clayton PD (ed): *Proceedings of the Fifteenth Annual Symposium on Computer Applications in Medical Care*. New York, McGraw-Hill, Inc., pp 742-746.

Dillon, G.F. and Clyman, S.G. (1992). The computerization of Clinical Science Exams and Its Effect on Performance of Third-Year Medical Students. *Academic Medicine September Supplement 1992: Proceedings of the Thirty-First Annual Research in Medical Education Conference*, 67(10), S76.

Dillon, G.F., Henzel, T.R., Klass, D.J., LaDuca, A., and Peskin, E.(1993). *Presenting*

*Test Items Clustered Around Patient Cases - Psychometric Concerns and Practical Implications for a Medical Licensure Program*. Paper presented at the Annual Meeting of the American Education Research Association, April, Atlanta.

Dillon, G.F., Swanson, D.B., Nungester, R.J., Peskin, E., and Ross, L.P.(1993). *A System for Training Standard Setting Judges Using Repeated Exercises, Questionnaires, and Unique Data Formats*. Paper presented at the Annual Meeting of the American Educational Research Association, April, Atlanta.

Dillon, G.F.(1994). Setting Standards on Written Examinations. In Mancall, EL, Bashook, PG, and Dockery,JL (eds.): *Establishing Standards for Board Certification*. Evanston, American Board of Medical Specialties, pp. 41-45.

Dillon GF, Henzel TR, LaDuca A, Walsh, WP(1995). *The Influence of Type of Residency Training and Gender on an Examination for Medical Licensure*. Paper presented at the Annual Meeting of the American Educational Research Association, April, San Francisco.

Dillon, GF, Henzel TR, and Walsh WP(1996). *The impact of item set configuration on examinee response patterns*. A paper presented at the Annual Meeting of the American Educational Research Association, April, New York.

Dillon, GF(1996). The Expectations of Standard Setting Judges. *CLEAR Exam Review*, 7(2), 22-26.

Leone-Perkins ML, Dillon GF, Walsh, WP(1996). Examinee perceptions of the usefulness of performance feedback on an examination for medical licensure. Proceedings of the Thirty-fifth Annual Conference of Research in Medical Education. *Academic Medicine*, 1996, 71(10), S88-S90.

Swanson DB, Case SM, Luecht, RM, and Dillon, GF(1996). *Retention of basic science information by 4th-year medical students.* Proceedings of the Thirty-fifth Annual Conference of Research in Medical Education. *Academic Medicine*, 1996, 71(10), S80-S82.

Dillon GF, Marcus LA, and Walsh WP(1997). *Preparing to repeat the USMLE Step 3 examination: The usefulness of test performance feedback*. Proceedings of the Thirty-sixth Annual Conference of Research in Medical Education. *Academic Medicine*, 1997, 72(10), S94-S96.

Dillon GF, Henzel TR, and Walsh WP(1997). The Impact of postgraduate training on an examination for medical licensure. In Scherpbier, AJJA, van der Vleuten CPM, Rethans JJ, van der Steeg AFW, eds.: *Advances in Medical*

*Education*, Kluwer Academic Publishers, 146-148.

Dillon, GF(1998).  Testing and Measurement Issues: The Role of Survey Data in a Testing Program.  *CLEAR Exam Review*, 9(1), 20-22.

Dillon GF and Walsh WP(1998).  *Standard setting judges' perceptions on the use of performance data to guide their decisions.*  A paper presented at the Annual Meeting of the National Council on Measurement in Education, April, San Diego.

Dillon GF, Case SM, Melnick DE, Nungester RJ, and Swanson DB(1998). Setting standards on the United States Medical Licensing Examination. *Proceedings of the Eighth International Ottawa Conference.* Philadelphia, PA: National Board of Medical Examiners; *CD-ROM.*

Dillon GF, and Henzel TR(1999).  *The relationship between amount of postgraduate training and performance on a physician licensing examination.*  A paper presented at the Annual Meeting of the American Education Research Association, April, Montreal.

Dillon GF and Walsh WP (2000).  Using performance data to set standards: Practical impact and the perception of judges.  *CLEAR Exam Review,* 11(1), 15-18.

