IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 3:15-cv-1187 |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | (MARIANI, J.) |
| EXAMINERS, et al. | : | (SAPORITO, M.J.) |
| Defendants | : | |

**FILED SCRANTON**
MAY - 3 2016
PER /M
DEPUTY CLERK

**DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

For the reasons set forth in the accompanying memorandum of law, defendants, the National Board of Medical Examiners (NBME) and the Federation of State Medical Boards (FSMB), respectfully request an Order authorizing them to file documents under seal. The documents in question are Exhibits 3, 5, 6, 8, 9, 13 and 21(b) to defendants' motion for summary judgment, filed on May 2, 2016. The exhibits contain records or narrative information relating to plaintiff's mental health.

RESPECTFULLY SUBMITTED,

/s/ Michael E. Sacks
Neil J. Hamburg
Michael E. Sacks
HAMBURG & GOLDEN, P.C.
Pa. I.D. Nos. 32175, 39774
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
hamburgnj@hamburg-golden.com
sacksme@hamburg-golden.com

Attorneys for Defendants,
The National Board of Medical Examiners and the Federation of State Medical Boards of the United States

# HAMBURG & GOLDEN, P.C.
Attorneys

1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590
Facsimile: (215) 255-8583
sacksme@hamburg-golden.com

James P. Golden
Neil J. Hamburg
Michael E. Sacks
Jane C. Silver
Maureen P. Holland
Catherine Berryman

Writer's Direct Dial:
215-255-8586

May 2, 2016

Clerk, U.S. District Court
Middle District of Pennsylvania
235 N. Washington Avenue, Room 101
Scranton, PA 18501-1148

**Re: Katz v. National Board of Medical Examiners**
**U.S.D.C. for M.D.Pa., No. 3:15-cv-1187**

Dear Sir or Madam:

Neil Hamburg and I represent the defendants, the National Board of Medical Examiners (NBME) and the Federation of State Medical Boards (FSMB).

I am enclosing for filing Defendants' Motion for Leave to File Documents Under Seal, together with Exhibits 3, 5, 6, 8, 9 and 13 to Defendants' motion for summary judgment, which are in a sealed envelope. Defendants filed their motion for summary judgment on May 2, 2016, through the Court's electronic filing system. In our electronic filing, Exhibits 3, 5, 6, 8, 9 and 13 contained only a page saying "FILED UNDER SEAL."

Please time-stamp and return a copy for our records. Thank you for your attention to this matter.

Sincerely,

Michael E. Sacks

MES:clf
Enclosure
By Federal Express
cc: Richard Katz (w/ encl.)
    Neil J. Hamburg, Esquire

