UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ, | : | CIVIL ACTION NO. **3:CV-15-1187** |
| Plaintiff | : | (Judge Mariani) |
| v. | : | (Magistrate Judge Saporito) |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al., | : | |
| Defendants | : | |

FILED
WILKES BARRE
MAY 0 6 2016
Per_____ MS

## ORDER

AND NOW, this 6th day of May, 2016, IT IS HEREBY ORDERED THAT:

1. Defendants' **Doc. 108** motion to file documents under seal is **GRANTED**.

2. The Clerk of Court is directed to file defendants' Doc. 109 submission under seal.

JOSEPH F. SAPORITO, JR.
**United States Magistrate Judge**

Dated: May 6, 2016