IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ<br>Plaintiff | : <br> : <br> : |
| v. | : CIVIL ACTION |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : NO. 3:15-cv-01187 <br> : |
| and | : (MARIANI, J.) <br> : (SAPORITO, M.J.) |
| FEDERATION OF STATE MEDICAL BOARDS<br>Defendants | : <br> : |

*FILED WILKES BARRE MAY 09 2016 Per ___ MS*

## ORDER

AND NOW, this 9th day of MAY, 2016, upon consideration of the Motion of the pro se plaintiff, Richard Katz, for authorization pursuant to Middle District of Pennsylvania Local Rule of Civil Procedure 7.8(b)(3) to file a brief exceeding 15 pages and 5,000 words, it is hereby ORDERED that the motion is GRANTED.  Plaintiff's brief may not exceed 30 pages.

BY THE COURT:

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge