UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:15-cv-01187<br><br>(MARIANI, J.)<br>(SAPORITO, M.J.)<br><br>**FILED**<br>**WILKES BARRE**<br>MAY 1 2 2016<br><br>Per ___ MS ___ |

# ORDER

This matter is before the Court on the *pro se* plaintiff's motion to compel with respect to his second set of supplemental interrogatories to the defendants. (Doc. 99; *see also* Doc. 99-1; Doc. 99-2). In his motion papers, the plaintiff, Richard Katz, contends that the defendants' answers to his "Supplemental Interrogatories Number Two" were "watered down, vague[,] and evasive." (Doc. 99, at 1). Katz seeks an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling the defendants to answer these interrogatories to his satisfaction. The defendants have filed a brief in opposition to the motion. (Doc. 113).

We have reviewed the motion papers and attached exhibits submitted by both sides. We find the defendants' relevance objection to

Interrogatories 6a, 6b, and 6c to be well-founded, and we find the defendants' answers and objections to Interrogatories 9a and 16b to be neither evasive nor incomplete. *See* Fed. R. Civ. P. 37(a)(4). We find that the defendants have adequately responded to all interrogatories before the Court in this motion. *See* Fed. R. Civ. P. 37(a)(3)(B)(iii). The plaintiff's motion is without merit.

Accordingly, **IT IS HEREBY ORDERED THAT** the plaintiff's motion to compel (Doc. 99) is **DENIED**. The parties shall bear their own costs incurred in connection with this motion, as an award of expenses to the defendants would be unjust in light of the plaintiff's indigence. *See* Fed. R. Civ. P. 37(a)(5).

Dated: May __12__, 2016

*Joseph F. Saporito Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge