IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ | : |
| Plaintiff | : CIVIL ACTION |
| | : NO. 3:15-cv-1187 |
| v. | : |
| | : |
| NATIONAL BOARD OF MEDICAL | : (MARIANI, J.) |
| EXAMINERS, et al., | : (SAPORITO, M.J.) |
| | : |
| Defendants | : |

**ORDER**

AND NOW, this 13th day of May, 2016, upon consideration of the Motion of the Defendants, the National Board of Medical Examiners and the Federation of State Medical Boards, to file a document under seal, and any response by the plaintiff, it is hereby ORDERED that the motion is GRANTED. The clerk shall accept for filing under seal Defendants' Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint.

BY THE COURT:

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

FILED
WILKES BARRE
MAY 13 2016
Per ___ MS