# EXHIBIT 24

Application for Admissions                mailbox:/C%7C/Program%20Files/Netscape/Na...UAA07475@ambergri.webstor.com&number=1341

```
MODE OF ADMISSION:              New: checked   Transfer:
TAKEN MCAT:                     Yes:  No:
MCAT DATE TAKEN:
MCAT SCORE:
# COMPLETED HOURS:
COMPLETED HOURS QT. OR SEM: Quarter:  Semester: checked
OVERALL GPA:                    3.4
OVERALL SCIENCE GPA:
COMPLETED PREREQUISITES:        Inorganic Chem: checked
                                Organic Chem: checked
                                Biology: checked
                                Physics: checked
                                Language Arts: checked
                                Psy/Soc: checked
                                Algebra: checked

COLLEGES PREVIOUSLY ATTENDED:   New School For Social Research/ NY,NY /BFA
State University of New York College at Old Westbury/ New York, NY/ Pre- MED /POST-BACH
DEGREE RECEIVED:      Yes:  No:
PREVIOUS MEDICAL SCHOOL:
HOURS ENROLLED:
APPLYING FOR FINANCIAL AID:    Yes: checked   No:
HAS ANY FAMILY RECEIVED MD DEGREE:     Father:
                                       Mother:
                                       Sibling:
                                       Other:
PAYMENT OPTIONS:                Check: checked
                                Money Order:
                                Credit Card:
CREDIT CARD TYPE:    Visa: Mastercard:
NAME ON CARD:
CC EXPIRATION:
CC NUMBER:
SEND A CATALOG
DO NOT SEND CATALOG
```

StMatt 002

CONFIDENTIAL

12/21/99  12:33 FAX 718 286 7750        KINKO'S COPIES QUEENS                    ☒006/023

# Richard D. Katz

90-50 Union Tpke. 18H
Glendale, New York 11385
(718) 441-5064

**Education**

Parsons School of Design; New York, N.Y.

August 1988-May 1992          Bachelor of Fine Arts

SUNY College at Old Westbury,
Westbury, N.Y.
August 1994-May 1997          Post Graduate Medical Prerequisites

**Health Care Experience**
April 1998-present

Elmhurst Hospital Center. Elmhurst, NY.
Department of Psychiatry/Nursing.
**Psychiatric Care Associate (Case Worker)**
Perform therapeutic and related health service activities for an age specific psychiatric population. Interact with patients in daily living activities ensuring a properly maintained physical, social and clinical environment. Apply casework approaches including home visits to evaluate patient needs, assist with patient referrals and and work with families on related social, economic and health problems. Establish and maintain therapeutic relationships with assigned patients while assisting with the maintenance of the therapeutic milieu. Communicate patients progress to team members by written and verbal reports. Participate in interdisciplinary treatment planning meetings. Lead and assist with milieu groups. Participate in planning and implementing an orientation program for new patients. Gather information for intake, social histories, referrals and related purposes which would augment the understanding of cases. Plan and implement therapeutic activities. Encourage client involvement in various individual and group activities as part of planned treatment programs.

May 1991-April 1998

Elmhurst Hospital Center. Elmhurst, NY
Department of Emergency Medicine.
**Clerical Associate III**
*Registration functions:*
Interviewed patients and family members to obtain billing and demographic information;opened and closed Emergency Department visits; booked clinical referrals, processed Managed Care information for authorization: acted as liaison between medical staff and family members to facilitate patient care.



StMatt 035

CONFIDENTIAL

**Richard D. Katz**
(continued)

*Nursing Station functions:*
Prepared patient specimens for transmittal to laboratories for testing. Responsible for receiving reports of abnormal test results and panic values from the technician in the lab. Responsibilities also included: paging Trauma and Cardiac teams, as well as medical consultants, and support personnel; coordinated transportation for patients being discharged or transfers to other facilities for specialty services, (e.g., a burn patient being transferred to Cornell Burn Unit.)

**Community, and Advocacy Activities**
1996-1997

Elmhurst Hospital Center
Department of Adolescent and Pediatric Psychiatry/Mental Hygiene clinic:
Art ActivitiesTherapist
Volunteered approximately one evening a week for one year in the Child and Adolescent Psychiatric units and outpatient clinic in the After School Program. The purpose of the program is to develop supportive relationships and assist patients in building academic and daily living skills. Using art as modality, I was responsible for supervising group art projects. There was a focus on process and expression as opposed to end product. This group effort often led to innovative, original pieces of art. The method seemed extremely effective in boosting the patients' self esteem as the entire group often expressed a sense of accomplishment.

**Honors, Awards, Activities**

Undergraduate:

Excellence in Academic Achievement
Dean's List 1989, 90, 91, 92
Artwork selected and displayed in Parsons Gallery

Postbaccalaureate:

Deans list: Science Prerequisites SUNY College at Old Westbury 1996-1997

StMatt 036

CONFIDENTIAL

12/21/99  12:34 FAX 718 286 7750        KINKO'S COPIES QUEENS                    ☒008/023

**Richard D. Katz**
(continued)

Professional experience:

Art Director/Creator
Crisis Management Fair

The purpose of the Crisis Management Fair was to educate clinical staff in the management of crisis situations with emphasis on a least restrictive approach.
July 16, 1998

Published illustrator
Travel Agent's Corporate Travel Professional
June 29, 1992/July 27, 1992
Commisioned to do 3-dimensional mixed media collages for Articles entitled: "Finding- and Eliminating- Loss Business" "An Educated Traveler Is Your Best Customer"

Guest Lecturer
Parsons School of Design
Presented art work and lectured on the medium of collage in relation to color, composition and creation of new visual reality.
November- 1993

StMatt 037

CONFIDENTIAL