# EXHIBIT 25

St Christophers College of Medicine Application                                                                                        Page 1 of 1

St. Christopher's College of Medicine
Office of the Registrar
P. O. Box 1199
Melville, NY 11747
1-888-728-0100
Fax 1-877-229-1420



St. C

It is imperative that this is typed or written in small, clear block letters.

Family Name __KATZ__ First name __RICHARD__ Middle name __DENIS__

Soc. Sec/NMS No _____ Date of Birth _____ Citizenship __U.S.A__

Street address __90-50 Union Tpke, 1811__ City, State & Zip code __Glendale__, __NY__ __11385__

Telephone No. __(718) 849-2455__ E-mail Address __Cat 2400 @ Hotmail.com__ Male/Female __Male__

Spouse name _____ Address _____ Telephone _____

Emergency contact name/relationship __Kathleen Katz / Mother__ Address __RD #3 Box 3096 E Stroudsburg__ Telephone __(570) 476-8842__

Father's name __Irwin KATZ__ Address __RD #3 Box 3096 E Stroud.burg__ Telephone/Profession __(570) 476-8842 / Production Mgr.__

Mother's name __KATHLEEN KATZ__ Address _____ Telephone/Profession __(570) 476-8842 / Salesperson__

High School/Secondary __H.S. of Art & Design__ Address __NYC, NY__ Diploma/Major __H.S. Diploma__

College __Parsons School of Design__ Address __NYC, NY__ Major/Degree dates __B.F.A / Illustration__

College __SUNY College at Old Westbury__ Address __Old Westbury, NY__ Major/Degree dates __Post Bach / Pre-Med__

Advanced Degree _____ License held _____ Admission date requested _____

Medical School attended __St. Matthews Sch. Med__ Dates __01/99 — present__ Reason for leaving __As per St. Chris Student Recommendation__

Advanced standing basis _____ Preclinical terms completed _____ Clinical rotations completed _____

Employment & Experience (use separate paper if necessary) __See CV__

Have you a health problem of any kind? __No__ Are you currently under the care of a physician? __No__

Have you ever been convicted of a crime or felony? __No__

If yes, please explain _____

I understand that St. Christopher's College of Medicine reserves the right to accept or deny any applicant.

I hereby state all information here is true and that (I) / ( __RICHARD KATZ__ ) am/is responsible for paying all my fees. I will conform to all the terms and conditions pertinent to being a student/graduate at this school. Any applicant providing St. Christopher's College of Medicine with any incorrect or misleading information, will be denied admission, be dismissed, or any degree nullified at any future time.

Please enclose the following along with your completed application: four recent passport-style photographs, two letters of recommendation, a brief autobiography and personal essay on medical career expectations typed or printed, a Curriculum Vitae, official transcripts from undergraduate and/or graduate colleges, official MCAT scores if taken and a non-refundable application fee of $100.00.

Signature _____ Date __10/26/01__
This application will not be processed without the $100.00 application fee.

**St Christopher's 001**

90-50 UNION TPKE. SUITE 18H • GLENDALE, NY 11385
PHONE (718) 849-2455 • E-MAIL CAT2400@MSN.COM

# RICHARD KATZ

## EDUCATION

1999 – present   St. Matthew's University School of Medicine [Belize, CA]
*M.D. Candidate*
1999 – present   ST. Joseph's College of Maine. [Standish, Me.]
*MHCAS Candidate*
Aug. 1994 – May 1997   SUNY College at Old Westbury [Westbury, N.Y.]
*Post Graduate Medical Prerequisites*
Aug. 1988- May 1992   Parsons School of Design [New York, N.Y.]
*Bachelor of Fine Arts*

## PROFESSIONAL EXPERIENCE

1998-1999   **Elmhurst Hospital Center.** [Elmhurst, N.Y.]

Department of Psychiatry/Nursing

*Psychiatric Care Associate (Case Worker)*

Performed therapeutic and related health service activities for an age specific psychiatric population. Interacted with patients in daily living activities ensuring a properly maintained physical, social and clinical environment. Applied casework approaches including home visits to evaluate patient needs, assisted with patient referrals and worked with families on related social, economic and health problems. Developed and Piloted group therapy protocols tailored to this specific population. Established and maintained therapeutic relationships with assigned patients while assisting with the maintenance of the therapeutic milieu. Communicated patient progress to the interdisciplinary treatment team by way of written and verbal reports. Participated in planning and implementing an orientation program for new patients. Gathered information for intake, social histories, referrals that would augment the understanding of cases. Encouraged patient involvement in various individual and group activities as part of planned treatment programs.

1991-1998   **Elmhurst Hospital Center.** [Elmhurst, N.Y.]

Department of Emergency Medicine

*Clerical Associate Level III*

*Registration Functions:*

Interviewed patients and family members to obtain billing and demographic information; opened and closed emergency department visits; booked clinical referrals, processed Managed Care information for authorization.

*Nursing Station Functions:*

Prepared patient specimens for transmittal to laboratories for testing. Responsible for receiving reports of abnormal test results from technician in lab.

St Christopher's 002

CONFIDENTIAL