# EXHIBIT 26

Applicant Status Program (ASP) — Page 1 of 1



| Applicant | Registration | Search | CAPS | ERAS | OASIS | Viper | CIBIS INFO | Call Log |

Name: Katz, Richard Denis　　　　DOB:　　　　USMLE ID: 06314751

## AVTS Report

ETS Number:　　　　Test Date:　　　　Form Entry Date:
Processing Status:　　　　Fee Status:
Applicant Status:　　　　Score Accepted:
Letter Status:　　　　Letter Send Date:

## Exam History - All Exams

| Cert? | Date | Exam Type | Result | Score 2 | Score 3 | Report Date | Update Date | IB | TA | Void? |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 11/12/2013 | STEP1 | FAIL |  | 182 | 12/04/2013 | 12/04/2013 | No | No | No |
|  | 01/31/2013 | STEP2CS | FAIL |  |  | 04/24/2013 | 04/24/2013 | No | No | No |
|  | 11/02/2012 | STEP1 | FAIL | 74 | 185 | 11/21/2012 | 11/21/2012 | No | No | No |
|  | 02/29/2012 | STEP1 | FAIL | 73 | 179 | 03/21/2012 | 03/21/2012 | No | No | No |
|  | 08/05/2011 | STEP2CS | FAIL |  |  | 10/12/2011 | 10/12/2011 | No | No | No |
|  | 11/17/2010 | STEP2 | FAIL | 44 | 140 | 12/08/2010 | 12/08/2010 | No | No | No |
|  | 10/21/2010 | STEP1 | FAIL | 50 | 145 | 11/10/2010 | 11/10/2010 | No | No | No |
|  | 03/02/2007 | STEP2CS | FAIL |  |  | 04/25/2007 | 04/25/2007 | No | No | No |
|  | 09/29/2006 | STEP2 | FAIL | 59 | 141 | 10/25/2006 | 10/25/2006 | No | No | No |
|  | 04/29/2005 | STEP1 | FAIL | 71 | 174 | 05/25/2005 | 05/25/2005 | No | No | No |
|  | 03/31/2005 | STEP2 | FAIL | 66 | 160 | 04/27/2005 | 04/27/2005 | No | No | No |
|  | 12/20/2004 | STEP1 | FAIL | 72 | 176 | 01/19/2005 | 01/19/2005 | No | No | No |
|  | 09/26/2003 | STEP1 | FAIL | 63 | 152 | 10/22/2003 | 10/22/2003 | No | No | No |
|  | 10/25/2002 | STEP1 | FAIL | 56 | 135 | 11/20/2002 | 11/20/2002 | No | No | No |
|  | 03/27/2002 | STEP1 | FAIL | 55 | 133 | 04/17/2002 | 04/17/2002 | No | No | No |

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2003 Educational Commission for Foreign Medical Graduates. All rights reserved.

ECFMG-000016