IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ<br>Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | NO. 3:15-cv-01187 |
| | : | **(MARIANI, J.)** |
| and | : | **(SAPORITO, M.J.)** |
| | : | |
| FEDERATION OF STATE MEDICAL BOARDS<br><u>Defendants</u> | : | |

# **ORDER**

**AND NOW**, this _____ day of _____ 2016, upon consideration of the Amended Motion for Summary Judgment by Defendants National Board of Medical Examiners (NBME) and Federation of State Medical Boards (FSMB), the Response in Opposition to Defendant's Amended Motion for Summary Judgment by pro se Plaintiff Richard Katz, it is hereby

**ORDERED** that:

The Defendants Amended Motion for Summary Judgment is **DENIED.**

Dated: _____, 2016

_____
**JOSEPH F. SAPORITO, JR.**
**UNITED STATES MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD KATZ  Plaintiff | : : : : | |
| v. | : : | CIVIL ACTION |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : : : | NO. 3:15-cv-01187 |
| and | : : | |
| FEDERATION OF STATE MEDICAL BOARDS  Defendants | : : : | **JURY TRIAL DEMANDED** |

**OPPOSITION OF PRO SE PLAINTIFF RICHARD KATZ TO DEFENDANTS THE NATIONAL BOARD OF MEDICAL EXAMINERS (NBME) AND THE FEDERATION OF STATE MEDICAL BOARDS (FSMB) AMENDED MOTION FOR SUMMARY JUDGMENT**

For the reasons enumerated in the accompanying memorandum of law, the pro se Plaintiff Richard Katz, respectfully move for **DENIAL** of the Defendants the National Board of Medical Examiners (NBME) and the Federation of State Medical Boards (FSMB), Amended Motion For Summary Judgement.

The Second Amended Complaint in this matter clearly articulates the claims of the pro se Plaintiff against the Defendants, rather than the Defendants' Amended Motion for Summary Judgment piercing the pleading and establishing the absence of genuine issues of fact that entitle them to relief, the amended summary judgment record they put before the Court, standing alone, shows that *this is a case for trial* on all counts of the Second Amended Complaint, the arguments made by Defendants notwithstanding.

                                                        **RESPECTFULLY SUBMITTED,**

                                                        _____
                                                        Richard Katz
                                                        3364 Parker Lane
                                                        East Stroudsburg, PA 18301
                                                        *Pro se*