# EXHIBIT 7

# Old Westbury

Office of Academic Affairs
Tel.: (516) 876-3135
FAX: (516)876-3256

June 9, 1997

Richard Katz
90-50 Union Turnpike, Apt. 18H
Glendale, New York  11385

Dear Semester Honors Student:

On behalf of the Office of Academic Affairs I wish to congratulate you on your academic achievements for the 1997 Spring semester during which you earned a 3.5 or above grade point average. In recognition of this noteworthy achievement, you will observe that your most recent transcript contains the notation "Semester Honors."

The administration, faculty, and staff of SUNY/College at Old Westbury justifiably take pride in your exceptional accomplishments and hope that you will continue to achieve similar levels of success for the remainder of your college career.

Warmest congratulations.

Sincerely,

Ruben Gonzalez
Associate Vice President
for Academic Affairs

RG:dl