# EXHIBIT 15

View Results

Page 1 of 1

## VIEW RESULTS

| ID | Date Assigned | Due Date | Status | Exam Name | Applicant Name |
|---|---|---|---|---|---|
| 5226 | 01/23/2006 | 01/30/2006 | Completed | Step 2 CS | Katz, Richard D |

Consultant Review

**Results submitted on February 08, 2006**

### Consultant Information:

| | |
|---|---|
| Consultant: | Catherine Farmer, PSyD |
| Due Date: | 01/30/2006 |
| Case Review Hours: | 4 |
| Conference Hours: | 0 |

### Examinee Information for USMLE Step 2 CS:

| | |
|---|---|
| Examinee: | Katz, Richard Denis |
| USMLE ID#: | 06314751 |

### Comments:

```
No comments were submitted for this review.
```

RECEIVED
FEB 0 8 2006
Disability Services

https://external1.nbme.org/consultantweb/prod/jsp/process?action=view_results&case_id=5226          2/8/2006

NBME/Katz 0141