# EXHIBIT 18

13. Admit in part and deny in part the averments of paragraph 13 of the amended complaint, admit that if an examinee has exceeded the six attempt limit on a Step or Step component of the USMLE and nevertheless tries to register for that Step or Step component, the designated registration entity will not permit the examinee to register; ==admit that, among other things that are not addressed in the Bulletin, the Bulletin does not address exceptions to the six-attempt limit policy based upon the ADA or related laws,== deny the remaining averments of paragraph 13, and deny the need to respond to the averments to the extent they are conclusions of law.