# EXHIBIT 26

# Analyst IS Performance Excellence-70060501-32703 at Sanofi



**Sanofi Careers**
To: RICHARD KATZ; RICHARD KATZ; ⊻

↩ Reply | ∨
Wed 4/16/2014 1:59 PM

this_message_in_html.ht...    ∨
2 KB

Download    Save to OneDrive - Personal

Dear Richard Katz:

We have received your application for the position of Analyst IS Performance Excellence-70060501-32703 and are currently reviewing your experience and qualifications.

If you would like to follow up on your application status or review your candidate file, click here.

If your profile corresponds to the position requirements, a member of our HR Department will contact you soon.

We thank you for your interest in Sanofi.


Best regards,
Human Resources Department
Sanofi



Set your account preferences anytime by accessing the My Account page.

This email is an automated notification, which is unable to receive replies.

# Assoc Medical Information-00405925-33833JC at Sanofi



Sanofi Careers
To: RICHARD KATZ; RICHARD KATZ; ⊻



↩ Reply  | ∨

Wed 4/16/2014 1:57 PM



this_message_in_html.ht...
2 KB
∨

Download   Save to OneDrive - Personal

Dear Richard Katz:

We have received your application for the position of Assoc Medical Information-00405925-33833JC and are currently reviewing your experience and qualifications.

If you would like to follow up on your application status or review your candidate file, click here.

If your profile corresponds to the position requirements, a member of our HR Department will contact you soon.

We thank you for your interest in Sanofi.


Best regards,
Human Resources Department
Sanofi



Set your account preferences anytime by accessing the My Account page.

This email is an automated notification, which is unable to receive replies.

# Administrative Coordinator II-00403542-28497 at Sanofi

 Sanofi Careers
To: RICHARD KATZ; RICHARD KATZ; ✹

 ↩ Reply | ∨

Wed 4/16/2014 1:54 PM

 this_message_in_html.ht...
2 KB ∨

Download   Save to OneDrive - Personal

Dear Richard Katz:

We have received your application for the position of Administrative Coordinator II-00403542-28497 and are currently reviewing your experience and qualifications.

If you would like to follow up on your application status or review your candidate file, click here.

If your profile corresponds to the position requirements, a member of our HR Department will contact you soon.

We thank you for your interest in Sanofi.

Best regards,
Human Resources Department
Sanofi

Set your account preferences anytime by accessing the My Account page.

This email is an automated notification, which is unable to receive replies.

# Thank you for applying

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⊻

 ↩ Reply | ∨

Mon 6/17/2013 2:53 PM

*******This is an automatically generated email from an unmonitored box. Do not reply to this message********

Dear Richard,

Thank you for applying for
13-7465- Director Clinical Development.  We have individually reviewed your qualifications and unfortunately they do not match our current needs for this position.

Please note that this is specific to the job contained in this email.

Please continue to visit the website for future job opportunities that may be of interest to you.

Sincerely,

The sanofi pasteur US Staffing Team


(notif. #58)

# Thank you for your interest: 13-7434-Senior Business Analyst

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⅴ

 ↩ Reply | ∨

Mon 6/17/2013 7:19 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7434: Senior Business Analyst.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 13-7424-Director New Products

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⊻

 ↩ Reply | ∨

Mon 6/17/2013 7:18 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7424: Director New Products.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 13-7474-Manager Clin CIT

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄

 ↩ Reply | ⌄

Mon 6/17/2013 7:17 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7474: Manager Clin CIT.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 13-7460-Assistant II - Marketing

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄

 ↰ Reply | ⌄

Mon 6/17/2013 7:17 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7460: Assistant II - Marketing.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 13-7490-Deputy Director Consumer Marketing

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⅀

 ↩ Reply | ⌄

Mon 6/17/2013 7:16 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7490: Deputy Director Consumer Marketing.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 13-7492-Deputy Director eBusiness Marketing Assoc



USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄



↩ Reply | ⌄

Mon 6/17/2013 7:16 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7492: Deputy Director eBusiness Marketing Assoc.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 13-7465-Director Clinical Development



USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⊻



↩ Reply | ∨

Mon 6/17/2013 7:16 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 13-7465: Director Clinical Development.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for applying

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄

 ↩ Reply | ⌄

Tue 6/11/2013 9:05 PM

*******This is an automatically generated email from an unmonitored box. Do not reply to this message********

Dear Richard,

Thank you for applying for
12-7267- Director, Clinical Development.  We have individually reviewed your qualifications and unfortunately they do not match our current needs for this position.

Please note that this is specific to the job contained in this email.

Please continue to visit the website for future job opportunities that may be of interest to you.

