# EXHIBIT 30



**USMLE**
United States Medical Licensing Examination

Secretariat
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax (215) 590-9470
www.usmle.org

**Via Email and US Mail**
**Personal and Confidential**

April 17, 2014

Richard Katz
3364 Parker Lane
East Stroudsburg, PA 18301

USMLE ID: 0-631-475-1

Email: cat2400@msn.com

RECEIVED
APR 21 2014
Disability Services

Dear Dr. Katz:

I am in receipt of your letter and supporting documents, received by the Educational Commission for Foreign Medical Graduates (ECFMG), dated April 1, 2014.

With respect to your request for an exception to the USMLE policy that limits the number of attempts on the Step and Step components, the imposition of the attempt limit was widely disseminated well ahead of the implementation date through USMLE and ECFMG publications.

Additionally, individuals, such as yourself, who already had prior USMLE exam attempts, were given an additional one year, until January 1, 2013, beyond the effective date of January 1, 2012 for new examinees. While your dedication to the field of medicine is admirable, your request for an additional attempt at Step 1 cannot be granted. However, you do remain eligible to take Step 2 CK and Step 2 CS.

According to the USMLE *Bulletin of Information*, the only exception to this policy identified by the USMLE Composite Committee (the governing body of the USMLE program) involves state medical boards. The policy includes a provision to allow examinees who have six or more attempts at a Step or component to have an additional attempt if so requested by a state medical board that is fully informed of the individual's prior examination history.

If you have any questions or need additional information, please call me at (215) 590-9877 or e-mail me at USMLESec@nbme.org.

Sincerely,

Amy Buono
Office of the USMLE Secretariat

A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and the National Board of Medical Examiners®

**STATE MEDICAL BOARDS**
Federation of State Medical Boards of the U.S., Inc.
400 Fuller Wiser Road, Suite 300
Euless, TX 76039
(817) 868-4000
Fax: (817) 868-4097
www.fsmb.org



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Fax: (215) 590-9555
www.nbme.org

NBME/Katz 0095