# EXHIBIT 40

| ATTORNEY CONTACTED | Law Firm | Decision Yes/No/N/A | Date |
|---|---|---|---|
| 1. Sasha Samberg-Champion | Relman, Dane & Colfax PLLC | No | 11/30/2015 |
| **2. Marielle Macher*** | Community Justice Project | No - Referred | 11/02/2015 |
| 3. James P. DeAngelo | McNees Wallace & Nurick LLC | No | 10/19/2015 |
| 4. Ira A. Burnim | Bazelon Center | No | 10/19/2015 |
| 5. Maricela Rosales | Disability Rights Legal Center | No | 10/28/2015 |
| 6. Jasmin Bailey | American Association of People with Disabilities | No | 10/28/2015 |
| 7. Richard J. Landau | RJ Landau Partners PLLC | No | 10/27/2015 |
| 8. Bruce Goldstein | Goldstein, Ackerhalt & Pletcher, LLP | No | 10/27/2015 |
| 9. Robert M. Winter | RSP CHICAGO | No | 10/26/2015 |
| 10. Brendan Lupetin | Meyers, Evans & Associates | No | 10/26/2015 |
| 11. Shelley Wint | Folkman Law Offices, P.C. | No | 10/26/2015 |
| 12. Amy Allbright | Commission on Disability Rights (CDR) | No | 10/25/2015 |
| 13. Nicholas Kelley | Kotin Crabtree & Strong | No | 10/23/2015 |
| **14. Julie Foster*** | Public Interest Law Center | No - Referred | 10/23/2015 |
| 15. David Ferleger | David Ferleger, Esq. | No | 10/23/2015 |
| 16. David F. Goldstein | Brown Goldstein Levy | No | 10/22/2015 |
| 17. Bruce Seidel | The Arc | No | 10/22/2015 |
| 18. Warren A. Usatine | Cole Schotz P.C. | No | 10/22/2015 |
| 19. Sandy Ballard | Dauphin County Bar Association | No | 10/22/2015 |
| 20. Danna Rodrigues Casserly, | Pennsylvania Health Law Project | No | 10/22/2015 |
| 21. Rahul Munshi, Esquire | CONSOLE LAW OFFICES LLC | No | 10/21/2015 |
| 22. Barbara Kern | Neighborhood Legal services | No | 10/21/2015 |
| 23. Mary Gay | PA Protection & Advocacy | No | 10/21/2015 |
| 24. David Lewis | U.S. Government Accountability Office | No | 10/19/2015 |
| 25. Sarah B. Dragotta | The Law Office of Sarah B. Dragotta | No | 10/19/2015 |
| 26. David Millstein | MILLSTEIN & ASSOCIATES | No | 10/16/2015 |
| 27. Nina T. Pirotti | Garrison, Levin-Epstein, Richardson, Fitzgerald & Pirrotti, P.C. | No | 10/15/2015 |
| 28. Jack Londen | Morrison & Foerster LLP | No | 10/14/2015 |
| 29. Ronece Martinez | Disability Rights Network | No | 10/13/2015 |
| • Note: Attorneys in | **Bold acted as Advocates and disseminated** | **Plaintiff's Case To Other** | **Attorneys** |
| **ATTORNEYS CONTACTED PRIOR** | **TO FILING  INITIAL MOTION FOR** | **APPOINTMENT OF** | **COUNSEL** |

| | | | | |
|---|---|---|---|---|
| 1. | Jonathan James | James, Schwartz & Associates, P.C. | No | 12/11/2014 |
| 2. | Faye Riva Cohen | Law Office of Faye Riva Cohen, P.C. | No | 05/21/2014 |
| 3. | Charles Weiner | Law Offices of Charles Weiner | No | 04/21/2015 |
| 4. | Ronece Martinez | Disability Rights Network | No | 05/08/2014 |
| 5. | Max S. Kennerly | *The Beasley Firm* | No | 12/18/2013 |