# EXHIBIT 43

Richard Katz, M.D., M.H.A.

Page 255

1      - - - - - - - -

2              E R R A T A

3      - - - - - - - -

| | PAGE | LINE | CHANGE |
|---|---|---|---|
| 5 | 72 | 23 | got a C with exam accommodations. |
| 6 | 142 | 9 | I never applied for accommodations on MCAT |
| 7 | 143 | 10 | this form was not regarded at the time to be all |
| 8 | | | encompassing of all accommodations received. |
| 9 | 145 | 21 | Yeah but if you read .............. |
| 10 | 148 | 2 | Registration instead of accommodations |
| 11 | 148 | 5 | Registration instead of accommodations |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Golkow Technologies, Inc. - 1.877.370.DEPS