# EXHIBIT 44

20. Admit or Deny that J. Abram Doane stated in his March 13th, 2006 denial letter to Plaintiff that "we (NBME Disability Services) consulted experts in the fields of Learning Disability and Mental Disorders to assist us (NBME Disability Services) in reviewing the documentation."

**Answer:** Admitted.

21. Admit or Deny that the experts in the fields of Learning Disability and Mental Disorders that Mr. Doane refers to other than himself in Admission No. 20 is Catherine Farmer, and Gregory Baker.

**Answer:** Admitted.