# EXHIBIT 57

# THE COLLEGE AT OLD WESTBURY
## STATE UNIVERSITY OF NEW YORK

SSN: *****7526

Date Issued: 03-JUN-2016

Date of Birth: 16-MAR-1970

Page: 1 OFF

Record of: Richard Katz
Current Name: Richard Katz
90-50 Union Turnpike
Apt. 18H
Glendale, NY 11385

Issued To: Hamburg and Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA 19103
United States of America

Course Level: Undergraduate

Current Program
Degree not Declared
Program : Undeclared Major
Campus : Main Old Westbury Campus
Major : Undeclared Major

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|---|---|---|---|

PRE-SYSTEM TRANSFER SUMMARY HOURS:
Ehrs: 4.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

INSTITUTION CREDIT:

**Fall 1994**
Undeclared Major
| BS 2400 | Basic Biological Sciences I | 4.00 B+ | 14.00 |
| CP 2110 | Principles of Chemistry I | 3.00 A- | 8.25 |
| CP 2120 | Principles of Chemistry I Lab | 1.00 A | 4.00 |
Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 26.25 GPA: 3.28
Good Standing

**Spring 1995**
Undeclared Major
| CP 2130 | Principles of Chemistry II | 3.00 C+ | 7.50 |
| CP 2131 | Principles of Chemistry II Lab | 1.00 A | 4.00 |
Ehrs: 4.00 GPA-Hrs: 4.00 QPts: 11.50 GPA: 2.87
Good Standing

**Fall 1995**
Undeclared Major
| CP 3300 | Organic Chemistry I | 3.00 C | 6.00 |
| CP 3300 | Organic Chemistry I Lab | 2.00 A | 8.00 |
| CP 9990 | Independent Study-CP | 1.00 A | 4.00 I |
*********** CONTINUED ON NEXT COLUMN ***********

Institution Information continued:
Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 18.00 GPA: 3.00
Good Standing

**Spring 1996**
Undeclared Major
| CP 3310 | Organic Chemistry II | 3.00 B+ | 10.50 |
| CP 3312 | Organic Chemistry Lab II | 2.00 A- | 7.50 |
| CP 9990 | Independent Study-CP | 1.00 C+ | 2.50 I |
Ehrs: 6.00 GPA-Hrs: 6.00 QPts: 20.50 GPA: 3.41
Good Standing

**Fall 1996**
Undeclared Major
| CP 2220 | Structure of Physics I | 3.00 B | 9.00 |
| CP 2221 | Structure of Physics I Lab | 1.00 A | 4.00 |
| HS 4900 | Community Health Field Placmt. | 4.00 A | 16.00 |
Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 29.00 GPA: 3.62
Semester Honors
Good Standing

**Spring 1997**
Undeclared Major
| BS 2410 | Basic Biological Sciences II | 4.00 A | 16.00 |
| CP 2230 | Structure of Physics II | 3.00 B- | 8.10 |
| CP 2231 | Structure of Physics II Lab | 1.00 A | 4.00 |
Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 28.10 GPA: 3.51
Semester Honors

*********** TRANSCRIPT TOTALS ***********
| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 40.00 | 40.00 | 133.35 | 3.33 |
| TOTAL TRANSFER | 4.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 44.00 | 40.00 | 133.35 | 3.33 |
*********** END OF TRANSCRIPT ***********

*Patricia A. Smith, Registrar*

This official document is printed on green SCRIP-SAFE security paper and does not require a raised seal. Translucent globes must be visible from both sides when held toward a light source. A hidden security warning appears only when photocopied. When photocopied, the name of the institution appears on one line and the words "COPY*COPY*COPY" appears on another. An official signature is printed in white against a black ink. Reject document as official if the signature is distorted or not printed on transcript.

In accordance with USC 438 (6) (4) (8) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student.

THIS TRANSCRIPT IS PRINTED ON GREEN SCRIP-SAFE® PAPER AND DOES NOT REQUIRE A RAISED SEAL

Old Westbury 001

## COURSE CODING

The program letter indicator consists of the initials that identify the program sponsoring the course. No letters were used before Fall 1972; a single-letter indicator was used in 1972-1973, and a double-letter code beginning in Fall 1973. Conversion to an online, database system in Fall 1983 resulted in changing the course coding system from the three-digit label transcript to the four-digit, online computer transcript.

## ACADEMIC COURSE LEVEL

Effective 1992, academic course level coding is as follows:

Undergraduate: Lower Division:1000    Upper Division:3000
2000                          4000
5000

Graduate:        6000
7000

## LATIN HONORS

Latin honors are given to Baccalaureate degree recipients who have achieved a high cumulative GPA, and completed the minimum number of credits in residence. Effective December 2011, students who have completed college-wide, and departmental graduation requirements; have completed a minimum of 60 credits of normal graded courses taken at SUNY Old Westbury, and have achieved a minimum GPA of 3.60 will be awarded the following distinctions:

Summa cum laude    GPA 3.90 to 4.00
Magna cum laude    GPA 3.75 to 3.89
Cum laude          GPA 3.60 to 3.74

## GRADUATE GRADING POLICY

The following quality points are assigned to letter grades:

FALL 2003 TO PRESENT

A  = 4.00
B+ = 3.50
B  = 3.00
C+ = 2.50
C  = 2.00
F  = 0.00

The following grades are not computed in the GPA calculations in both the undergraduate and graduate grading policies:

CR    (Credit)
I     (Incomplete)
NC    (No Credit)
NR    (Not Reported)
W     (Withdrawn)
WN    (Withdrawn Never Attended)

**Old Westbury 002**

## UNDERGRADUATE GRADING POLICY

### FROM FALL 1968 TO SPRING 1971

(The college was located at Planting Fields, Oyster Bay, NY 11771.)

