March 22, 2016

**Custodian of Records**
Pennsylvania Board of Medicine
PO Box 2649
Harrisburg, PA 17105-2649
Telephone: 717-783-1400 or 717-787-2381
Fax: 717-787-7769
Email: st-medicine@state.pa.us

Dear Custodian of Records:

I request an electronic copy of the following, pursuant to the Pennsylvania Freedom of Information Act (FOIA), Pennsylvania Sunshine Act, 65 Pa. Cons. Stat. Section 261 et seq., Pennsylvania Right to Know Law 65 Pa. Stat. Section 66.1 et seq.

If an electronic copy is not available, then I request a paper copy:

(1) Emails by, to, and among members and staff of the Pennsylvania Board of Medicine ("PABOM") since Jan. 1, 2009, concerning the National Board of Medical Examiners (NBME) and the Federation of State Medical Boards ("FSMB") involving the United States Medical Licensing Exam (USMLE), emails relating to the United States Medical Licensing Exam (USMLE) and the Six Attempt Limit Policy instituted by NBME and FSMB in January of 2012. Any emails of the associated USMLE Waiver or policy of exemption of the Six-Attempt Limit Rule that NBME provided to PABOM in 2011.

(2) Emails by, to, and involving Teresa Lazo, Assistant Counsel (tlazo@pa.gov) and her co-counsel, Wesley Rish with NBME or FSMB, PABOM board members, involving USMLE Waiver provision of the Six-Attempt Limit Rule Policy that NBME provided to PABOM involving the USMLE Exams.    wrish@pa.gov

(3) Emails by, to or involving Ms. Lazo, Mr. Rish or any other PABOM representative or employee with PA State Rep. David Parker, Representing the 115th Legislative District in the Pennsylvania House of Representatives and his constituent Richard Katz a Medical Graduate from East Stroudsburg, PA.

(4) Emails by, to, or involving Ms. Lazo, Mr. Rish or any other PABOM representative, board member or employee with Attorney Charles Weiner of Bensalem, PA, Attorney's from the Law firm Hamburg & Golden, P.C. located at 1601 Market Street in Philadelphia, PA, Michael Sacks or Neil Hamburg involving Rep. David Parker or his constituent Richard Katz, NBME, FSMB, USMLE or the Six Attempt Limit Policy and Waiver provision.

This information is not being sought for commercial purposes. I respectfully request a waiver of any and all fees, in that the disclosure of the requested information is in the public interest and will contribute significantly to the public's understanding of the influence that NBME and FSMB has on governmental agency. If there are any fees for searching or copying these records, then please inform me beforehand if the charge will exceed $100.

The Pennsylvania Freedom of Information Act requires that your agency respond to this request within five business days. If there is any delay, please let me know when I will receive the requested material. If there is a denial of any part of this request, then please cite the specific exemption used for the denial, and state the appeal procedures that are available.

Please email to me the electronic copies to this address of cat2400@msn.com

Please mail any paper copies that are not in electronic form to my address at:

**Richard Katz, 3364 Parker Lane, East Stroudsburg, PA 18301**

Thank you for your attention to this matter. Please contact me directly if there are any issues concerning this request.

Sincerely,

Richard Katz