> You replied on 5/20/2016 1:39 PM.

Good Afternoon,

I met today with the Right-to-Know attorney for the Department of State and our Chief Counsel to discuss a way to handle this request more accurately and efficiently and to figure out to make this process quicker and cost effective for you. I apologize it is taking so long to finish the request but we have thousands and thousands of emails regarding FSMB. We are still going through each one to determine (1) if it can be provided under the RTKL, and (2) if it is responsive to documents you are requesting.

I believe we have a solution, however it is going to take longer than the May 26, 2016, deadline.

I wanted you to know that this request is a priority and I will be in touch in the next few days once I have a better idea of how long the project will take.

Thank you.


**Rebecca Fuhrman** | Agency Open Records Officer
Department of State | Office of Chief Counsel
Commonwealth of Pennsylvania
306 North Office Building | 401 North Street
Harrisburg, PA 17120
Phone: 717.783.3585 | Fax: 717.214.9899
www.dos.state.pa.us

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.