# EXHIBIT A

July 6, 2015 3:8 PM          **USMLE Candidate Score Inquiry List**                    1 of 1

**Name:**     Katz, Richard Denis
**USMLE ID:** 0-631-475-1
**DOB:**      03/16/1970
**SSN:**      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

| Agency Code | Exam | Regist Status | Registration Status Date | Exam Completion Status | Score Status | Pass Fail | Three Digit Score | Two Digit Score |
|---|---|---|---|---|---|---|---|---|
| ECFMG | Step 1    06/01/2013 - 11/30/2013 | C | 12/07/2012 | C | A | F | 182 | |
| ECFMG | Step 1    09/01/2012 - 11/30/2012 | C | 03/26/2012 | C | A | F | 185 | |
| ECFMG | Step 2 CS 04/19/2012 - 04/19/20 | C | 04/19/2012 | C | A | F | | |
| ECFMG | Step 1    12/01/2011 - 02/29/2012 | C | 11/18/2011 | C | A | F | 179 | |
| ECFMG | Step 2 CS 09/14/2010 - 09/14/20 | C | 09/14/2010 | C | A | F | | |
| ECFMG | Step 1    09/01/2010 - 11/30/2010 | C | 09/14/2010 | C | A | F | 145 | |
| ECFMG | Step 2 CK 09/01/2010 - 11/30/20 | C | 09/14/2010 | C | A | F | 140 | |
| ECFMG | Step 2 CK 04/01/2006 - 09/30/20 | C | 06/02/2005 | C | A | F | 141 | |
| ECFMG | Step 2 CS 03/14/2006 - 03/14/20 | C | 06/02/2005 | C | A | F | | |
| ECFMG | Step 1    04/01/2005 - 06/30/2005 | C | 02/25/2005 | C | A | F | 174 | |
| ECFMG | Step 2 CK 10/01/2004 - 03/31/20 | C | 08/12/2004 | C | A | F | 160 | |
| ECFMG | Step 1    09/01/2004 - 02/28/2005 | C | 08/11/2004 | C | A | F | 176 | |
| ECFMG | Step 1    04/01/2003 - 09/30/2003 | C | 02/20/2003 | C | A | F | 152 | |
| ECFMG | Step 1    09/01/2002 - 11/30/2002 | C | 08/07/2002 | C | A | F | 135 | |
| ECFMG | Step 1    10/01/2001 - 03/31/2002 | C | 09/14/2001 | C | A | F | 133 | |

# USMLE Score Inquiry

File

| | Copy Data | Print |

| Execute Query | CIBIS Search | Return To Prior Search |

USMLE ID: 0-631-475-1   Katz, Richard Denis

DOB: 03/16/1970   SSN: 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   Exam Request ID:   Find USMLE ID

Score Info | Med School History   Biographics (Exam Request Specific)

Exam: STEP1

Last Name: Katz

Rest of Name: Richard Denis   Suffix:

SSN: 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   DOB: 03/16/1970

NID:

Medical School: 166020 - St. Matthew's University School of Medicine (Be

School Start Date:   School End Date:

Deceased?   Deceased Date:

Address1: 90-50 Union Turnpike 18-H   Day Phone:

Address2:   Email:

Address3:   Gender: Male

Address4: Glendale , NY 11385   Citizenship: 099 - United States including PR, VI, Guam

Country: 099 - United States including PR, VI, Guam   Ethnic: 05 - White (not of Hispanic origin)

English First Language:

Multiple Ethnics
1. American Indian/Alaska Native
2. Asian
3. Native Hawaiian/Other Pacific Islander
4. Hispanic or Latino
5. Black or African American
6. White
7. Other
8. Do not wish to respond

Registration records count:15   Medical School History records co

**NBME/Katz 0214**

# USMLE Score Inquiry

File

| | | | | Copy Data | | Print |
|---|---|---|---|---|---|---|

USMLE ID: 0-631-475-1   Katz, Richard Denis

DOB: 03/16/1970   SSN: 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   Exam Request ID:

| Execute Query | CIBIS Search | Return To Prior Searc |
|---|---|---|
| | Find USMLE ID | |

Score Info   Med School History | Biographics (Exam Request Specific) |

| Agency | Document Type | Medical School | School Start Date | School Dat |
|---|---|---|---|---|
| ECFMG | Examinee, formatted | St. Christopher Iba Mar Diop College Of Medicine | | |
| ECFMG | Examinee, formatted | St. Matthew's University School of Medicine (Belize) | 01/2004 | |

Registration records count:15   Medical School History records co

**NBME/Katz 0215**



USMLE Score Inquiry

USMLE ID: 0-631-475-1  Katz, Richard Denis
DOB: 03/16/1970  SSN: 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

### Score Info | Med School History | Biographics (Exam Request Specific)

| Agency | Exam | Reg. Stat | Score Available Date | Load Scores Flag | Score Status | Exam Comp. Status | Irreg. Stat | Indet. Flag | P/F | 3 Digit Score | 2 Digit Score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECFMG | Step 1 09/01/2010 - 11/30/2010 | C | 11/10/2010 | Y | A | C | N | N | F | 145 | |
| ECFMG | Step 2 CK 09/01/2010 - 11/30/2010 | C | 12/8/2010 | Y | A | C | N | N | F | 140 | |
| ECFMG | Step 2 CK 04/01/2006 - 09/30/2006 | C | 10/25/2006 | Y | A | C | N | N | F | 141 | |
| ECFMG | Step 2 CS 03/14/2006 - 03/14/2007 | C | 4/25/2007 | Y | A | C | N | N | F | | |
| ECFMG | Step 1 04/01/2005 - 06/30/2005 | C | 5/25/2005 | Y | A | C | N | N | F | 174 | |
| ECFMG | Step 2 CK 10/01/2004 - 03/31/2005 | C | 4/27/2005 | Y | A | C | N | N | F | 160 | |
| ECFMG | Step 1 09/01/2004 - 02/28/2005 | C | 1/19/2005 | Y | A | C | N | N | F | 176 | |
| ECFMG | Step 1 04/01/2003 - 09/30/2003 | C | 10/22/2003 | Y | A | C | N | N | F | 152 | |
| ECFMG | Step 1 09/01/2002 - 11/30/2002 | C | 11/20/2002 | Y | A | C | N | N | F | 135 | |
| ECFMG | Step 1 10/01/2001 - 03/31/2002 | C | 4/17/2002 | Y | A | C | N | N | F | 133 | |

Score Description: Failed Exam
Registration Status Date: 09/14/2001
Region: United States and Canada
Testing Location: 01-4215 Westbury, NY

Exam Date: 3/27/2002
Outcome Receive Date: 03/28/2002
Exam Request ID: 356495
Score Report Date:

Registration records count:15

NBME/Katz 0216



NBME/Katz 0217