National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500

December 15, 2005

RE: USMLE Step 2 CS and CK
USMLE ID # 0-631-475-1

Dear USMLE Disability Services:

In response to your letter dated July 15, 2005 where a preliminary review was made of my request for test accommodations for USMLE Step 2 Clinical Skills (CS) and Step 2 Clinical Knowledge (CK) I have provided the additional documentation you requested. I have submitted statements from my fiancé, a friend for who I attended High School as well as Undergraduate education. I have also included recent statements from a Psychiatrist treating me for Depression, Anxiety and adult ADHD in New York, as well as a Psychologist that I am seeing concurrently for the same diagnoses. Both the Psychiatrist and Psychologist both independently agree that there are more then enough psychological tests to document the above diagnoses and to prove a legitimate disability.

I have made considerable efforts to accommodate you with the childhood records you requested and have been communicating with Lucia Wallace the records person from Middle School 210 in Queens, New York (tel. 718.845.5942). Unfortunately at this time my records have not been found from K-6 grade. I have asked her to provide this in writing to your committee. I have provided you with documentation in the way of standardized tests from sixth grade, and HS records that were pertinent to demonstrate problems with impulsivity and other features of ADHD. As a child I was not formerly diagnosed with ADHD, but there is evidence that it has been present all my life. It is not unusual for the diagnosis to be made in the adult years, and is very often accompanied by Depression and Anxiety for which I have also been diagnosed. Therefore, I am including the diagnosis of Depression and Anxiety in my accommodation request along with ADHD. I believe they are all contributing factors in explaining the academic difficulties that I have experienced for most of my life. I have no more documentation to offer you, both professionals that are treating me feel that enough recent psychological batteries have bee conducted to validate this disability request. At this time I have asked Maria Fuentes to re-submit the additional documentation upon receipt of this statement.

Sincerely, I remain

Richard D. Katz

RECEIVED

DEC 1 5 2005

Disability Services

NBME/Katz 0068