IN THE MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| ___Richard Katz___<br>Plaintiff | Case No. __3:15-cv-01187__ |
| v. | **NOTICE OF APPEAL** |
| National Board of Medical Examiners (NBME) et al.<br>Defendants | |

Now comes the __pro se plaintiff Richard Katz__, and hereby gives notice that he is appealing the __District Judges' Order Adopting the Magistrate Judges' Report and Recommendations__ decision entered by said trial court on the __7__ of __February__, __2017__ to the Third Circuit Court of Appeals.

___Richard Katz, pro se___

___3364 Parker Lane, East Stoudsburg, PA 18301___

___(570) 517-9314___

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice of Appeal was served by ECF system upon __Michael Sacks of Hamburg Golden, P.C. 1601 Market Street, Philadelphia, PA 19103__ this __9 th__ day of __February__ 20__17__.

/s/Richard Katz, pro se