# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KATZ | : |
| | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 3:15-cv-1187 |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : |
| | : |
| and | : U.S. Court of Appeals |
| | : for the Third Circuit |
| | : No. 17-1329 |
| FEDERATION OF STATE MEDICAL BOARDS | : |

**DEFENDANTS' RESPONSE TO MOTION TO SEAL RECORDS**

The defendants, the National Board of Medical Examiners ("NBME") and the Federation of State Medical Boards ("FSMB"), take no position regarding Plaintiff Richard Katz's Motion for Order to Seal Records.

RESPECTFULLY SUBMITTED,

Dated: March 3, 2017

/s/ Michael E. Sacks
NEIL J. HAMBURG
MICHAEL E. SACKS
ID. NO. 39774
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590

Attorneys for Defendants
National Board of Medical
Examiners and Federation of
State Medical Boards

**CERTIFICATE OF SERVICE**

I certify that the foregoing response to plaintiff's Motion for Order to Seal Records has been filed electronically pursuant to Local Rule 5.7 and is now available for viewing and downloading from the Court's Electronic Case Filing System. I am also serving a copy of the foregoing by electronic mail upon:

    Richard Katz
    3364 Parker Lane
    East Stroudsburg, PA  18301
    cat2400@msn.com

    *Pro se*

|  |  |
|---|---|
| March 3, 2017 | /s/ Michael E. Sacks<br>MICHAEL E. SACKS |