# EXHIBIT B

Search documents in this case: [          ] Search

## No. 18M109

| | |
|---|---|
| Title: | Richard Katz, Petitioner <br> v. <br> National Board of Medical Examiners, et al. |
| Docketed: | February 8, 2019 |
| Lower Ct: | United States Court of Appeals for the Third Circuit |
| Case Numbers: | (17-1329) |

| DATE | PROCEEDINGS AND ORDERS |
|---|---|
| Feb 04 2019 | Motion to direct the Clerk to file a petition for a writ of certiorari out of time filed. <br><br> **Main Document**   Proof of Service |
| Feb 13 2019 | DISTRIBUTED for Conference of 3/1/2019. |
| Mar 04 2019 | Motion Denied. |

| NAME | ADDRESS | PHONE |
|---|---|---|

# SUPREME COURT OF THE UNITED STATES

RICHARD KATZ )
  )
v. )
  ) **Docket No.**
NATIONAL BOARD OF MEDICAL )
EXAMINERS, et. al. )
  )

## MOTION FOR LEAVE TO FILE A PETITION FOR CERTIORARI OUT OF TIME, AND TO EXTEND "NUNC PRO TUNC" THE TIME FOR FILING A PETITION FOR CERTIORARI

Richard Katz files this motion FOR LEAVE TO FILE A PETITION FOR CERTIORARI OUT OF TIME, AND TO EXTEND "NUNC PRO TUNC" THE TIME FOR FILING A PETITION FOR CERTIORARI.

Despite complainants' best effort, there were medical issues that precluded meeting the January 21, 2019 deadline to file the respective motion for *writ of certiorari*. Complainant is a person with disabilities under the guidelines of the Americans with Disabilities Act (ADA). The nature of the captioned action is ADA related. The filing packages were not able to be fully assembled by the 5:00 p.m. filing deadline on January 21. The motion was postmarked January 28, 2019 and was received by the clerk on January 31, 2019 (please see EXHIBIT A – letter from clerk dated January 31, 2019).

Revised Rule 30.3 states:

> "An application to extend the time to file a petition for a writ of certiorari, to file a jurisdictional statement, to file a reply brief on the merits, or to file a petition for rehearing of any judgment or decision of the Court on the merits shall be made to an individual Justice and presented and served on all other parties as provided by Rule 22. Once denied, such an application may not be renewed."

**RECEIVED**
**FEB - 8 2019**
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Plaintiff was under a doctors' care for two weeks prior to the January 21, 2019 deadline (please see EXHIBIT B – Doctors' letter).

Complainant does not believe that any prejudice will result to any party from this very brief delay.

DATED: February 4, 2019                              Respectfully submitted,

/s/ Richard Katz

Richard Katz

Address Redacted

*pro se*

Additional material from this filing is available in the Clerk's Office.