THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD KATZ,** | : |
| | :CIVIL ACTION NO. 3:15-CV-1187 |
| **Plaintiff,** | : |
| | :(JUDGE MARIANI) |
| v. | : |
| | : |
| **NATIONAL BOARD OF MEDICAL** | : |
| **EXAMINERS, et al.,** | : |
| | : |
| **Defendants.** | : |

## ORDER

*Background of This Order*

Pending before the Court is Plaintiff's request to proceed under a pseudonym in the above-captioned matter. (Doc. 214.) He filed the request, which he refers to in the caption of his supporting brief as his "Application for an Order to Show Cause Permitting Plaintiff to Proceed under a Pseudonym Post-Hoc" (Doc. 214 at 9), on April 20, 2019, over six months after the Court of Appeals for the Third Circuit affirmed this Court's grant of summary judgment in favor of Defendants, *Katz v. Nat'l Bd. of Medical Examiners*, 751 F. App'x 231 (3d Cir. 2018) (not precedential).

Plaintiff's request to seal the record and the issue of the confidentiality of Plaintiff's medical records were addressed by this Court during the pendency of proceedings. Although the Court declined to seal the record, the Court permitted the sealing of particular documents. (*See, e.g.*, Docs. 37, 38, 82, 88.)

On appeal of this Court's grant of summary judgment in favor of Defendants, Plaintiff filed a motion to compel the District Court to seal the record. 751 F. App'x at 239. The appellate panel denied the motion. *Id.*

In light of the procedural history of this case, this Court's prior determinations regarding the sealing of the record, and the Circuit Court's denial of Plaintiff's motion to compel the sealing of the District Court record, the Court will deny Plaintiff's request.

**ACCORDINGLY, THIS** 9th **DAY OF JANUARY 2020, IT IS HEREBY ORDERED THAT** Plaintiff's "Application for an Order to Show Cause Permitting Plaintiff to Proceed under a Pseudonym Post-Hoc" (Doc. 214) is **DENIED.**

Robert D. Mariani
United States District Judge