Johnson D,  Dillon GF, and Henzel TR (2000).  The Post Licensure Assessment System.  *The Journal of Medical Licensure and Discipline*, 86(3), 116-122.

Dillon GF (2000).  *Technological Innovations and Issues in Testing.*  Presentation at the Annual Conference of the Council on Licensure, Enforcement, and Regulation (CLEAR), September, Miami.

Dillon GF, Clyman SG, Clauser BE, Margolis MJ. The introduction of computer-based case simulations into the United States Medical Licensing Examination. *Academic Medicine*. 2002;77:S94-96.

Melnick DE, Dillon GF, Swanson DB. Medical licensing examinations in the United States. *Journal of Dental Education*. 2002;66:595-599; discussion 610-611.

Sawhill AJ, Dillon GF, Ripkey DR, Hawkins RE, Swanson DB. The impact of postgraduate training and timing on USMLE Step 3 performance. *Academic Medicine*. 2003;78(10 Suppl):S10-12

Cuddy MM, Dillon GF, Clauser BE,  Holtzman KZ, Margolis MJ, McEllhenney SM, Swanson DB (2004). Assessing the validity of the USMLE Step 2 clinical knowledge examination through an evaluation of its clinical relevance. *Academic Medicine*, 79(10 Suppl):S43-45.

De Champlain AF, Winward M, Dillon GF, De Champlain JE (2004). Modeling passing rates on a computer-based medical licensing examination: an application of survival data analysis, *Educational Measurement: Issues and Practice* 23(3): 15-22.

Dillon GF, Clauser BE, Hawkins RE, Swanson DB (2004).  Building a validity argument for a medical licensing examination.  Paper presented at the Eleventh International Ottawa Conference on Medical Education and Assessment, July, Barcelona, Spain.

Dillon GF, Boulet JR, Hawkins RE, Swanson DB. Simulations in the United States Medical Licensing Examination (USMLE). *Quality & Safety in Health Care*. 2004;13 Suppl 1:i41-i45.

Swygert KA, Muller ES, Clauser BE, Dillon GF, Swanson DB (2004). The impact of timing changes on examinee pacing on the USMLE Step 2 exam. *Academic Medicine*, 79(10 Suppl):S52-54.

Swanson DB, Lazarus CJ, Dillon GF, Melnick DE (2005).  Coverage of the Behavioral and Social Sciences on the United States Medical Licensing Examination (USMLE).  *Annals of Behavioral Science and Medical Education*, 11(1): 30-36.

Dillon GF, Scoles PV.  An Examination of Clinical Skills in the United States Medical Licensing Examination (USMLE).  *ACGME Bulletin*.  December, 2005:16.

Harik P, Clauser BE, Grabovsky I, Margolis MJ, Dillon GF, Boulet JR. Relationships among subcomponents of the USMLE Step 2 Clinical Skills examination, the Step 1, and the Step 2 Clinical Knowledge examinations. *Academic Medicine*, 81(10 Suppl): S21-S24.

Cuddy MM, Swanson DB, Dillon GF, Holtman MC, Clauser BE (2006).  A multilevel analysis of the relationships between selected examinee characteristics and United States Medical Licensing Examination Step 2 Clinical Knowledge performance: Revisiting old findings and asking new questions.  *Academic Medicine*, 81(10 Suppl): S103-S107.

DeChamplain A, Sample L, Dillon GF, Boulet JR (2006).  Modeling longitudinal performance on the United States Medical Licensing Examination and the impact of sociodemographic covariates: an application of survival data analysis. *Academic Medicine*, 81(10 Suppl): S108-S111.

Dillon GF, Hallock JA, Melnick DE, Scoles PV, Thompson J (2006). Introduction of an assessment of clinical skills into a medical licensing examination. International Association of Medical Regulatory Associations, 7th Conference on Medical Regulation, November, Wellington, New Zealand.

Dillon GF, Clauser BE, Hawkins RE, Swanson DB (2006). Validity and the Medical Licensing Examination. International Association of Medical Regulatory Associations, 7th Conference on Medical Regulation, November, Wellington, New Zealand.