Sincerely,

The sanofi pasteur US Staffing Team

(notif. #58)

# Thank you for your interest: 12-7267-Director, Clinical Development

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄

 ↩ Reply | ⌄

Thu 11/8/2012 7:58 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 12-7267: Director, Clinical Development.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 12-7176-Manager Clinical Immunology

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄

 ↩ Reply | ⌄

Thu 11/8/2012 7:57 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 12-7176: Manager Clinical Immunology.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

# Thank you for your interest: 12-7218-Director Immunization Policy

 USStaffingTeam.Mailbox@sanofipasteur.com
To: RICHARD KATZ; ⌄

 ↩ Reply | ⌄

Thu 11/8/2012 7:22 AM

Thank you for your interest in sanofi pasteur, the largest company in the world devoted entirely to the development and production of human vaccines.

Your profile will be reviewed against the requirements of the position you have applied for, 12-7218: Director Immunization Policy.

Please be aware that due to the high volume of applicants received, we will only contact you if we are interested in scheduling an interview.

Thank you again for your interest in sanofi pasteur, and please continue to visit our website to view and submit to open positions.

The sanofi pasteur US Staffing Team
https://careers.sanofipasteur.us/

(notif. #24)
******This message is sent from an unmonitored box. Please do not reply to this message*****

From: Jesslyn.Kinney@Dal.Ca
To: cat2400@msn.com
Subject: Tier 2 Canada Research Chair in Primary Care
Date: Thu, 13 Nov 2014 18:50:44 +0000

Dear Dr. Katz,

I am writing to inform you of the status of the search for the position in Tier II CRC in Primary Care for which you applied.

The Search Committee has completed its preliminary review of the applications received and a short list of candidates has been prepared for further consideration. I regret to inform you that you have not been short-listed. Although we have yet to make a final selection, I thought that I should apprise you of the status of your application to assist you with your own planning.

Thank you for the interest you have shown in this position. I wish you every success in your future career.

Sincerely,

Gerry Johnston, PhD
Associate Dean Research, Faculty of Medicine
Chair, Search & Selection Committee

# Tier 2 Canada Research Chair in Primary Care



**Jesslyn Kinney**
To: RICHARD KATZ; ☒



Dear Dr. Katz,

I am writing to inform you of the status of the search for the position in Tier II CRC in Primary Care for which you applied.

The Search Committee has completed its preliminary review of the applications received and a short list of candidates has been prepared for further consideration. I regret to inform you that you have not been short-listed. Although we have yet to make a final selection, I thought that I should apprise you of the status of your application to assist you with your own planning.

Thank you for the interest you have shown in this position. I wish you every success in your future career.

Sincerely,

Gerry Johnston, PhD
Associate Dean Research, Faculty of Medicine
Chair, Search & Selection Committee

# RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com

 Medical Research Development Office Email Account
To: RICHARD KATZ; ⌄

 ← Reply | ⌄
Tue 10/14/2014 12:26 PM

Hi Richard,
The Committee had to be reconstituted due to a conflict of interest with an applicant which delayed things. We just met last week and a shortlist has been determined. Until we receive approval from Academic HR we are unable to contact applicants with Committee's decision. I expect to hear back in the next 2 weeks.
Thank you
Jess

**From:** RICHARD KATZ [mailto:cat2400@msn.com]
**Sent:** October 9, 2014 7:58 PM
**To:** Medical Research Development Office Email Account
**Subject:** RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com

Dear Ms. Kinney:

I was wondering if a determination has been made with regard to the Tier 2 Canada Research Chair in Primary Healthcare position at Dalhousie University?

Best Regards,

Richard Katz, MD

# RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com



Medical Research Development Office Email Account
To: RICHARD KATZ; ⌄



↩ Reply | ⌄

Tue 8/12/2014 8:49 AM

I received your updated teaching philosophy and research proposal.
Thank you

**From:** RICHARD KATZ [mailto:cat2400@msn.com]
**Sent:** August 8, 2014 9:42 AM
**To:** Medical Research Development Office Email Account
**Subject:** RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com

Dear Ms. Kinney:

For Research Plan Submission please use the attached version instead of the previous attachment that I sent you as there were a few formatting errors in the previous version when I converted to pdf.  Sorry for the inconvenience.

Thanks so much!

Regards,

Richard Katz

From: mrdo@dal.ca
To: cat2400@msn.com
Subject: RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com
Date: Thu, 31 Jul 2014 12:44:57 +0000

 Medical Research Development Office Email Account
To: RICHARD KATZ; ⌄


Received
Thank you

---

**From:** RICHARD KATZ [mailto:cat2400@msn.com]
**Sent:** July 30, 2014 11:04 PM
**To:** Medical Research Development Office Email Account
**Subject:** RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com

Dear Ms. Kinney:

Please find my self ID questionnaire attached to this email per your instructions.  The remainder of my documentation will follow as a separate email.  My referees will be submitted directly to the attention of Dr. Fred Burge as you advised.

Best regards,

Richard Katz

---

From: mrdo@dal.ca
To: cat2400@msn.com
Subject: RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com
Date: Wed, 30 Jul 2014 21:43:37 +0000

Thank you for your application for the CRC in Primary Care.  As outlined in the advertisement (attached), please submit a brief statement of teaching philosophy in order for us to consider your application complete.