Courses that are successfully passed are recorded on the students official transcript with a grade of P. Courses attempted but not passed or from which the student withdrew are not recorded on the official transcript. Letter grades are not officially used. Though instructors may unofficially report to students a letter grade to help them evaluate the quality of their work. Written evaluations are also occasionally used to help explain the student(s) performance for his/her interest and improvement. Honor points, grade-point averages (GPA), and class standing are not computed.

### FROM FALL 1971 TO SPRING 1974

(The college was relocated to its present site at Old Westbury, NY 11568.)

Courses that were successfully passed are recorded on the student's official transcript with a grade of CR. Courses that were attempted and were not completed are not recorded on the transcript.

One of three kinds of evaluation was used: 1) a grid-questionnaire wherein the instructor checked appropriate boxes, 2) a written evaluation consisting of a prose statement describing and judging the student s work; or 3) a letter grade of A, B, C, D, or F. without plus or minus signs. These back-up elements are not part of the official transcript but are contained in the student's academic folder for the student's self-evaluation and use. Honor points, grade-point averages, and class standing are not computed.

### FROM FALL 1974 TO SUMMER 1984

The grading system consisted of: CR (Credit), NC (No Credit), I (Incomplete), W (Withdrawn), and letter grades of A, A-, B+, B, B-, C+, C, C-, D+, D, D-, and F. All courses attempted are recorded on the official transcript with one of the grades listed above.

In the case of CR and NC grades, the instructor submitted a Student Evaluation Form on which either a grid-questionnaire or a written evaluation of the student s work was completed. These back-up elements are not part of the official transcript but are contained in the student's academic folder for the student's self-evaluation and use. Honor points, GPA, and class standing are not computed

### FROM FALL 1984 TO SPRING 1996

The grading system in use since Fall 1974 continues in effect. In addition, quality points and GPA are computed for all courses taken at Old Westbury from the Fall 1984 semester onward. CPA calculations on the retroactive. Class standing is not computed.

Courses which have been repeated and may not be taken more than once for credit may be removed from the GPA calculation. If those courses are removed from the GPA calculation, an "E" will appear to the left of the grade to designate this. An "r" will appear to the right of a grade to designate courses which have been repeated, and are used in the calculation of the GPA.

### FROM FALL 1996 TO THE PRESENT

The grading system in use since Spring 1996 continues in effect. In addition, the grades of NR (Not Reported) and WN (Withdrew Never Attended), both of which are not computed in the CPA calculations, are included in the grading system.

The following quality points are assigned to letter grades:

| FALL 1984 TO SPRING 1996 | | FALL 1996 TO PRESENT | |
|---|---|---|---|
| A  = 4.00 | C  = 2.00 | A  = 4.00 | C  = 2.00 |
| A- = 3.75 | C- = 1.75 | A- = 3.70 | C- = 1.70 |
| B+ = 3.50 | D+ = 1.50 | B+ = 3.30 | D+ = 1.30 |
| B  = 3.00 | D  = 1.00 | B  = 3.00 | D  = 1.00 |
| B- = 2.75 | D- = 0.75 | B- = 2.70 | D- = 0.70 |
| C+ = 2.50 | F  = 0.00 | C+ = 2.30 | F  = 0.00 |

A BLACK AND WHITE OR COLOR COPY OF THIS TRANSCRIPT IS NOT OFFICIAL

# TRANSCRIPT OF ACADEMIC RECORD

**NASSAU**
COMMUNITY
COLLEGE
One Education Drive, Garden City, New York 11530-6793

**Issued To:** Legal Request

Page: 1
Date Issued: 31-MAY-2016
Level: Undergraduate

**Record of:** Richard D Katz

NCC ID: N00119864          SSN: ***-**-7526          Date of Birth: 03/16/****

Course Level: Undergraduate
High School: Unknown High School

Current Program
Not Pursuing Degree
Major : Undecided

| SUBJ NO. | COURSE TITLE | CRED GRD | PTS R |
|----------|--------------|----------|-------|

INSTITUTION CREDIT:

Summer 1996
Undecided

| | | | | | |
|---|---|---|---|---|---|
| MAT 111 | Elementary Functions | 4.00 C | 8.00 | | |
| PHY 101 | General Physics 1 | 4.00 W | 0.00 | | |
| | Ehrs: 4.00 GPA-Hrs: 4.00 | QPts: 8.00 GPA: 2.00 | | | |

******* TRANSCRIPT TOTALS *********************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 4.00 | 4.00 | 8.00 | 2.00 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 4.00 | 4.00 | 8.00 | 2.00 |

************* END OF TRANSCRIPT *****************

**Chester N. Barkan, Registrar**

This official document is printed on blue SCRIP-SAFE® security paper and does not require a raised seal. Transcript photos must be visible from both sides when held toward a light source. A hidden security warning appears only when photocopied. When photocopied, the name of the institution appears on one line and the words "COPY•COPY•COPY" appear on the next. An official signature is white with a blue background. Reject document as official if the signature is distorted or has been photocopied.