Ramineni C, Harik P, Margolis MJ, Clauser BE, Swanson DB, Dillon GF. Sequence effects in the United States Medical Licensing Examination (USMLE) Step 2 Clinical Skills (CS) Examination. *Academic Medicine*. 2007;82(10 Suppl):S101-S104

Dillon GF, Melnick DE. The Value and Price of Performance Assessment. International Conference on Medical Regulation; October 2008; Cape Town, South Africa.

Berg K, Winward M, Clauser BE, Veloski JA, Berg D, Dillon GF, Veloski JJ . The relationship between performance on a medical school's clinical skills assessment and USMLE Step 2 CS. *Academic Medicine*. 2008;83(10 Suppl):S37-S40.

Gilliland WR, La Rochelle J, Hawkins RE, Dillon GF, Mechaber AJ, Dyrbye L, Papp KK, Durning SJ. Changes in clinical skills education resulting from the introduction of the USMLE step 2 clinical skills (CS) examination. *Medical Teacher*. 2008;30:325-7.

Boulet JR, Smee SM, Dillon GF, Gimpel JR. The use of standardized patient assessments for certification and licensure decisions. *Simulation in Healthcare: Journal of the Society for Simulation in Healthcare*. 2009;4:35-42

Dillon GF, Clauser BE. Computer-delivered patient simulations in the United States Medical Licensing Examination (USMLE). *Simulation in Healthcare: journal of the Society for Simulation in Healthcare*. 2009;4:30-34

Clauser BE, Mee JM, Baldwin SG, Margolis MJ, Dillon GF. Judges' use of examinee performance data in an Angoff standard-setting exercise for a medical licensing examination: an experimental study. *Journal of Educational Measurement*. 2009;46:390-407.

Margolis MJ, Clauser BE, Winward M, Dillon GF. Validity evidence for USMLE examination cut scores: results of a large-scale survey. *Academic Medicine*. 2010;85(Suppl 10):S93-S97.

Morrison C, Ross LP, Fogle T, Butler A, Miller JG, Dillon GF. Relationship between performance on the NBME Comprehensive Basic Sciences Self-Assessment and USMLE Step 1 for U.S. and Canadian medical school students. *Academic Medicine*. 2010;85(Suppl 10):S98-S101.

Feinberg, R. A., Swygert, K. A., Haist, S. A., Dillon, G. F., & Murray, C. T. (2012). The impact of postgraduate training on USMLE® Step 3® and its Computer-based Case Simulation component. *Journal of General Internal Medicine, 27*(1), 65-70, DOI: 10.1007/s11606-011-1835-1.

Dillon GF, Katsufrakis PJ, Melnick DE.  Medical Regulation and Licensure – Keys to Valid Assessment.  Annual Meeting of the International Association of Medical Regulatory Authorities; October 2012; Ottawa, Canada.

Dillon GF, Swanson DB, McClintock JC, Gravlee GP.  The relationship between the American Board of Anesthesiology Part I Certification Examination and the United States Medical Licensing Examination.  *Journal of Graduate Medical Education*: June 2013, 5 (2), 276-283.

Haist SA, Katsufrakis PJ, & Dillon GF.  The Evolution of the United States Medical Licensing Examination (USMLE): Enhancing Assessment of Practice-Related Competencies. *Journal of the American Medical Association.  2013;* Dec 4; 310(21):2245-6.

Dillon GF, Johnson DA. Implementing strategic changes to the USMLE. *Journal of Medical Regulation*. 2014;100(3):19-23.

Holtzman KZ, Swanson DB, Ouyang W, Dillon GF, Boulet JR. International variation in performance by clinical discipline and task on the United States Medical Licensing Examination Step 2 Clinical Knowledge component. *Academic Medicine*. 2014;89:1558-1562.

Raymond MR, Mee J, Haist SA, Young A, Dillon GF, Katsufrakis PJ, McEllhenney SM, Johnson DA. Expectations for physician licensure: a national survey of practice. *Journal of Medical Regulation*. 2014;100(1):15-23.