Also have your 3 reference letters sent under separate cover to the address below attn. Dr. Fred Burge.

As part of the recruitment process we are asking that you complete the attached Self ID questionnaire and return an electronic copy to this email.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Dalhousie University,

# RE: Tier 2 Canada Research Chair in Primary Healthcare Dalhousie University www.AcademicCareers.com



Medical Research Development Office Email Account
To: RICHARD KATZ; ⊻



↩ Reply  | ∨

Wed 7/30/2014 2:43 PM



Documents



Self-ID Questionnaire.pdf    ∨
74 KB

CRC Primary Care ad.pdf    ∨
207 KB

2 attachments (281 KB)    Download all    Save all to OneDrive - Personal

Thank you for your application for the CRC in Primary Care.  As outlined in the advertisement (attached), please submit a brief statement of teaching philosophy in order for us to consider your application complete.

Also have your 3 reference letters sent under separate cover to the address below attn. Dr. Fred Burge.

As part of the recruitment process we are asking that you complete the attached Self ID questionnaire and return an electronic copy to this email.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Dalhousie University,
Faculty of Medicine
Medical Research Development Office
Room C203, 5849 University Avenue
PO Box 15000, Halifax, NS  B3H 4R2

http://www.medicine.dal.ca/research.html

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

------------

> Date: Mon, 16 Apr 2012 12:02:21 -0400

> From: noreply-oas@mail.rockefeller.edu

> Subject: Your Application for a Faculty Position at The Rockefeller University has Been Accepted for Review

>

> Dear Richard Katz:

>

> Thank you for your application for a faculty position at

> The Rockefeller University. Your application was accepted

> for review on 04-16-2012 12:02:21.

>

> You will be copied on all requests for letters or reference

> sent to the referees whose names you provided. You will also

> receive email acknowledgments for each letter received

> for your file.

>

> The deadline for submission of letters of reference is May 7, 2012.

> If we have not received the required three letters by

> May 4, 2012, you and the referees we have not heard from will

> receive reminder notifications.

>

> If you would like to view the status of your letters, please

> log-in to the Online Application System and click the link

> to View Application Status.

>

> We expect to contact those selected for interviews in June, 2012.

> All other applicants will receive notification of their application

> status in the fall of 2012.

>

> Please be reminded that changes can no longer be made to your

> application. If there is an urgent matter regarding

> your application, please contact our Administrator

> at facultysearch@rockefeller.edu.

>

Re: Ad response to: AM/LSSC/LON/ Application submitted from New Scientist Jobs - Status: Emailed - Ref: AM/ LSSC/LON from New    🖶 🖸
Scientist   Inbox   x

Adam Morris adam.morris@paramountrecruitment.co.uk via blade13.gs.broadbean.net                                           ⊜ 12/2/15 ☆   ↤   ▾
to me ▾

> paramountrecruitment/paramount logo.jpg

**Thank you for your application.**

I will be reviewing all the responses and assessing CVs that match the criteria for this position.   **If your application has been successful we will be in contact within a week.**

**If we have other suitable opportunities that match your experience we will certainly bring these to your attention.**

Should you require any further information in the interim, please call our office quoting the reference number attached to the role.

Tel: +44 (0) 121 616 3460.

**To receive similar jobs by e-mail please click the link below:**
**http://www.paramountrecruitment.co.uk/jbe-subscribe/**

**www.paramountrecruitment.co.uk**

And finally feel free to follow our latest news on Twitter 🗨 , Facebook 📘 and LinkedIn 🔗

Company Registration Number - 4634587
Place of Registration - Companies House, Cardiff
*****************************************************************************

This email transmission is confidential and intended for the person or organisation it is addressed to. If you are not the intended recipient, you must not copy, distribute, or disseminate the information, open any attachment, or take any action in reliance of it. If you have received this message in error please notify the sender.
Any views expressed in this message are those of the individual sender, except where the sender specifically states otherwise.
Although this email has been scanned for viruses you should rely on your own virus check, as the sender takes no responsibility for any damage arising out of any bug or virus infection.
*****************************************************************************



**Application has been Submitted** Inbox x

HR@northampton.edu
Dear Richard , Thank you for your recent application to the Adjuncts - Public...

Jan 12

**Richard Katz**
Forwarded conversation Subject: Application has been Submitted --------------...

Jan 12

**Richard Katz** <rkatzmdmha@gmail.com>
to HR

Jan 13

....

Click here to Reply or Forward

0.02 GB (0%) of 15 GB used
Manage

Terms - Privacy

Last account activity: Jan 21
Details

# Working in Canada

 service@mcc.ca
To: RICHARD KATZ; ⩔

 ↩ Reply | ∨

Thu 12/5/2013 7:45 AM

Good morning Doctor,

Thank you for your inquiry regarding information for International Medical Graduates (IMGs) who wish to practice medicine in Canada. Please find below some useful websites to help you understand and initiate the steps towards licensure in Canada.