THIS TRANSCRIPT IS PRINTED ON BLUE SCRIP-SAFE® PAPER AND DOES NOT REQUIRE A RAISED SEAL

In accordance with USC 438 (6) (4) (B) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agent or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

**NCC 003**

## DEFINITION OF GRADE

| GRADE | INTERPRETATION | QUALITY POINTS |
|---|---|---|
| A | Excellent | 4.00 |
| B+ | | 3.50 |
| B | Very Good | 3.00 |
| C+ | | 2.50 |
| C | Average | 2.00 |
| D+ | | 1.50 |
| D | Minimum Passing | 1.00 |
| F | Failure | 0.00 |
| GNS | Grade Not Submitted | -- |
| INC | Incomplete | -- |
| IP | In Progress | -- |
| NG | Audit | -- |
| S | Satisfactory | -- |
| SO | Senior Observer | -- |
| U | Unsatisfactory | -- |
| W | Withdrawal | -- |
| WA | Withdrew Excused | -- |
| * WF | Withdrew Failure | -- |
| * WP | Withdrew Pass | -- |
| ZZ | International Study Abroad Course | -- |

*Grade no longer used

Grades added as of Fall 2012

| | | |
|---|---|---|
| UW | Unofficial Withdrawal (Failure) | 0.00 |
| NA | Never Attended | -- |
| UU | Unofficial Withdrawal for non-credit remedial class | -- |

The following grades, marks or notations also may appear on transcripts.

Dean's List – Noted per semester

E – Excluded in grade calculation

I – Included in grade calculation

H – Honor's Course

TR – Transfer credit for courses with C or better grade

TC+ – Transfer credit for courses with a C+ or better grade, used for Nursing courses only

Waiver – Institutional waivers for degree requirements

NOTE: Remedial courses are not counted toward credits earned.

## OFFICE OF THE REGISTRAR

### NASSAU COMMUNITY COLLEGE

One Education Drive, Garden City, NY 11530

#### AUTHENTICITY AND CONFIDENTIALITY

At the student's request we are sending a complete transcript of record. If it is not necessary to retain this record, please destroy it. Under no circumstances should this transcript be returned to the student.

Transcripts are printed on security paper and do not require a raised seal. Translucent globes must be visible from both sides of transcript when held toward light source. This transcript bears the signature of the Registrar in white with blue background.

#### CALENDAR

The College operates under the semester calendar. All credits are awarded on a semester hour basis. Semester hours earned during the Winterim or Summer sessions are awarded based on equivalent class hours in each session.

TO TEST FOR AUTHENTICITY: Translucent globe icons MUST be visible from both sides when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document.

NASSAU COMMUNITY COLLEGE•NASSAU COMMUNITY COLLEGE • NASSAU COMMUNITY COLLEGE• NASSAU

ADDITIONAL TESTS: When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office. ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

SCRIP-SAFE® Security Products, Inc., Cincinnati, OH

13105913

## ACCREDITATION

The College is accredited by the Middle States Commission on Higher Education (http://msche.org/):

3624 Market Street, 2nd Floor West
Philadelphia, PA 19104
Telephone: (267) 284-5000
E-mail: info@msche.org
Spanish: españolinfo@msche.org

The College is authorized by the New York State Board of Regents and by the New York State Department of Education to award two-year Associate Degrees in Arts (A.A.), Science (A.S.), and Applied Science (A.A.S.), and is also authorized to award Certificates for programs of study of less than two years. Specific academic programs are also accredited separately by appropriate professional organizations, including the following: National League for Nursing Accrediting Commission (Phone: (404) 975-5000, Fax: (404) 975-5020, www.nlnac.org); American Physical Therapy Association, Commission on Accreditation in Physical Therapy Education; Commission on Accreditation for Respiratory Care; Commission on Accreditation of Allied Health Education Programs (CAAHEP), American Medical Association; Accreditation Review Council on Education in Surgical Technology and Surgical Assisting (ARC/STSA); Joint Review Committee on Education in Radiologic Technology; New York State Department of Health; National Accrediting Agency for Clinical Laboratory Science; Technology Accreditation Commission of the Accreditation Board for Engineering and Technology (TAC-ABET); National Association of Schools of Music, Commission on Accreditation; American Bar Association Council of the Section of Legal Education and Admissions to the Bar; American Board of Funeral Service Education, Committee on Accreditation; and American Health Information Management Association.