The first step would be to visit the website for the Medical Regulatory Authority (College of Physicians and Surgeons) in the province or territory in which you wish to practice. All websites are accessible from the following link: Members - Federation of Medical Regualtory Authorities of Canada

The Medical Council of Canada (MCC.CA Website) is the "administrator of examinations". The provincial Medical Regulatory Authorities dictate requirements for licensure in their respective jurisdictions– and one of those requirements is for medical graduates to pass the MCC examinations required to obtain the licentiate of the Medical Council of Canada (LMCC). IMGs must first take the Evaluating Examination (MCCEE).

For more information on the MCCEE:
- General information and examination schedule: MCCEE Information
- For eligibility and how to apply: MCCEE Application Information

We encourage you to also consult the websites below as background. Once you have done so, please proceed with requirements as stipulated within your field of interest.

Royal College of Physicians and Surgeons of Canada
They will provide information about assessment of specialty postgraduate medical training and certification, and also have IMG information and guidance.

The College of Family Physicians of Canada
They will provide information about training and certification in family medicine.

Canadian Resident Matching Service (CaRMS)
This site offers information about entry into Canadian residency programs.

Regards,

The Medical Council of Canada

# Your online resume has been successfully submitted


Peoplesoft@peoplesoft.com
To: RICHARD KATZ; ⌄


↩ Reply | ⌄

Mon 7/7/2014 10:56 AM

Please print a copy of this email for your personal records.

Dear Richard Katz,

Thank you for your interest in employment with Capital Health.  You have submitted your application to the below position(s) on 2014-07-07:

1017671-Neuromodulation Clinical Coordinator - Rehabilitation and Supportive Care Services

Your application will be carefully reviewed; however, only those selected for an interview will be contacted. Please note that Capital Health employees are given preference for bargaining unit positions based on union membership.

Please visit your "My Career Tools" to view your status for the above position(s) and "My Saved Jobs"  to sign up to receive email notifications for positions you are interested in.

We ask that you do not reply to this email. If you would like to contact us you can do so through one of the below methods.

Location - Room 133, Bethune Building, VG Site, 1276 South Park Street
Phone - 902-473-5757 or toll free at 1-866-473-5757, option 4
Fax  -  902-473-8499
Email - human.resources@cdha.nshealth.ca
Website - www.cdha.nshealth.ca

## Application submitted confirmation (New Scientist Jobs)



New Scientist Jobs
To: cat2400@msn.com; ⩔

 katz_cv_2-10-14.pdf       ∨
73 KB

Download    Save to OneDrive - Personal

Dear Richard,

Thank you for applying for a job on New Scientist Jobs. This email confirms that you applied for the following job:

Job title: Quality Assurance Manager - Global Biopharm
Job link: http://jobs.newscientist.com/job/1401595248/quality-assurance-manager-global-biopharm/
Employer: Paramount Recruitment
Application date: 11/9/2015
Resume file: katz_cv_2-10-14.pdf

Other information:
Covering Message : HEALTHCARE ADMINISTRATION MEDICAL & SCIENTIFIC SERVICES

Results driven professional with experience in Healthcare Administration/Medical & Scientific Services; distinguished track record in Healthcare and Research environments

CAREER HIGHLIGHTS

Proven history in policy/procedure formulation, finance, and clinical sciences. Knowledge of healthcare standards/regulations, such as HIPAA, JCAHO,  Patient Bill of Rights, etc. Expertise in program planning, research, design, and overall operations. Collaborated with key players, including physicians, insurance companies, and medical staff. Experience in diverse departments (psychiatry, emergency, labs, etc); ensured seamless coordination between multiple departments. Efficiently allocated resources; optimized budgets and controls. Excellent employee management and training skills; developed educational programs. Well-organized. Detail-focused. Energetic team player. Perform well in high-pressure, fast-paced environments. Exceptional verbal/written communication and presentation skills. Proficiencies:

Clinical Research
Healthcare Administration
Program/Project Mgmt.
Policy/Procedure Development
Healthcare Regulations/Standards
Budgets/Finance



**Adam Morris**
To: cat2400@msn.com; ⌄



Thank you for your application.

I will be reviewing all the responses and assessing CVs that match the criteria for this position.   If your application has been successful we will be in contact within a week.

If we have other suitable opportunities that match your experience we will certainly bring these to your attention.

Should you require any further information in the interim, please call our office quoting the reference number attached to the role.

Tel: +44 (0) 121 616 3460.

To receive similar jobs by e-mail please click the link below:
http://www.paramountrecruitment.co.uk/jbe-subscribe/

www.paramountrecruitment.co.uk

And finally feel free to follow our latest news on Twitter  Facebook and LinkedIn

Company Registration Number - 4634587
Place of Registration - Companies House, Cardiff
*************************************************************************

This email transmission is confidential and intended for the person or organisation it is addressed to. If you are not the intended recipient, you must not copy, distribute, or disseminate the information, open any attachment, or take any action in reliance of it. If you have received this message in error please notify the sender.
Any views expressed in this message are those of the individual sender, except where the sender specifically states otherwise.
Although this email has been scanned for viruses you should rely on your own virus check, as the sender takes no responsibility for any damage arising out of any bug or virus infection.
*************************************************************************

# Application submitted confirmation (New Scientist Jobs)


New Scientist Jobs
To: cat2400@msn.com; ⅋


↩ Reply | ∨
Sat 11/14/2015 5:27 PM

Documents


katz_cv_med_Suplmnt.d...    ∨
39 KB

Download    Save to OneDrive - Personal

Dear Richard,

Thank you for applying for a job on New Scientist Jobs. This email confirms that you applied for the following job:

Job title: Head of Quality Assurance – International Biopharma, Sussex/South England, upto £80,000
Job link: http://jobs.newscientist.com/job/1401596338/head-of-quality-assurance-international-biopharma-sussex-south-england-upto-80-000/
Employer: Meet Recruitment
Application date: 11/15/2015
Resume file: katz_cv_med_Suplmnt.doc

Other information:
Covering Message : HEALTHCARE ADMINISTRATION MEDICAL & SCIENTIFIC SERVICES

Results driven professional with experience in Healthcare Administration/Medical & Scientific Services; distinguished track record in Healthcare and Research environments

CAREER HIGHLIGHTS

Proven history in policy/procedure formulation, finance, and clinical sciences. Expertise in program planning, research, design, and overall operations. Collaborated with key players, including physicians, insurance companies, and medical staff. Experience in diverse departments (psychiatry, emergency, labs, etc); ensured seamless coordination between multiple departments. Efficiently allocated resources; optimized budgets and controls. Excellent employee management and training skills; developed educational programs. Well-organized. Detail-focused. Energetic team player. Perform well in high-pressure, fast-paced environments. Exceptional verbal/written communication and presentation skills. Proficiencies:

Clinical Research
Healthcare Administration
Program/Project Mgmt.
Policy/Procedure Development

# Application submitted confirmation (New Scientist Jobs)



**New Scientist Jobs**
To: cat2400@msn.com; ✱

 ↩ Reply | ∨

Fri 11/13/2015 5:03 PM

 katz_cv_2-10-14.pdf
73 KB
∨

Download    Save to OneDrive - Personal

Dear Richard,

Thank you for applying for a job on New Scientist Jobs. This email confirms that you applied for the following job:

Job title: Pharmacovigilance Agreement Lead, Switzerland
Job link: http://jobs.newscientist.com/job/1401595755/pharmacovigilance-agreement-lead-switzerland-/
Employer: Stelfox
Application date: 11/14/2015
Resume file: katz_cv_2-10-14.pdf

Other information:
Covering Message : HEALTHCARE ADMINISTRATION MEDICAL & SCIENTIFIC SERVICES

Results driven professional with experience in Healthcare Administration/Medical & Scientific Services; distinguished track record in Healthcare and Research environments

CAREER HIGHLIGHTS

Proven history in policy/procedure formulation, finance, and clinical sciences. Expertise in program planning, research, design, and overall operations. Collaborated with key players, including physicians, insurance companies, and medical staff. Experience in diverse departments (psychiatry, emergency, labs, etc); ensured seamless coordination between multiple departments. Efficiently allocated resources; optimized budgets and controls. Excellent employee management and training skills; developed educational programs. Well-organized. Detail-focused. Energetic team player. Perform well in high-pressure, fast-paced environments. Exceptional verbal/written communication and presentation skills. Proficiencies:

Clinical Research
Healthcare Administration
Program/Project Mgmt.
Policy/Procedure Development
Healthcare Regulations/Standards
Budgets/Finance



Kristian Poole
To: cat2400@msn.com; ⌄

↩ Reply | ⌄

Mon 11/9/2015 12:23 PM



Thank you for your application.

I will be reviewing all the responses and assessing CVs that match the criteria for this position.   If your application has been successful we will be in contact within a week.

If we have other suitable opportunities that match your experience we will certainly bring these to your attention.

Should you require any further information in the interim, please call our office quoting the reference number attached to the role.

Tel: +44 (0) 121 616 3460.

To receive similar jobs by e-mail please click the link below:
http://www.paramountrecruitment.co.uk/jbe-subscribe/

www.paramountrecruitment.co.uk

And finally feel free to follow our latest news on Twitter  , Facebook and LinkedIn

Company Registration Number - 4634587
Place of Registration - Companies House, Cardiff
*******************************************************************

This email transmission is confidential and intended for the person or organisation it is addressed to. If you are not the intended recipient, you must not copy, distribute, or disseminate the information, open any attachment, or take any action in reliance of it. If you have received this message in error please notify the sender.
Any views expressed in this message are those of the individual sender, except where the sender specifically states otherwise.
Although this email has been scanned for viruses you should rely on your own virus check, as the sender takes no responsibility for any damage arising out of any bug or virus infection.
*******************************************************************

# Application submitted confirmation (New Scientist Jobs)



New Scientist Jobs
To: cat2400@msn.com; ⋎



↩ Reply | ⌄

Mon 11/2/2015 4:52 PM

Documents



katz_cv_med_Suplmnt.d...
39 KB   ⌄

Download   Save to OneDrive - Personal

Dear Richard,

Thank you for applying for a job on New Scientist Jobs. This email confirms that you applied for the following job:

Job title: Associate Medical Communications Manager - Amsterdam
Job link: http://jobs.newscientist.com/job/1401594774/associate-medical-communications-manager-amsterdam/
Employer: Stelfox
Application date: 11/3/2015
Resume file: katz_cv_med_Suplmnt.doc

Other information:
Covering Message : HEALTHCARE ADMINISTRATION MEDICAL & SCIENTIFIC SERVICES

Results driven professional with experience in Healthcare Administration/Medical & Scientific Services; distinguished track record in Healthcare and Research environments

CAREER HIGHLIGHTS

Proven history in policy/procedure formulation, finance, and clinical sciences. Knowledge of healthcare standards/regulations, such as HIPAA, JCAHO,  Patient Bill of Rights, etc. Expertise in program planning, research, design, and overall operations. Collaborated with key players, including physicians, insurance companies, and medical staff. Experience in diverse departments (psychiatry, emergency, labs, etc); ensured seamless coordination between multiple departments. Efficiently allocated resources; optimized budgets and controls. Excellent employee management and training skills; developed educational programs. Well-organized. Detail-focused. Energetic team player. Perform well in high-pressure, fast-paced environments. Exceptional verbal/written communication and presentation skills. Proficiencies:

Clinical Research
Healthcare Administration
Program/Project Mgmt.

# Application to the Government of Nova Scotia, Competition # BT-1050MM-CB



CareerBeacon.com
To: RICHARD KATZ; ⌄



↩ Reply | ⌄

Mon 7/28/2014 6:09 AM

Thank you for your interest in this position with the Government of Nova Scotia.  We are pleased to confirm receipt of your application.

# New Temporary Pool at East Stroudsburg University- Please Reapply



humanresources@po-box.esu.edu
To: RICHARD KATZ; ⌄



↩ Reply  | ⌄

Wed 4/23/2014 7:55 AM

Richard Katz

RR #3 Box 3096

Dear  Richard Katz:

Thank you for considering a faculty position at East Stroudsburg University of Pennsylvania. You previously expressed an interest in becoming a part of our adjunct staff through applying to the temporary pool.  This is notification that our 2011-2013 temporary instructor pool is expiring.  If you would like to remain in the temporary pool for consideration by the department, please visit our website at www.esucareers.com and reapply to the new 2014-2016 temporary pool. You may electronically upload your updated application materials directly online. Your new application will be held by the department for up to 2 years for consideration for any upcoming positions.

Please continue to check our website at www.esu.edu/facultypositions  for all available positions.  Thank you for your interest in East Stroudsburg University.

## Acknowledgement of Occupational Questionnaire  Inbox  x

   

USASTAFFINGOFFICE@opm.gov                                                         12/6/15

to me

Application Manager powered by USA Staffing

HHS FDA CENTER

10903 NEW HAMPSHIRE AVENUE

SILVER SPRING MD  20993

Receipt for:     RICHARD  KATZ

Job Series/Title:        0301/SUPERVISORY PROGRAM MANAGER, GS-301-15

Vacancy Identification Number:    AJW 1565943

Job Announcement Number:         FDA-ORA-16-DE-1565943-WW

USAJOBS Control Number:   422599000

Open - Close Dates:      12/2/2015 - 12/8/2015

This message acknowledges the receipt of your assessment questionnaire responses for

the job announcement shown above.  We will review your resume and any other supporting

documentation to compare them with your responses to the assessment questionnaire and

ensure you meet the requirements for this position.  When our evaluation is completed,

we will notify you of the results with another e-mail message.


Remember, submitting your answers may not complete your application package.  Many

announcements also require the submission of supporting documents, such as a resume,

transcripts and Veterans Preference documentation, if appropriate.  To ensure you

receive consideration for this position, read and follow the How to Apply instructions


jobnotification@noreply.jobs2web.com
To: RICHARD KATZ; ⌄

↩ Reply | ⌄

Mon 5/18/2015 3:22 PM

Newsletters


**MSD**
*Be well*

The following jobs matched your search agent at Merck and can be found at jobs.merck.com.

Agent:
"Medical Technologist" OR "Neurology" OR "Medical" AND New York City
(Click to modify)

Job Matches:
Director, Clinical Research - Endocrinology, Bone - NJ, PA Job - Rahway, NJ, US
Director, Scientific Affairs - Publications, Oncology Job - Rahway, NJ, US
Customer Representative - Primary Care (Union, NJ) Job - Union, NJ, US
Sr. Principal Scientist, Translational Pharmacology - ID, Immunology Job - Kenilworth, NJ, US
Principal Scientist, Translational Pharmacology - ID, Immunology Job - Kenilworth, NJ, US

Remember to forward these jobs to any of your friends who might have interest in any of these positions.

Getting these notifications too often?
Change the frequency here.
Add another agent.

socialmatcher

Powered by Jobs2web

---

*\* To ensure delivery to your inbox, please add **jobnotification@noreply.jobs2web.com** to your address book.*

*\* Please do not reply to this email, as we are unable to respond from this address.*

*\* Don't want to receive this notification anymore? Manage your Job Preferences or Click here to unsubscribe.*

# New jobs posted from Merck



jobnotification@noreply.jobs2web.com
To: RICHARD KATZ; ⌄

Newsletters



**MSD**
*Be well*

The following jobs matched your search agent at Merck and can be found at jobs.merck.com.

Agent:
"Medical Technologist" OR "Neurology" OR "Medical" AND New York City
(Click to modify)

Job Matches:
Product Partner, Director- Immunology/Neurology Job - Rahway, NJ, US
Product Partner, Associate Director- Immunology/Neurology Job - Rahway, NJ, US
Senior Customer Representative, CV Specialty - (Manhattan, NY) Job - Manhattan, NY, US
Director, Clinical Research - Diabetes Job - Rahway, NJ, US
Director Clinical Research - Regional CQM Americas Job - Rahway, NJ, US

Remember to forward these jobs to any of your friends who might have interest in any of these positions.

Getting these notifications too often?
Change the frequency here.
Add another agent.

socialmatcher

Powered by Jobs2web

# New jobs posted from Merck



jobnotification@noreply.jobs2web.com
To: RICHARD KATZ; ⌄

↩ Reply | ⌄

Thu 5/8/2014 5:27 PM

Newsletters



The following jobs matched your search agent at Merck and can be found at jobs.merck.com.

Agent:
"Medical Technologist" OR "Neurology" OR "Medical" AND New York City
(Click to modify)

Job Matches:
Director, Clinical Research - Respiratory & Immunology Job - Kenilworth, NJ, US
Assoc Principle Scientist, Drug Safety Job - Rahway, NJ, US
Exec Dir, R&D Assessment Lead for Commercial Business Development Job - Rahway, NJ, US
Executive Director, Late Stage Out-Partnering Assessment Lead Job - Rahway, NJ, US
Scientist - PPDM Job - Rahway, NJ, US

Remember to forward these jobs to any of your friends who might have interest in any of these positions.

Getting these notifications too often?
Change the frequency here.
Add another agent.

socialmatcher

# HIV Community Liaison - (New York, NY)-ACC002989 at Merck / MSD



**Merck/MSD Human Resources**
To: RICHARD KATZ; RICHARD KATZ; ⌄



↩ Reply | ⌄

Thu 4/17/2014 10:28 PM



this_message_in_html.ht...   ⌄
2 KB

Download   Save to OneDrive - Personal

Dear Richard Katz,

Thank you for submitting your interest for the position of HIV Community Liaison - (New York, NY) - ACC002989. We have received your information and are currently reviewing your experience and qualifications. In order to be considered for a position at Merck/MSD, it is required that a resume/CV be provided. If you have not provided your resume, please click here to review and update your candidate file.

Please click here if you would like to review your candidate file.

If your information corresponds to our requirements, we will contact you soon.

Thank you for your interest.


Best Regards,

Human Resource Department
Merck / MSD

Replies to this message are undeliverable. Please do not reply.

# Executive Director, Late Stage Neuroscience Assessment-LIC000130 at Merck / MSD

 Merck/MSD Human Resources
To: RICHARD KATZ; RICHARD KATZ; ⩗

 ↺ Reply | ∨

Thu 4/17/2014 5:12 PM

 this_message_in_html.ht... ∨
2 KB

Download    Save to OneDrive - Personal

Dear Richard Katz,

Thank you for submitting your interest for the position of Executive Director, Late Stage Neuroscience Assessment - LIC000130. We have received your information and are currently reviewing your experience and qualifications. In order to be considered for a position at Merck/MSD, it is required that a resume/CV be provided. If you have not provided your resume, please click here to review and update your candidate file.

Please click here if you would like to review your candidate file.

If your information corresponds to our requirements, we will contact you soon.

Thank you for your interest.

Best Regards,

Human Resource Department
Merck / MSD

Replies to this message are undeliverable. Please do not reply.

# Executive Director, Late Stage Neuroscience Assessment-LIC000130 at Merck / MSD



Merck/MSD Human Resources
To: RICHARD KATZ; RICHARD KATZ; ⌄



↩ Reply | ⌄

Thu 4/17/2014 5:12 PM

this_message_in_html.ht...   ⌄
2 KB

Download    Save to OneDrive - Personal

Dear Richard Katz,

Thank you for submitting your interest for the position of Executive Director, Late Stage Neuroscience Assessment - LIC000130. We have received your information and are currently reviewing your experience and qualifications. In order to be considered for a position at Merck/MSD, it is required that a resume/CV be provided. If you have not provided your resume, please click here to review and update your candidate file.

Please click here if you would like to review your candidate file.

If your information corresponds to our requirements, we will contact you soon.

Thank you for your interest.

Best Regards,

Human Resource Department
Merck / MSD

Replies to this message are undeliverable. Please do not reply.

# **NewScientist** | Jobs

  Richard Katz ∨

| Home | Find a job | Job alerts | Search employers | Careers advice | Your jobs | Your profile |

## Your jobs

### ∨ Shortlist  ★

You haven't shortlisted any jobs/courses on New Scientist Jobs yet.

View all our jobs

### 〉 Job alerts  5 ✉

### ∨ Applications  14 ☑

| Job title | Employer | Date applied |
|-----------|----------|--------------|
| Entry Level Market Access Consultant | Paramount Recruitment | Nov 21, 2015 |
| Real World Evidence Solutions Senior Manager-Director | Paramount Recruitment | Nov 21, 2015 |
| Senior Consultant/Senior Manager Commercial Consulting | Paramount Recruitment | Nov 18, 2015 |
| Global Head Early Development & Clinical | Johnson & Johnson (Janssen) | Nov 18, 2015 |

Senior Consultant Commercial Consulting

| Global Head Early Development & Clinical Pharmacology, GCO | Johnson & Johnson (Janssen) | Nov 18, 2015 |
| --- | --- | --- |
| Head of Quality Assurance – International Biopharma, Sussex/South England, upto £80,000 | Meet Recruitment | Nov 15, 2015 |
| Senior Director of Global Business Development, Switzerland | Stelfox | Nov 14, 2015 |
| Pharmacovigilance Agreement Lead, Switzerland | Stelfox | Nov 14, 2015 |
| Commercial Director | CY Partners | Nov 14, 2015 |
| Quality Assurance Manager - Global Biopharm | Paramount Recruitment | Nov 09, 2015 |
| Formulation Expert Biologics, Switzerland | Stelfox | Nov 05, 2015 |
| Associate Medical Communications Manager - Amsterdam | Stelfox | Nov 03, 2015 |
| Director Patient Reported Outcomes | Stelfox | Oct 25, 2015 |
| Medical Advisor - North Switzerland | Paramount Recruitment | Oct 25, 2015 |
| Associate Director, Quantitative Safety- Switzerland | Stelfox | Oct 25, 2015 |

# Suggested jobs for you



**SANOFI** PASTEUR

Site intended for people seeking employment with Sanofi Pasteur US only

| company information | life at Sanofi Pasteur | opportunities | benefit programs | community active | apply now |

Site Map | Contact us | Home

**Job Search Page**

Richard Katz, you are signed in. | My Account Options

🛒 My Job Cart (4 items) | Sign Out

🔍 Job Search | My Jobpage

My Submissions | My Job Cart | My Saved Searches |

**My Submissions (4 job submissions found)**

This page displays all relevant details related to your draft and completed submissions.

Submissions per page:
5 ▼

**Completed Submissions**

🖥 **Administrative Coordinator II** 🗩   - Full-time
United States-Pennsylvania-Swiftwater
Job Number: 00403542-28497
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Candidate Not Selected – Updated: May 2, 2014
View Submission | View Email Messages

🖥 **Analyst IS Performance Excellence** 🗩   - Full-time
United States-New Jersey-Bridgewater
Job Number: 70060501-32703
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Candidate Not Selected – Updated: Apr 23, 2014
View Submission | View Email Messages

🖥 **Assoc Medical Information** 🗩   - Full-time
United States-Pennsylvania-Swiftwater
Job Number: 00405925-33833JC
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Candidate Not Selected – Updated: Apr 18, 2014
View Submission | View Email Messages

🖥 **Deputy Director Immunization Policy** 🗩   - Full-time
United States-Pennsylvania-Swiftwater
Job Number: 12-7218
Job Status: Inactive (No Longer Accepting Job Submissions)
Submission Status: Application Received – Updated: Dec 31, 2013
View Submission | Withdraw

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.

**Access my profile**

**Jobs Matching My Profile**
Take a look at jobs currently available within our organization that match your professional competencies and interests.

**View jobs matching my profile**

**Icon legend**

🗩 More information

📝 Draft submission

🖥 Completed submission

Sanofi Pasteur SA and its U.S. affiliates are Equal Opportunity and Affirmative Action employers committed to a culturally diverse workforce. All qualified applicants will receive consideration for employment without regard to race, color, creed, religion, national origin, age ,ancestry, nationality, marital, domestic partnership or civil union status, sex, gender identity or expression, affectional or sexual orientation, disability veteran or military status or liability for military status, domestic violence victim status, atypical cellular or blood trait, genetic information (including the refusal to submit to genetic testing) or any other characteristic protected by law.

**Data Privacy Notice**
Sanofi Pasteur has contracted with a third party for hosting of the database where all the information linked to your account will be stored. The third party has access to that data only for the purpose of performing its services. The third party is contractually obligated to ensure the privacy, confidentiality and security of your data.

For Pay Transparency Policy Statement, Please click here